# Exhibit 4

# Exhibit A

 **OPTION ONE** MORTGAGE

**UNDERWRITING GUIDELINES**

# TABLE OF CONTENTS

ASSETS ......................................................................................................................... 1-1

    FUNDS TO CLOSE ....................................................................................................... 1-1
- Acceptable Sources and Documentation ................................................................. 1-1
- Unacceptable Sources.............................................................................................. 1-3
- Unacceptable Documentation .................................................................................. 1-3

    RESERVES .................................................................................................................... 1-3


BORROWERS ................................................................................................................ 2-1

    ELIGIBLE BORROWERS ................................................................................................. 2-1

    INELIGIBLE BORROWERS AND VESTING ......................................................................... 2-1
- Loans to Brokers...................................................................................................... 2-1
- Loans to Our Associates.......................................................................................... 2-1
- Ineligible Vested Parties ......................................................................................... 2-2

    POWER OF ATTORNEY .................................................................................................. 2-2

    PRIMARY BORROWER .................................................................................................. 2-2

    BORROWER / CO-BORROWER ...................................................................................... 2-2

    NON-OCCUPANT CO-BORROWER .................................................................................. 2-2

    IMMIGRATION AND RESIDENCY STATUS ......................................................................... 2-3

    CONFLICT OF INTEREST ............................................................................................... 2-3


CREDIT ......................................................................................................................... 3-1

    CREDIT REPORTS ........................................................................................................ 3-1

    CREDIT SCORES .......................................................................................................... 3-1
- Qualifying Credit Score ........................................................................................... 3-1
- Minimum Credit Scores ........................................................................................... 3-2
- Broker Report – Credit Scores ................................................................................ 3-2
- Limited Credit History ............................................................................................. 3-2

    SCORE ADVANTAGE OPTION ........................................................................................ 3-2
- Score Advantage Examples ..................................................................................... 3-3

    CREDIT REPORT ANALYSIS .......................................................................................... 3-4
- Tradeline Requirements ........................................................................................... 3-4
- Co-Signed Accounts ................................................................................................ 3-4
- Rolling Late Payments............................................................................................. 3-5

    MORTGAGE AND RENTAL PAYMENT HISTORY (VOM/VOR)............................................. 3-5

    NO MORTGAGE HISTORY ............................................................................................. 3-6

    FORBEARANCE AGREEMENTS ...................................................................................... 3-6

    FORECLOSURES .......................................................................................................... 3-6

    BANKRUPTCIES............................................................................................................ 3-7

Copyright 2005. All Rights Reserved

**SCC Motion to Dismiss 00002**

 **OPTION ONE** MORTGAGE

**UNDERWRITING GUIDELINES**

# CREDIT

**CREDIT REPORTS**

Option One generate an original tri-merged credit report for each applicant that contains credit data from the following repositories:

- Equifax,
- Experian, and
- Trans Union.

Credit reports used to qualify and determine credit grade must not be more than 60 days old at the time of funding. Option One will obtain an updated credit report if:

- The qualifying credit report is more than 60 days old at time of funding.
- The borrower authorizes Option One to generate a new report because of material changes in credit status or history.

   **Note: The borrower's authorization must include details pertaining to any material changes and specifically permit Option One to obtain a credit report. Written authorization is required unless verbal authorization is provided directly to an Option One associate.**

Once an updated report has been generated, the previous credit reports may no longer be considered in qualification, and only the new report information will be used to qualify and determine credit grade.

**CREDIT SCORES**

Credit scores from each credit reporting agency will be used for loan eligibility, qualification, and pricing.

**Qualifying Credit Score**

Only scores of occupant borrowers may be used to determine eligibility, qualification, and pricing. Credit scores of non-occupant co-borrowers must meet the assigned credit grade standards for the occupant borrower and cannot be used to upgrade the occupant borrower's credit grade.

When the application includes only one borrower, the credit score used to qualify is:

- The middle of the three reported repository scores,
- The lower of two reported scores, if the third repository does not report a score, or
- The only reported score or if no score is reported, the loan is underwritten under the Legacy program.

**Note: When a single repository reports multiple scores, the lowest of the reported scores must be used as the score from that repository.**

Copyright 2005. All Rights Reserved

**SCC Motion to Dismiss 00003**

 **OPTION ONE** MORTGAGE

**UNDERWRITING GUIDELINES**

# DOCUMENTATION TYPES

**FULL DOC**

For Full Doc loans, income and employment must be satisfactorily documented for the last 12 to 24 months, depending on the source and specific program requirements.

Qualifying income must be from an eligible income source, as detailed in the Income and Employment section.

**STATED INCOME**

Stated Income allows use of the income declared by the borrower on the application to qualify without verification. Qualifying income must be from eligible source as detailed in the Income and Employment section. When funds are required for closing or reserves, assets must be satisfactorily documented as detailed in the Assets section.

Stated Income is not permitted:

- For applicants with fixed income.
- For applicants with a mortgage currently in foreclosure.
- When alterations of any type have been made to:
  - The "Monthly Income and Combined Expense" section of the application,
  - Any income amount on the application, or
  - Any income or employment documentation provided in the loan file.

The stated income must be reasonable based on factors including, but not limited to the:

- Stated income source,
- Employment position, and/or
- Borrower's current credit profile.

**LITE DOC**

Lite Doc loans require the borrower to provide minimal documentation.

**NO DOC**

Employment income and asset information is not disclosed on the application and verification documentation is not required.

**Note: For specific requirements and limitations for each documentation type, refer to product and/or program guidelines and matrices.**

Copyright 2005. All Rights Reserved

**SCC Motion to Dismiss 00004**

 **OPTION ONE** MORTGAGE

**UNDERWRITING GUIDELINES**

- Rent from illegal dwelling units
- Rental income on a second home
- Temporary or short-term disability
- Unsecured/signature loans

**WAGE EARNER**

Wages from a borrower's employment may be used for loan qualification if:

- The wages are paid on a regular, recurring basis, and the income is reported by the employer to the IRS on a W-2 form, and
- The borrower is not self employed as defined below, under "Self Employed Borrower."

**Documentation Requirements**

Unless otherwise restricted by program/product guidelines, the following documents may be used to satisfy Full Documentation requirements:

- Recent pay stub,
- 1040 with all schedules, or
- W-2.

**Second Jobs, Part Time, Temporary,or  Seasonal Employment**

Wages from secondary, part time, temporary, or seasonal employment may be used to qualify if the borrower has established a satisfactory history of this type of income.

**SELF EMPLOYED BORROWER**

The following are classified as self-employed for the purposes of loan qualification:

- Borrowers who derive at least 25% of their primary income from a business in which they hold an ownership interest.
- Borrowers who do not own a business, but who derive the majority of their income from commissions or from primarily gratuity-based professions, which are reported on IRS form 1099.

**Note: Refer to product and/or program-specific guidelines and matrices for requirements, limitations, and documentation types.**

**Documentation Requirements**

Unless otherwise restricted by program/product guidelines, the following documents may be used to satisfy Full Documentation requirements for self employment:

- Federal tax returns – complete business and personal federal tax returns may be provided to support the amount of net qualifying business income after expenses. Tax returns must bear the original signature of the borrower and the borrower must sign IRS form 4506T at or before funding.

Copyright 2005. All Rights Reserved

**SCC Motion to Dismiss 00005**

 **OPTION ONE** MORTGAGE

**UNDERWRITING GUIDELINES**

- 1099s and Profit & Loss Statement (P&L) – earnings (gross business revenues) from sources such as commissions, contract earnings, etc. may be supported with:
  - Copies of the 1099 forms sent to the borrower from the revenue sources, and
  - A satisfactory profit and loss statement to establish the ratio of expenses to revenues. Profit and loss statements must detail expense types and amounts common for the business type and must bear the borrower's original signature.

**VERIFICATION OF EMPLOYMENT AND INCOME**

Employment sources are verbally verified to confirm the:

- Employer's contact phone number,
- Borrower's current employment status, and
- Borrower's employment position or title.

If the borrower's employment contact cannot be verified through an independent source, satisfactory alternate evidence of the business existence is required, including, but not limited to:

- Valid business licenses,
- Membership in the Better Business Bureau,
- Yellow pages advertisement, or
- Confirmation through State or Federal websites.

The following will not be accepted as evidence of business existence:

- Business cards
- Invoices
- Flyers
- Reference letters
- Previously filed 1040s for Stated Income loans

**Bank Statements**

When permitted by specific product guidelines to document business income, the following restrictions and requirements apply to both business and personal bank statements:

- Income may not be combined from personal and business bank statements.
- Cash flow history (including negative balances and Non-Sufficient Funds [NSF]) should be taken into consideration.
- Rental income deposits reflected on the statements must be subtracted from the total deposits before calculating the average monthly income.

Copyright 2005. All Rights Reserved

**SCC Motion to Dismiss 00006**

# Exhibit B



**OPTION ONE**
M O R T G A G E

# TABLE OF CONTENTS

1   ASSETS ........................................................................................................1-1

FUNDS TO CLOSE ..............................................................................................1-1
- Acceptable Sources and Documentation .......................................................1-1
- Unacceptable Sources ...................................................................................1-4
- Unacceptable Documentation ........................................................................1-4

RESERVES ......................................................................................................1-4

2   BORROWERS .............................................................................................2-1

ELIGIBILITY REQUIREMENTS ...............................................................................2-1

INELIGIBLE BORROWERS AND VESTING ................................................................2-1
- Loans to Brokers ............................................................................................2-1
- Loans to Our Associates ................................................................................2-2
- Ineligible Vested Parties ................................................................................2-2

POWER OF ATTORNEY .......................................................................................2-3

PRIMARY BORROWER .........................................................................................2-3

BORROWER / CO-BORROWER .............................................................................2-3

NON-OCCUPANT CO-BORROWER ........................................................................2-3

IMMIGRATION AND RESIDENCY STATUS ................................................................2-4

CONFLICT OF INTEREST .....................................................................................2-5

3   CREDIT ........................................................................................................3-1

CREDIT REPORTS .............................................................................................3-1

CREDIT SCORES ...............................................................................................3-2
- Qualifying Credit Score ..................................................................................3-2
- Minimum Credit Scores ..................................................................................3-3
- Broker Report – Credit Scores ......................................................................3-3

LIMITED CREDIT HISTORY ..................................................................................3-3

Copyright 2005. All Rights Reserved

SCC Motion to Dismiss 00008

**OPTION ONE**
M O R T G A G E

# 3  CREDIT

**CREDIT REPORTS**

Option One generate an original tri-merged credit report for each applicant that contains credit data from the following repositories:

- Equifax,

- Experian, and

- Trans Union.

Credit reports used to qualify and determine credit grade must not be more than 60 days old at the time of funding. Option One will obtain an updated credit report if:

- The qualifying credit report is more than 60 days old at time of funding.

- The borrower authorizes Option One to generate a new report because of material changes in credit status or history.

  **Note: The borrower's authorization must include details pertaining to any material changes and specifically permit Option One to obtain a credit report. Written authorization is required unless verbal authorization is provided directly to an Option One associate.**

Once an updated report has been generated, the previous credit reports may no longer be considered in qualification, and only the new report information will be used to qualify and determine credit grade.

Copyright 2005. All Rights Reserved

SCC Motion to Dismiss 00009

**OPTION ONE**
M O R T G A G E

# 4  DOCUMENTATION TYPES

**FULL DOC**

For Full Doc loans, income and employment must be satisfactorily documented for the last 12 to 24 months, depending on the source and specific program requirements.

Qualifying income must be from an eligible income source, as detailed in the Income and Employment section.

**STATED INCOME**

Stated Income allows use of the income declared by the borrower on the application to qualify without verification. Qualifying income must be from eligible source as detailed in the Income and Employment section. When funds are required for closing or reserves, assets must be satisfactorily documented as detailed in the Assets section.

Stated Income is not permitted:

- For applicants with fixed income.

- For applicants with a mortgage currently in foreclosure.

- When alterations of any type have been made to:
  - The "Monthly Income and Combined Expense" section of the application,
  - Any income amount on the application, or
  - Any income or employment documentation provided in the loan file.

The stated income must be reasonably based on factors including, but not limited to the:

*Continued on next page*

Copyright 2005. All Rights Reserved

**SCC Motion to Dismiss 00010**



- Stated income source,

- Employment position, and/or

- Borrower's current credit profile.

**LITE DOC**

Lite Doc loans require the borrower to provide minimal documentation.

**NO DOC**

Employment income and asset information is not disclosed on the application and verification documentation is not required.

**Note: For specific requirements and limitations for each documentation type, refer to product and/or program guidelines and matrices.**

Copyright 2005. All Rights Reserved

**SCC Motion to Dismiss 00011**



**OPTION ONE**
M O R T G A G E

**UNDERWRITING GUIDELINES**

**WAGE EARNER**

Wages from a borrower's employment may be used for loan qualification if:

- The wages are paid on a regular, recurring basis, and the income is reported by the employer to the IRS on a W-2 form, and

- The borrower is not self-employed as defined below, under "Self Employed Borrower."

**Documentation Requirements**

Unless otherwise restricted by program/product guidelines, the following documents may be used to satisfy Full Documentation requirements:

- Recent pay stub,

- 1040 with all schedules, or

- W-2.

**Second Jobs, Part Time, Temporary, or Seasonal Employment**

Wages from secondary, part time, temporary, or seasonal employment may be used to qualify if the borrower has established a satisfactory history of this type of income.

**SELF EMPLOYED BORROWER**

The following are classified as self-employed for the purposes of loan qualification:

- Borrowers who derive at least 25% of their primary income from a business in which they hold an ownership interest.

- Borrowers who do not own a business, but who derive the majority of their income from commissions or from primarily gratuity-based professions, which are reported on IRS form 1099.

**Note: Refer to product and/or program-specific guidelines and matrices for requirements, limitations, and documentation types.**

Copyright 2005. All Rights Reserved

SCC Motion to Dismiss 00012



**UNDERWRITING GUIDELINES**

---

**Documentation Requirements**

Unless otherwise restricted by program/product guidelines, the following documents may be used to satisfy Full Documentation requirements for self employment:

- Federal tax returns – complete business and personal federal tax returns may be provided to support the amount of net qualifying business income after expenses. Tax returns must bear the original signature of the borrower and the borrower must sign IRS form 4506T at or before funding.

- 1099s and Profit & Loss Statement (P&L) – earnings (gross business revenues) from sources such as commissions, contract earnings, etc. may be supported with:
  - Copies of the 1099 forms sent to the borrower from the revenue sources, and
  - A satisfactory profit and loss statement to establish the ratio of expenses to revenues. Profit and loss statements must detail expense types and amounts common for the business type and must bear the borrower's original signature.

**VERIFICATION OF EMPLOYMENT AND INCOME**

Employment sources are verbally verified to confirm the:

- Employer's contact phone number,

- Borrower's current employment status, and

- Borrower's employment position or title.

---

*Continued on next page*

Copyright 2005. All Rights Reserved

**SCC Motion to Dismiss 00013**



**UNDERWRITING GUIDELINES**

If the borrower's employment contact cannot be verified through an independent source, satisfactory alternate evidence of the business existence is required, including, but not limited to:

- Valid business licenses,

- Membership in the Better Business Bureau,

- Yellow pages advertisement, or

- Confirmation through State or Federal websites.

The following will not be accepted as evidence of business existence:

- Business cards

- Invoices

- Flyers

- Reference letters

- Previously filed 1040s for Stated Income loans

**Bank Statements**

When permitted by specific product guidelines to document business income, the following restrictions and requirements apply to both business and personal bank statements:

- Income may not be combined from personal and business bank statements.

- Cash flow history (including negative balances and Non-Sufficient Funds [NSF]) should be taken into consideration.

*Continued on next page*

Copyright 2005. All Rights Reserved

SCC Motion to Dismiss 00014

# Exhibit C



**UNDERWRITING GUIDELINES**

# TABLE OF CONTENTS

1    ASSETS ................................................................................................................1-1

    FUNDS TO CLOSE ...............................................................................................1-1

    • Acceptable Sources and Documentation ...........................................................1-1

    • Unacceptable Sources .....................................................................................1-4

    • Unacceptable Documentation ...........................................................................1-4

    RESERVES ..........................................................................................................1-4

2    BORROWERS ......................................................................................................2-1

    ELIGIBILITY REQUIREMENTS ................................................................................2-1

    INELIGIBLE BORROWERS AND VESTING ................................................................2-1

    • Loans to Brokers .............................................................................................2-1

    • Loans to Our Associates ..................................................................................2-2

    • Ineligible Vested Parties ..................................................................................2-2

    POWER OF ATTORNEY .........................................................................................2-3

    PRIMARY BORROWER ..........................................................................................2-3

    BORROWER / CO-BORROWER ..............................................................................2-3

    NON-OCCUPANT CO-BORROWER .........................................................................2-3

    IMMIGRATION AND RESIDENCY STATUS ................................................................2-4

    NON-PERMANENT RESIDENT ALIEN .....................................................................2-5

    CONFLICT OF INTEREST ......................................................................................2-6

3    CREDIT ...............................................................................................................3-1

    CREDIT REPORTS ...............................................................................................3-1

    CREDIT SCORES .................................................................................................3-2

    • Qualifying Credit Score.....................................................................................3-2

    • Minimum Credit Scores ....................................................................................3-3

    • Broker Report – Credit Scores .........................................................................3-3

Copyright 2005. All Rights Reserved

**SCC Motion to Dismiss 00016**

**OPTION ONE**
M O R T G A G E

# 3 CREDIT

**CREDIT REPORTS**

Option One generate an original tri-merged credit report for each applicant that contains credit data from the following repositories:

- Equifax,

- Experian, and

- Trans Union.

Credit reports used to qualify and determine credit grade must not be more than 60 days old at the time of funding. Option One will obtain an updated credit report if:

- The qualifying credit report is more than 60 days old at time of funding.

- The borrower authorizes Option One to generate a new report because of material changes in credit status or history.

**Note: The borrower's authorization must include details pertaining to any material changes and specifically permit Option One to obtain a credit report. Written authorization is required unless verbal authorization is provided directly to an Option One associate.**

Once an updated report has been generated, the previous credit reports may no longer be considered in qualification, and only the new report information will be used to qualify and determine credit grade.

Copyright 2005. All Rights Reserved

**SCC Motion to Dismiss 00017**

**OPTION ONE**
M O R T G A G E

# 4 DOCUMENTATION TYPES

**FULL DOC**

For Full Doc loans, income and employment must be satisfactorily documented for the last 12 to 24 months, depending on the source and specific program requirements.

Qualifying income must be from an eligible income source, as detailed in the Income and Employment section.

**STATED INCOME**

Stated Income allows use of the income declared by the borrower on the application to qualify without verification. Qualifying income must be from eligible source as detailed in the Income and Employment section. When funds are required for closing or reserves, assets must be satisfactorily documented as detailed in the Assets section.

Stated Income is not permitted:

- For applicants with fixed income.

- For applicants with a mortgage currently in foreclosure.

- When alterations of any type have been made to:

  - The "Monthly Income and Combined Expense" section of the application,

  - Any income amount on the application, or

  - Any income or employment documentation provided in the loan file.

The stated income must be reasonably based on factors including, but not limited to the:

*Continued on next page*

Copyright 2005. All Rights Reserved

**SCC Motion to Dismiss 00018**



**UNDERWRITING GUIDELINES**

- Stated income source,
- Employment position, and/or
- Borrower's current credit profile.

**LITE DOC**

Lite Doc loans require the borrower to provide minimal documentation.

**NO DOC**

Employment income and asset information is not disclosed on the application and verification documentation is not required.

**Note: For specific requirements and limitations for each documentation type, refer to product and/or program guidelines and matrices.**

Copyright 2005. All Rights Reserved

SCC Motion to Dismiss 00019



**OPTION ONE**
M O R T G A G E

**UNDERWRITING GUIDELINES**

| | |
|---|---|
| **WAGE EARNER** | Wages from a borrower's employment may be used for loan qualification if: |

- The wages are paid on a regular, recurring basis, and the income is reported by the employer to the IRS on a W-2 form, and

- The borrower is not self-employed as defined below, under "Self Employed Borrower."

**Documentation Requirements**

Unless otherwise restricted by program/product guidelines, the following documents may be used to satisfy Full Documentation requirements:

- Recent pay stub,

- 1040 with all schedules, or

- W-2.

**Second Jobs, Part Time, Temporary, or Seasonal Employment**

Wages from secondary, part time, temporary, or seasonal employment may be used to qualify if the borrower has established a satisfactory history of this type of income.

**SELF EMPLOYED BORROWER**

The following are classified as self-employed for the purposes of loan qualification:

- Borrowers who derive at least 25% of their primary income from a business in which they hold an ownership interest.

- Borrowers who do not own a business, but who derive the majority of their income from commissions or from primarily gratuity-based professions, which are reported on IRS form 1099.

**Note: Refer to product and/or program-specific guidelines and matrices for requirements, limitations, and documentation types.**

Copyright 2005. All Rights Reserved

SCC Motion to Dismiss 00020



**OPTION ONE**
M O R T G A G E

**UNDERWRITING GUIDELINES**

**Documentation Requirements**

Unless otherwise restricted by program/product guidelines, the following documents may be used to satisfy Full Documentation requirements for self employment:

- Federal tax returns – complete business and personal federal tax returns may be provided to support the amount of net qualifying business income after expenses. Tax returns must bear the original signature of the borrower and the borrower must sign IRS form 4506T at or before funding.

- 1099s and Profit & Loss Statement (P&L) – earnings (gross business revenues) from sources such as commissions, contract earnings, etc. may be supported with:

  - Copies of the 1099 forms sent to the borrower from the revenue sources, and

  - A satisfactory profit and loss statement to establish the ratio of expenses to revenues. Profit and loss statements must detail expense types and amounts common for the business type and must bear the borrower's original signature.

**VERIFICATION OF EMPLOYMENT AND INCOME**

Employment sources are verbally verified to confirm the:

- Employer's contact phone number,

- Borrower's current employment status, and

- Borrower's employment position or title.

*Continued on next page*

Copyright 2005. All Rights Reserved

SCC Motion to Dismiss 00021



**OPTION ONE**
M O R T G A G E

**UNDERWRITING GUIDELINES**

---

If the borrower's employment contact cannot be verified through an independent source, satisfactory alternate evidence of the business existence is required, including, but not limited to:

- Valid business licenses,

- Membership in the Better Business Bureau,

- Yellow pages advertisement, or

- Confirmation through State or Federal websites.


The following will not be accepted as evidence of business existence:

- Business cards

- Invoices

- Flyers

- Reference letters

- Previously filed 1040s for Stated Income loans


**Bank Statements**

When permitted by specific product guidelines to document business income, the following restrictions and requirements apply to both business and personal bank statements:

- Income may not be combined from personal and business bank statements.

- Cash flow history (including negative balances and Non-Sufficient Funds [NSF]) should be taken into consideration.

*Continued on next page*

---

Copyright 2005. All Rights Reserved

SCC Motion to Dismiss 00022

# Exhibit D



**UNDERWRITING GUIDELINES**

# TABLE OF CONTENTS

1    ASSETS ....................................................................................................1-1

    FUNDS TO CLOSE ....................................................................................1-1
- Acceptable Sources and Documentation ...................................................1-1
- Unacceptable Sources ...........................................................................1-4
- Unacceptable Documentation ................................................................1-4

    RESERVES ............................................................................................1-4

2    BORROWERS .............................................................................................2-1

    ELIGIBILITY REQUIREMENTS ......................................................................2-1

    INELIGIBLE BORROWERS AND VESTING ......................................................2-1
- Loans to Brokers ..................................................................................2-1
- Loans to Our Associates ........................................................................2-2
- Ineligible Vested Parties ........................................................................2-2

    POWER OF ATTORNEY ............................................................................2-3

    PRIMARY BORROWER ............................................................................2-3

    BORROWER / CO-BORROWER ..................................................................2-3

    NON-OCCUPANT CO-BORROWER ..............................................................2-3

    IMMIGRATION AND RESIDENCY STATUS ......................................................2-4

    NON-PERMANENT RESIDENT ALIEN ..........................................................2-5

    CONFLICT OF INTEREST ..........................................................................2-6

3    CREDIT ....................................................................................................3-1

    CREDIT REPORTS ..................................................................................3-1

    CREDIT SCORES ....................................................................................3-2
- Qualifying Credit Score ..........................................................................3-2
- Minimum Credit Scores ..........................................................................3-3
- Broker Report – Credit Scores ................................................................3-3

Copyright 2005. All Rights Reserved

SCC Motion to Dismiss 00024

**OPTION ONE**
M O R T G A G E

# 3  CREDIT

**CREDIT REPORTS**

Option One generate an original tri-merged credit report for each applicant that contains credit data from the following repositories:

- Equifax,

- Experian, and

- Trans Union.

Credit reports used to qualify and determine credit grade must not be more than 60 days old at the time of funding. Option One will obtain an updated credit report if:

- The qualifying credit report is more than 60 days old at time of funding.

- The borrower authorizes Option One to generate a new report because of material changes in credit status or history.

   **Note: The borrower's authorization must include details pertaining to any material changes and specifically permit Option One to obtain a credit report. Written authorization is required unless verbal authorization is provided directly to an Option One associate.**

Once an updated report has been generated, the previous credit reports may no longer be considered in qualification, and only the new report information will be used to qualify and determine credit grade.

Copyright 2005. All Rights Reserved

SCC Motion to Dismiss 00025



**OPTION ONE**
M O R T G A G E

# 4 DOCUMENTATION TYPES

**FULL DOC**

For Full Doc loans, income and employment must be satisfactorily documented for the last 12 to 24 months, depending on the source and specific program requirements.

Qualifying income must be from an eligible income source, as detailed in the Income and Employment section.

**STATED INCOME**

Stated Income allows use of the income declared by the borrower on the application to qualify without verification. Qualifying income must be from eligible source as detailed in the Income and Employment section. When funds are required for closing or reserves, assets must be satisfactorily documented as detailed in the Assets section.

Stated Income is not permitted:

- For applicants with fixed income.

- For applicants with a mortgage currently in foreclosure.

- When alterations of any type have been made to:

    - The "Monthly Income and Combined Expense" section of the application,

    - Any income amount on the application, or

    - Any income or employment documentation provided in the loan file.

The stated income must be reasonably based on factors including, but not limited to the:

---

*Continued on next page*

**SCC Motion to Dismiss 00026**



**UNDERWRITING GUIDELINES**

- Stated income source,

- Employment position, and/or

- Borrower's current credit profile.

**LITE DOC**

Lite Doc loans require the borrower to provide minimal documentation.

**NO DOC**

Employment income and asset information is not disclosed on the application and verification documentation is not required.

**Note: For specific requirements and limitations for each documentation type, refer to product and/or program guidelines and matrices.**

Copyright 2005. All Rights Reserved

SCC Motion to Dismiss 00027



**OPTION ONE**
M O R T G A G E

**UNDERWRITING GUIDELINES**

**WAGE EARNER**

Wages from a borrower's employment may be used for loan qualification if:

- The wages are paid on a regular, recurring basis, and the income is reported by the employer to the IRS on a W-2 form, and

- The borrower is not self-employed as defined below, under "Self Employed Borrower."

**Documentation Requirements**

Unless otherwise restricted by program/product guidelines, the following documents may be used to satisfy Full Documentation requirements:

- Recent pay stub,

- 1040 with all schedules, or

- W-2.

**Second Jobs, Part Time, Temporary, or Seasonal Employment**

Wages from secondary, part time, temporary, or seasonal employment may be used to qualify if the borrower has established a satisfactory history of this type of income.

**SELF EMPLOYED BORROWER**

The following are classified as self-employed for the purposes of loan qualification:

- Borrowers who derive at least 25% of their primary income from a business in which they hold an ownership interest.

- Borrowers who do not own a business, but who derive the majority of their income from commissions or from primarily gratuity-based professions, which are reported on IRS form 1099.

**Note: Refer to product and/or program-specific guidelines and matrices for requirements, limitations, and documentation types.**

Copyright 2005. All Rights Reserved

SCC Motion to Dismiss 00028



**OPTION ONE**
M O R T G A G E

**UNDERWRITING GUIDELINES**

**Documentation Requirements**

Unless otherwise restricted by program/product guidelines, the following documents may be used to satisfy Full Documentation requirements for self employment:

- Federal tax returns – complete business and personal federal tax returns may be provided to support the amount of net qualifying business income after expenses. Tax returns must bear the original signature of the borrower and the borrower must sign IRS form 4506T at or before funding.

- 1099s and Profit & Loss Statement (P&L) – earnings (gross business revenues) from sources such as commissions, contract earnings, etc. may be supported with:

  - Copies of the 1099 forms sent to the borrower from the revenue sources, and

  - A satisfactory profit and loss statement to establish the ratio of expenses to revenues. Profit and loss statements must detail expense types and amounts common for the business type and must bear the borrower's original signature.

**VERIFICATION OF EMPLOYMENT AND INCOME**

Employment sources are verbally verified to confirm the:

- Employer's contact phone number,

- Borrower's current employment status, and

- Borrower's employment position or title.

*Continued on next page*

Copyright 2005. All Rights Reserved

**SCC Motion to Dismiss 00029**


**OPTION ONE**
M O R T G A G E

**UNDERWRITING GUIDELINES**

If the borrower's employment contact cannot be verified through an independent source, satisfactory alternate evidence of the business existence is required, including, but not limited to:

- Valid business licenses,

- Membership in the Better Business Bureau,

- Yellow pages advertisement, or

- Confirmation through State or Federal websites.

The following will not be accepted as evidence of business existence:

- Business cards

- Invoices

- Flyers

- Reference letters

- Previously filed 1040s for Stated Income loans

**Bank Statements**

When permitted by specific product guidelines to document business income, the following restrictions and requirements apply to both business and personal bank statements:

- Income may not be combined from personal and business bank statements.

- Cash flow history (including negative balances and Non-Sufficient Funds [NSF]) should be taken into consideration.

_Continued on next page_

Copyright 2005. All Rights Reserved

SCC Motion to Dismiss 00030

# Exhibit E



**UNDERWRITING GUIDELINES**

# TABLE OF CONTENTS

1    ASSETS ................................................................................................... 1-1

    FUNDS TO CLOSE ..................................................................................... 1-1
    &bull; Acceptable Sources and Documentation .............................................. 1-1
    &bull; Unacceptable Sources ........................................................................ 1-4
    &bull; Unacceptable Documentation .............................................................. 1-4

    RESERVES ............................................................................................... 1-4

2    BORROWERS ......................................................................................... 2-1

    ELIGIBILITY REQUIREMENTS ..................................................................... 2-1

    INELIGIBLE BORROWERS AND VESTING ...................................................... 2-1
    &bull; Loans to Brokers ................................................................................ 2-1
    &bull; Loans to Our Associates ..................................................................... 2-2
    &bull; Ineligible Vested Parties ..................................................................... 2-2

    POWER OF ATTORNEY ............................................................................... 2-3

    PRIMARY BORROWER ............................................................................... 2-3

    BORROWER / CO-BORROWER ................................................................... 2-3

    NON-OCCUPANT CO-BORROWER ............................................................. 2-3

    IMMIGRATION AND RESIDENCY STATUS ..................................................... 2-4

    NON-PERMANENT RESIDENT ALIEN ......................................................... 2-5

    CONFLICT OF INTEREST ........................................................................... 2-6

3    CREDIT ................................................................................................. 3-1

    CREDIT REPORTS ..................................................................................... 3-1

    CREDIT SCORES ...................................................................................... 3-2
    &bull; Qualifying Credit Score ....................................................................... 3-2
    &bull; Minimum Credit Scores ....................................................................... 3-3
    &bull; Broker Report – Credit Scores ............................................................ 3-3

Copyright 2005. All Rights Reserved

**OPTION ONE**
M O R T G A G E

# 3  CREDIT

**CREDIT REPORTS**

Option One generate an original tri-merged credit report for each applicant that contains credit data from the following repositories:

- Equifax,

- Experian, and

- Trans Union.

Credit reports used to qualify and determine credit grade must not be more than 60 days old at the time of funding. Option One will obtain an updated credit report if:

- The qualifying credit report is more than 60 days old at time of funding.

- The borrower authorizes Option One to generate a new report because of material changes in credit status or history.

   **Note: The borrower's authorization must include details pertaining to any material changes and specifically permit Option One to obtain a credit report. Written authorization is required unless verbal authorization is provided directly to an Option One associate.**

Once an updated report has been generated, the previous credit reports may no longer be considered in qualification, and only the new report information will be used to qualify and determine credit grade.

Copyright 2005. All Rights Reserved

SCC Motion to Dismiss 00033

**OPTION ONE**
M O R T G A G E

**UNDERWRITING GUIDELINES**

# 4  DOCUMENTATION TYPES

**FULL DOC**

For Full Doc loans, income and employment must be satisfactorily documented for the last 12 to 24 months, depending on the source and specific program requirements.

Qualifying income must be from an eligible income source, as detailed in the Income and Employment section.

**STATED INCOME**

Stated Income allows use of the income declared by the borrower on the application to qualify without verification. Qualifying income must be from eligible source as detailed in the Income and Employment section. When funds are required for closing or reserves, assets must be satisfactorily documented as detailed in the Assets section.

Stated Income is not permitted:

- For applicants with fixed income.

- For applicants with a mortgage currently in foreclosure.

- When alterations of any type have been made to:

  - The "Monthly Income and Combined Expense" section of the application,

  - Any income amount on the application, or

  - Any income or employment documentation provided in the loan file.

The stated income must be reasonably based on factors including, but not limited to the:

*Continued on next page*

Copyright 2005. All Rights Reserved

**SCC Motion to Dismiss 00034**



**OPTION ONE**
M O R T G A G E

- Stated income source,

- Employment position, and/or

- Borrower's current credit profile.

**LITE DOC**

Lite Doc loans require the borrower to provide minimal documentation.

**NO DOC**

Employment income and asset information is not disclosed on the application and verification documentation is not required.

**Note: For specific requirements and limitations for each documentation type, refer to product and/or program guidelines and matrices.**

Copyright 2005. All Rights Reserved

SCC Motion to Dismiss 00035

 **OPTION ONE** M O R T G A G E

**UNDERWRITING GUIDELINES**

**WAGE EARNER**

Wages from a borrower's employment may be used for loan qualification if:

- The wages are paid on a regular, recurring basis, and the income is reported by the employer to the IRS on a W-2 form, and

- The borrower is not self-employed as defined below, under "Self Employed Borrower."

**Documentation Requirements**

Unless otherwise restricted by program/product guidelines, the following documents may be used to satisfy Full Documentation requirements:

- Recent pay stub,

- 1040 with all schedules, or

- W-2.

**Second Jobs, Part Time, Temporary, or Seasonal Employment**

Wages from secondary, part time, temporary, or seasonal employment may be used to qualify if the borrower has established a satisfactory history of this type of income.

**SELF EMPLOYED BORROWER**

The following are classified as self-employed for the purposes of loan qualification:

- Borrowers who derive at least 25% of their primary income from a business in which they hold an ownership interest.

- Borrowers who do not own a business, but who derive the majority of their income from commissions or from primarily gratuity-based professions, which are reported on IRS form 1099.

**Note: Refer to product and/or program-specific guidelines and matrices for requirements, limitations, and documentation types.**

---

SCC Motion to Dismiss 00036

 **OPTION ONE**
M O R T G A G E

**UNDERWRITING GUIDELINES**

**Documentation Requirements**

Unless otherwise restricted by program/product guidelines, the following documents may be used to satisfy Full Documentation requirements for self employment:

- Federal tax returns – complete business and personal federal tax returns may be provided to support the amount of net qualifying business income after expenses. Tax returns must bear the original signature of the borrower and the borrower must sign IRS form 4506T at or before funding.

- 1099s and Profit & Loss Statement (P&L) – earnings (gross business revenues) from sources such as commissions, contract earnings, etc. may be supported with:

  - Copies of the 1099 forms sent to the borrower from the revenue sources, and

  - A satisfactory profit and loss statement to establish the ratio of expenses to revenues. Profit and loss statements must detail expense types and amounts common for the business type and must bear the borrower's original signature.

**VERIFICATION OF EMPLOYMENT AND INCOME**

Employment sources are verbally verified to confirm the:

- Employer's contact phone number,

- Borrower's current employment status, and

- Borrower's employment position or title.

*Continued on next page*

Copyright 2005. All Rights Reserved

SCC Motion to Dismiss 00037



**UNDERWRITING GUIDELINES**

If the borrower's employment contact cannot be verified through an independent source, satisfactory alternate evidence of the business existence is required, including, but not limited to:

- Valid business licenses,

- Membership in the Better Business Bureau,

- Yellow pages advertisement, or

- Confirmation through State or Federal websites.

The following will not be accepted as evidence of business existence:

- Business cards

- Invoices

- Flyers

- Reference letters

- Previously filed 1040s for Stated Income loans

**Bank Statements**

When permitted by specific product guidelines to document business income, the following restrictions and requirements apply to both business and personal bank statements:

- Income may not be combined from personal and business bank statements.

- Cash flow history (including negative balances and Non-Sufficient Funds [NSF]) should be taken into consideration.

---

*Continued on next page*

Copyright 2005. All Rights Reserved

**SCC Motion to Dismiss 00038**

# Exhibit F



**UNDERWRITING GUIDELINES**

# TABLE OF CONTENTS

1   ASSETS ..................................................................................................1-1

    FUNDS TO CLOSE .................................................................................1-1
- Acceptable Sources and Documentation.....................................1-1
- Unacceptable Sources ...............................................................1-4
- Unacceptable Documentation ....................................................1-4

    RESERVES .........................................................................................1-4

2   BORROWERS .........................................................................................2-1

    ELIGIBILITY REQUIREMENTS ...................................................................2-1

    INELIGIBLE BORROWERS AND VESTING ....................................................2-1
- Loans to Brokers ........................................................................2-1
- Loans to Our Associates.............................................................2-2
- Ineligible Vested Parties ............................................................2-2

    POWER OF ATTORNEY ...........................................................................2-3

    PRIMARY BORROWER ............................................................................2-3

    BORROWER / CO-BORROWER .................................................................2-3

    NON-OCCUPANT CO-BORROWER .............................................................2-3

    IMMIGRATION AND RESIDENCY STATUS ....................................................2-4

    NON-PERMANENT RESIDENT ALIEN .........................................................2-5

    CONFLICT OF INTEREST.........................................................................2-6

3   CREDIT..................................................................................................3-1

    CREDIT REPORTS .................................................................................3-1

    CREDIT SCORES...................................................................................3-2
- Qualifying Credit Score...............................................................3-2
- Minimum Credit Scores ..............................................................3-3
- Broker Report – Credit Scores....................................................3-3

Copyright 2005. All Rights Reserved

**SCC Motion to Dismiss 00040**

**OPTION ONE**
M O R T G A G E

# 3  CREDIT

**CREDIT REPORTS**

Option One generate an original tri-merged credit report for each applicant that contains credit data from the following repositories:

- Equifax,

- Experian, and

- Trans Union.

Credit reports used to qualify and determine credit grade must not be more than 60 days old at the time of funding. Option One will obtain an updated credit report if:

- The qualifying credit report is more than 60 days old at time of funding.

- The borrower authorizes Option One to generate a new report because of material changes in credit status or history.

**Note: The borrower's authorization must include details pertaining to any material changes and specifically permit Option One to obtain a credit report. Written authorization is required unless verbal authorization is provided directly to an Option One associate.**

Once an updated report has been generated, the previous credit reports may no longer be considered in qualification, and only the new report information will be used to qualify and determine credit grade.

Copyright 2005. All Rights Reserved

**SCC Motion to Dismiss 00041**

**OPTION ONE**
M O R T G A G E

# 4 DOCUMENTATION TYPES

**FULL DOC**

For Full Doc loans, income and employment must be satisfactorily documented for the last 12 to 24 months, depending on the source and specific program requirements.

Qualifying income must be from an eligible income source, as detailed in the Income and Employment section.

**STATED INCOME**

Stated Income allows use of the income declared by the borrower on the application to qualify without verification. Qualifying income must be from eligible source as detailed in the Income and Employment section. When funds are required for closing or reserves, assets must be satisfactorily documented as detailed in the Assets section.

Stated Income is not permitted:

- For applicants with fixed income.

- For applicants with a mortgage currently in foreclosure.

- When alterations of any type have been made to:
  - The "Monthly Income and Combined Expense" section of the application,
  - Any income amount on the application, or
  - Any income or employment documentation provided in the loan file.

The stated income must be reasonably based on factors including, but not limited to the:

*Continued on next page*

Copyright 2005. All Rights Reserved

**SCC Motion to Dismiss 00042**



- Stated income source,

- Employment position, and/or

- Borrower's current credit profile.

**LITE DOC**

Lite Doc loans require the borrower to provide minimal documentation.

**NO DOC**

Employment income and asset information is not disclosed on the application and verification documentation is not required.

**Note: For specific requirements and limitations for each documentation type, refer to product and/or program guidelines and matrices.**

Copyright 2005. All Rights Reserved

SCC Motion to Dismiss 00043


**OPTION ONE**
M O R T G A G E

**UNDERWRITING GUIDELINES**

**WAGE EARNER**

Wages from a borrower's employment may be used for loan qualification if:

- The wages are paid on a regular, recurring basis, and the income is reported by the employer to the IRS on a W-2 form, and

- The borrower is not self-employed as defined below, under "Self Employed Borrower."

**Documentation Requirements**

Unless otherwise restricted by program/product guidelines, the following documents may be used to satisfy Full Documentation requirements:

- Recent pay stub,

- 1040 with all schedules, or

- W-2.

**Second Jobs, Part Time, Temporary, or Seasonal Employment**

Wages from secondary, part time, temporary, or seasonal employment may be used to qualify if the borrower has established a satisfactory history of this type of income.

**SELF EMPLOYED BORROWER**

The following are classified as self-employed for the purposes of loan qualification:

- Borrowers who derive at least 25% of their primary income from a business in which they hold an ownership interest.

- Borrowers who do not own a business, but who derive the majority of their income from commissions or from primarily gratuity-based professions, which are reported on IRS form 1099.

**Note: Refer to product and/or program-specific guidelines and matrices for requirements, limitations, and documentation types.**

Copyright 2005. All Rights Reserved

SCC Motion to Dismiss 00044



**OPTION ONE**
M O R T G A G E

**UNDERWRITING GUIDELINES**

**Documentation
Requirements**

Unless otherwise restricted by program/product guidelines, the following documents may be used to satisfy Full Documentation requirements for self employment:

- Federal tax returns – complete business and personal federal tax returns may be provided to support the amount of net qualifying business income after expenses. Tax returns must bear the original signature of the borrower and the borrower must sign IRS form 4506T at or before funding.

- 1099s and Profit & Loss Statement (P&L) – earnings (gross business revenues) from sources such as commissions, contract earnings, etc. may be supported with:

  - Copies of the 1099 forms sent to the borrower from the revenue sources, and

  - A satisfactory profit and loss statement to establish the ratio of expenses to revenues. Profit and loss statements must detail expense types and amounts common for the business type and must bear the borrower's original signature.

**VERIFICATION OF EMPLOYMENT
AND INCOME**

Employment sources are verbally verified to confirm the:

- Employer's contact phone number,

- Borrower's current employment status, and

- Borrower's employment position or title.

*Continued on next page*

**SCC Motion to Dismiss 00045**



**UNDERWRITING GUIDELINES**

If the borrower's employment contact cannot be verified through an independent source, satisfactory alternate evidence of the business existence is required, including, but not limited to:

- Valid business licenses,

- Membership in the Better Business Bureau,

- Yellow pages advertisement, or

- Confirmation through State or Federal websites.


The following will not be accepted as evidence of business existence:

- Business cards

- Invoices

- Flyers

- Reference letters

- Previously filed 1040s for Stated Income loans


**Bank Statements**

When permitted by specific product guidelines to document business income, the following restrictions and requirements apply to both business and personal bank statements:

- Income may not be combined from personal and business bank statements.

- Cash flow history (including negative balances and Non-Sufficient Funds [NSF]) should be taken into consideration.

*Continued on next page*

Copyright 2005. All Rights Reserved

**SCC Motion to Dismiss 00046**

# Exhibit G



# TABLE OF CONTENTS

1    ASSETS .................................................................................................................1-1

  FUNDS TO CLOSE ......................................................................................................1-1
  • Acceptable Sources and Documentation.................................................................1-1
  • Unacceptable Sources ...........................................................................................1-4
  • Unacceptable Documentation.................................................................................1-4

  RESERVES ................................................................................................................1-4

2    BORROWERS .........................................................................................................2-1

  ELIGIBILITY REQUIREMENTS ........................................................................................2-1

  INELIGIBLE BORROWERS AND VESTING .........................................................................2-1
  • Loans to Brokers....................................................................................................2-1
  • Loans to Our Associates.........................................................................................2-2
  • Ineligible Vested Parties ........................................................................................2-2

  POWER OF ATTORNEY ................................................................................................2-3

  PRIMARY BORROWER .................................................................................................2-3

  BORROWER / CO-BORROWER .....................................................................................2-3

  NON-OCCUPANT CO-BORROWER .................................................................................2-3

  IMMIGRATION AND RESIDENCY STATUS .........................................................................2-4

  NON-PERMANENT RESIDENT ALIEN ..............................................................................2-5

  CONFLICT OF INTEREST ..............................................................................................2-6

3    CREDIT...................................................................................................................3-1

  CREDIT REPORTS ......................................................................................................3-1

  CREDIT SCORES.........................................................................................................3-2
  • Qualifying Credit Score ..........................................................................................3-2
  • Minimum Credit Scores ..........................................................................................3-3
  • Broker Report – Credit Scores................................................................................3-3

**SCC Motion to Dismiss 00048**

**OPTION ONE**
M O R T G A G E

# 3  CREDIT

**CREDIT REPORTS**

Option One generate an original tri-merged credit report for each applicant that contains credit data from the following repositories:

- Equifax,

- Experian, and

- Trans Union.

Credit reports used to qualify and determine credit grade must not be more than 60 days old at the time of funding. Option One will obtain an updated credit report if:

- The qualifying credit report is more than 60 days old at time of funding.

- The borrower authorizes Option One to generate a new report because of material changes in credit status or history.

   **Note: The borrower's authorization must include details pertaining to any material changes and specifically permit Option One to obtain a credit report. Written authorization is required unless verbal authorization is provided directly to an Option One associate.**

Once an updated report has been generated, the previous credit reports may no longer be considered in qualification, and only the new report information will be used to qualify and determine credit grade.

Copyright 2005. All Rights Reserved

SCC Motion to Dismiss 00049

**OPTION ONE**
M O R T G A G E

# 4 DOCUMENTATION TYPES

**FULL DOC**

For Full Doc loans, income and employment must be satisfactorily documented for the last 12 to 24 months, depending on the source and specific program requirements.

Qualifying income must be from an eligible income source, as detailed in the Income and Employment section.

**STATED INCOME**

Stated Income allows use of the income declared by the borrower on the application to qualify without verification. Qualifying income must be from eligible source as detailed in the Income and Employment section. When funds are required for closing or reserves, assets must be satisfactorily documented as detailed in the Assets section.

Stated Income is not permitted:

- For applicants with fixed income.

- For applicants with a mortgage currently in foreclosure.

- When alterations of any type have been made to:
  - The "Monthly Income and Combined Expense" section of the application,
  - Any income amount on the application, or
  - Any income or employment documentation provided in the loan file.

The stated income must be reasonably based on factors including, but not limited to the:

*Continued on next page*

Copyright 2005. All Rights Reserved

SCC Motion to Dismiss 00050



**UNDERWRITING GUIDELINES**

- Stated income source,

- Employment position, and/or

- Borrower's current credit profile.

**LITE DOC**

Lite Doc loans require the borrower to provide minimal documentation.

**NO DOC**

Employment income and asset information is not disclosed on the application and verification documentation is not required.

**Note: For specific requirements and limitations for each documentation type, refer to product and/or program guidelines and matrices.**

Copyright 2005. All Rights Reserved

SCC Motion to Dismiss 00051

 **OPTION ONE**
M O R T G A G E

**UNDERWRITING GUIDELINES**

| | |
|---|---|
| **WAGE EARNER** | Wages from a borrower's employment may be used for loan qualification if: |

- The wages are paid on a regular, recurring basis, and the income is reported by the employer to the IRS on a W-2 form, and

- The borrower is not self-employed as defined below, under "Self Employed Borrower."

**Documentation Requirements**

Unless otherwise restricted by program/product guidelines, the following documents may be used to satisfy Full Documentation requirements:

- Recent pay stub,

- 1040 with all schedules, or

- W-2.

**Second Jobs, Part Time, Temporary, or Seasonal Employment**

Wages from secondary, part time, temporary, or seasonal employment may be used to qualify if the borrower has established a satisfactory history of this type of income.

**SELF EMPLOYED BORROWER**

The following are classified as self-employed for the purposes of loan qualification:

- Borrowers who derive at least 25% of their primary income from a business in which they hold an ownership interest.

- Borrowers who do not own a business, but who derive the majority of their income from commissions or from primarily gratuity-based professions, which are reported on IRS form 1099.

**Note: Refer to product and/or program-specific guidelines and matrices for requirements, limitations, and documentation types.**

August 5, 2005
Copyright 2005. All Rights Reserved
INCOME AND EMPLOYMENT
6-3

SCC Motion to Dismiss 00052

 **OPTION ONE**
M O R T G A G E

**UNDERWRITING GUIDELINES**

**Documentation Requirements**

Unless otherwise restricted by program/product guidelines, the following documents may be used to satisfy Full Documentation requirements for self employment:

- Federal tax returns – complete business and personal federal tax returns may be provided to support the amount of net qualifying business income after expenses. Tax returns must bear the original signature of the borrower and the borrower must sign IRS form 4506T at or before funding.

- 1099s and Profit & Loss Statement (P&L) – earnings (gross business revenues) from sources such as commissions, contract earnings, etc. may be supported with:

  - Copies of the 1099 forms sent to the borrower from the revenue sources, and

  - A satisfactory profit and loss statement to establish the ratio of expenses to revenues. Profit and loss statements must detail expense types and amounts common for the business type and must bear the borrower's original signature.

**VERIFICATION OF EMPLOYMENT AND INCOME**

Employment sources are verbally verified to confirm the:

- Employer's contact phone number,

- Borrower's current employment status, and

- Borrower's employment position or title.

*Continued on next page*

Copyright 2005. All Rights Reserved

**SCC Motion to Dismiss 00053**

 **OPTION ONE**
M O R T G A G E

**UNDERWRITING GUIDELINES**

If the borrower's employment contact cannot be verified through an independent source, satisfactory alternate evidence of the business existence is required, including, but not limited to:

- Valid business licenses,

- Membership in the Better Business Bureau,

- Yellow pages advertisement, or

- Confirmation through State or Federal websites.

The following will not be accepted as evidence of business existence:

- Business cards

- Invoices

- Flyers

- Reference letters

- Previously filed 1040s for Stated Income loans

**Bank Statements**

When permitted by specific product guidelines to document business income, the following restrictions and requirements apply to both business and personal bank statements:

- Income may not be combined from personal and business bank statements.

- Cash flow history (including negative balances and Non-Sufficient Funds [NSF]) should be taken into consideration.

*Continued on next page*

Copyright 2005. All Rights Reserved

**SCC Motion to Dismiss 00054**

# Exhibit H



# TABLE OF CONTENTS

1   ASSETS ...................................................................................................................1-1

   FUNDS TO CLOSE ..................................................................................................1-1
- Acceptable Sources and Documentation..........................................................1-1
- Unacceptable Sources ......................................................................................1-4
- Unacceptable Documentation...........................................................................1-4

   RESERVES .............................................................................................................1-4

2   BORROWERS ........................................................................................................2-1

   ELIGIBILITY REQUIREMENTS ..................................................................................2-1

   INELIGIBLE BORROWERS AND VESTING ..................................................................2-1
- Loans to Brokers...............................................................................................2-1
- Loans to Our Associates...................................................................................2-2
- Ineligible Vested Parties ...................................................................................2-2

   POWER OF ATTORNEY ...........................................................................................2-3

   PRIMARY BORROWER ............................................................................................2-3

   BORROWER / CO-BORROWER ...............................................................................2-3

   NON-OCCUPANT CO-BORROWER ..........................................................................2-3

   IMMIGRATION AND RESIDENCY STATUS .................................................................2-4

   NON-PERMANENT RESIDENT ALIEN .......................................................................2-5

   CONFLICT OF INTEREST.........................................................................................2-6

3   CREDIT.................................................................................................................3-1

   CREDIT REPORTS ..................................................................................................3-1

   CREDIT SCORES....................................................................................................3-2
- Qualifying Credit Score.....................................................................................3-2
- Minimum Credit Scores.....................................................................................3-3
- Broker Report – Credit Scores..........................................................................3-3

Copyright 2005. All Rights Reserved

SCC Motion to Dismiss 00056

**OPTION ONE**
M O R T G A G E

<b>UNDERWRITING GUIDELINES</b>

# 3 CREDIT

**CREDIT REPORTS**

Option One generate an original tri-merged credit report for each applicant that contains credit data from the following repositories:

- Equifax,

- Experian, and

- Trans Union.

Credit reports used to qualify and determine credit grade must not be more than 60 days old at the time of funding. Option One will obtain an updated credit report if:

- The qualifying credit report is more than 60 days old at time of funding.

- The borrower authorizes Option One to generate a new report because of material changes in credit status or history.

**Note: The borrower's authorization must include details pertaining to any material changes and specifically permit Option One to obtain a credit report. Written authorization is required unless verbal authorization is provided directly to an Option One associate.**

Once an updated report has been generated, the previous credit reports may no longer be considered in qualification, and only the new report information will be used to qualify and determine credit grade.

Copyright 2005. All Rights Reserved

**SCC Motion to Dismiss 00057**



**UNDERWRITING GUIDELINES**

# 4  DOCUMENTATION TYPES

**FULL DOC**

For Full Doc loans, income and employment must be satisfactorily documented for the last 12 to 24 months, depending on the source and specific program requirements.

Qualifying income must be from an eligible income source, as detailed in the Income and Employment section.

**STATED INCOME**

Stated Income allows use of the income declared by the borrower on the application to qualify without verification. Qualifying income must be from eligible source as detailed in the Income and Employment section. When funds are required for closing or reserves, assets must be satisfactorily documented as detailed in the Assets section.

Stated Income is not permitted:

- For applicants with fixed income.

- For applicants with a mortgage currently in foreclosure.

- When alterations of any type have been made to:
  - The "Monthly Income and Combined Expense" section of the application,
  - Any income amount on the application, or
  - Any income or employment documentation provided in the loan file.

The stated income must be reasonably based on factors including, but not limited to the:

*Continued on next page*

Copyright 2005. All Rights Reserved

**SCC Motion to Dismiss 00058**



**OPTION ONE**
M O R T G A G E

**UNDERWRITING GUIDELINES**

- Stated income source,

- Employment position, and/or

- Borrower's current credit profile.

**LITE DOC**　　　　　Lite Doc loans require the borrower to provide minimal documentation.

**NO DOC**　　　　　Employment income and asset information is not disclosed on the application and verification documentation is not required.

**Note: For specific requirements and limitations for each documentation type, refer to product and/or program guidelines and matrices.**

Copyright 2005. All Rights Reserved

**SCC Motion to Dismiss 00059**



**OPTION ONE**
M O R T G A G E

**UNDERWRITING GUIDELINES**

**WAGE EARNER**

Wages from a borrower's employment may be used for loan qualification if:

- The wages are paid on a regular, recurring basis, and the income is reported by the employer to the IRS on a W-2 form, and

- The borrower is not self-employed as defined below, under "Self Employed Borrower."

**Documentation Requirements**

Unless otherwise restricted by program/product guidelines, the following documents may be used to satisfy Full Documentation requirements:

- Recent pay stub,

- 1040 with all schedules, or

- W-2.

**Second Jobs, Part Time, Temporary, or Seasonal Employment**

Wages from secondary, part time, temporary, or seasonal employment may be used to qualify if the borrower has established a satisfactory history of this type of income.

**SELF EMPLOYED BORROWER**

The following are classified as self-employed for the purposes of loan qualification:

- Borrowers who derive at least 25% of their primary income from a business in which they hold an ownership interest.

- Borrowers who do not own a business, but who derive the majority of their income from commissions or from primarily gratuity-based professions, which are reported on IRS form 1099.

**Note: Refer to product and/or program-specific guidelines and matrices for requirements, limitations, and documentation types.**

Copyright 2005. All Rights Reserved

**SCC Motion to Dismiss 00060**



**OPTION ONE**
M O R T G A G E

**UNDERWRITING GUIDELINES**

**Documentation Requirements**

Unless otherwise restricted by program/product guidelines, the following documents may be used to satisfy Full Documentation requirements for self employment:

- Federal tax returns – complete business and personal federal tax returns may be provided to support the amount of net qualifying business income after expenses. Tax returns must bear the original signature of the borrower and the borrower must sign IRS form 4506T at or before funding.

- 1099s and Profit & Loss Statement (P&L) – earnings (gross business revenues) from sources such as commissions, contract earnings, etc. may be supported with:

  - Copies of the 1099 forms sent to the borrower from the revenue sources, and

  - A satisfactory profit and loss statement to establish the ratio of expenses to revenues. Profit and loss statements must detail expense types and amounts common for the business type and must bear the borrower's original signature.

**VERIFICATION OF EMPLOYMENT AND INCOME**

Employment sources are verbally verified to confirm the:

- Employer's contact phone number,

- Borrower's current employment status, and

- Borrower's employment position or title.

*Continued on next page*

Copyright 2005. All Rights Reserved

SCC Motion to Dismiss 00061

 **OPTION ONE**
M O R T G A G E

**UNDERWRITING GUIDELINES**

If the borrower's employment contact cannot be verified through an independent source, satisfactory alternate evidence of the business existence is required, including, but not limited to:

- Valid business licenses,

- Membership in the Better Business Bureau,

- Yellow pages advertisement, or

- Confirmation through State or Federal websites.

The following will not be accepted as evidence of business existence:

- Business cards

- Invoices

- Flyers

- Reference letters

- Previously filed 1040s for Stated Income loans

**Bank Statements**

When permitted by specific product guidelines to document business income, the following restrictions and requirements apply to both business and personal bank statements:

- Income may not be combined from personal and business bank statements.

- Cash flow history (including negative balances and Non-Sufficient Funds [NSF]) should be taken into consideration.

*Continued on next page*

Copyright 2005. All Rights Reserved

**SCC Motion to Dismiss 00062**

# Exhibit I



UNDERWRITING GUIDELINES

# TABLE OF CONTENTS

1    ASSETS ........................................................................................................1-1

    FUNDS TO CLOSE ........................................................................................1-1
- Acceptable Sources and Documentation................................................1-1
- Unacceptable Sources...........................................................................1-4
- Unacceptable Documentation................................................................1-4

    RESERVES .................................................................................................1-4

2    BORROWERS ..............................................................................................2-1

    ELIGIBILITY REQUIREMENTS .........................................................................2-1

    INELIGIBLE BORROWERS AND VESTING ..........................................................2-1
- Loans to Brokers...................................................................................2-1
- Loans to Our Associates........................................................................2-2
- Ineligible Vested Parties .......................................................................2-2

    POWER OF ATTORNEY .................................................................................2-3

    PRIMARY BORROWER ..................................................................................2-3

    BORROWER / CO-BORROWER ......................................................................2-3

    NON-OCCUPANT CO-BORROWER ..................................................................2-3

    IMMIGRATION AND RESIDENCY STATUS .........................................................2-4

    NON-PERMANENT RESIDENT ALIEN ...............................................................2-5

    CONFLICT OF INTEREST................................................................................2-6

3    CREDIT ......................................................................................................3-1

    CREDIT REPORTS .......................................................................................3-1

    CREDIT SCORES.........................................................................................3-2
- Qualifying Credit Score ........................................................................3-2
- Minimum Credit Scores.........................................................................3-3
- Broker Report – Credit Scores...............................................................3-3

Copyright 2005. All Rights Reserved

**SCC Motion to Dismiss 00064**

**OPTION ONE**
M O R T G A G E

# 3  CREDIT

**CREDIT REPORTS**

Option One generate an original tri-merged credit report for each applicant that contains credit data from the following repositories:

- Equifax,

- Experian, and

- Trans Union.

Credit reports used to qualify and determine credit grade must not be more than 60 days old at the time of funding. Option One will obtain an updated credit report if:

- The qualifying credit report is more than 60 days old at time of funding.

- The borrower authorizes Option One to generate a new report because of material changes in credit status or history.

   **Note: The borrower's authorization must include details pertaining to any material changes and specifically permit Option One to obtain a credit report. Written authorization is required unless verbal authorization is provided directly to an Option One associate.**

Once an updated report has been generated, the previous credit reports may no longer be considered in qualification, and only the new report information will be used to qualify and determine credit grade.

Copyright 2005. All Rights Reserved

**SCC Motion to Dismiss 00065**

**OPTION ONE**
M O R T G A G E

# 4 DOCUMENTATION TYPES

**FULL DOC**

For Full Doc loans, income and employment must be satisfactorily documented for the last 12 to 24 months, depending on the source and specific program requirements.

Qualifying income must be from an eligible income source, as detailed in the Income and Employment section.

**STATED INCOME**

Stated Income allows use of the income declared by the borrower on the application to qualify without verification. Qualifying income must be from eligible source as detailed in the Income and Employment section. When funds are required for closing or reserves, assets must be satisfactorily documented as detailed in the Assets section.

Stated Income is not permitted:

- For applicants with fixed income.

- For applicants with a mortgage currently in foreclosure.

- When alterations of any type have been made to:
  - The "Monthly Income and Combined Expense" section of the application,
  - Any income amount on the application, or
  - Any income or employment documentation provided in the loan file.

The stated income must be reasonably based on factors including, but not limited to the:

*Continued on next page*

---

Copyright 2005. All Rights Reserved

**SCC Motion to Dismiss 00066**

 **OPTION ONE**
M O R T G A G E

**UNDERWRITING GUIDELINES**

**WAGE EARNER**

Wages from a borrower's employment may be used for loan qualification if:

- The wages are paid on a regular, recurring basis, and the income is reported by the employer to the IRS on a W-2 form, and

- The borrower is not self-employed as defined below, under "Self Employed Borrower."

**Documentation Requirements**

Unless otherwise restricted by program/product guidelines, the following documents may be used to satisfy Full Documentation requirements:

- Recent pay stub,

- 1040 with all schedules, or

- W-2.

**Second Jobs, Part Time, Temporary, or Seasonal Employment**

Wages from secondary, part time, temporary, or seasonal employment may be used to qualify if the borrower has established a satisfactory history of this type of income.

**SELF EMPLOYED BORROWER**

The following are classified as self-employed for the purposes of loan qualification:

- Borrowers who derive at least 25% of their primary income from a business in which they hold an ownership interest.

- Borrowers who do not own a business, but who derive the majority of their income from commissions or from primarily gratuity-based professions, which are reported on IRS form 1099.

**Note: Refer to product and/or program-specific guidelines and matrices for requirements, limitations, and documentation types.**

Copyright 2005. All Rights Reserved

**SCC Motion to Dismiss 00067**



**OPTION ONE**
M O R T G A G E

**UNDERWRITING GUIDELINES**

**Documentation
Requirements**

Unless otherwise restricted by program/product guidelines, the following documents may be used to satisfy Full Documentation requirements for self employment:

- Federal tax returns – complete business and personal federal tax returns may be provided to support the amount of net qualifying business income after expenses. Tax returns must bear the original signature of the borrower and the borrower must sign IRS form 4506T at or before funding.

- 1099s and Profit & Loss Statement (P&L) – earnings (gross business revenues) from sources such as commissions, contract earnings, etc. may be supported with:

  - Copies of the 1099 forms sent to the borrower from the revenue sources, and

  - A satisfactory profit and loss statement to establish the ratio of expenses to revenues. Profit and loss statements must detail expense types and amounts common for the business type and must bear the borrower's original signature.

**VERIFICATION OF EMPLOYMENT
AND INCOME**

Employment sources are verbally verified to confirm the:

- Employer's contact phone number,

- Borrower's current employment status, and

- Borrower's employment position or title.

*Continued on next page*

Copyright 2005. All Rights Reserved

**SCC Motion to Dismiss 00068**



**UNDERWRITING GUIDELINES**

If the borrower's employment contact cannot be verified through an independent source, satisfactory alternate evidence of the business existence is required, including, but not limited to:

- Valid business licenses,

- Membership in the Better Business Bureau,

- Yellow pages advertisement, or

- Confirmation through State or Federal websites.

The following will not be accepted as evidence of business existence:

- Business cards

- Invoices

- Flyers

- Reference letters

- Previously filed 1040s for Stated Income loans

**Bank Statements**   When permitted by specific product guidelines to document business income, the following restrictions and requirements apply to both business and personal bank statements:

- Income may not be combined from personal and business bank statements.

- Cash flow history (including negative balances and Non-Sufficient Funds [NSF]) should be taken into consideration.

_____

*Continued on next page*

Copyright 2005. All Rights Reserved

**SCC Motion to Dismiss 00069**

# Exhibit J



UNDERWRITING GUIDELINES

# TABLE OF CONTENTS

1    ASSETS ...........................................................................................................1-1

    FUNDS TO CLOSE .........................................................................................1-1
       • Acceptable Sources and Documentation.............................................1-1
       • Unacceptable Sources ........................................................................1-4
       • Unacceptable Documentation .............................................................1-4

    RESERVES ..................................................................................................1-4

2    BORROWERS ...............................................................................................2-1

    ELIGIBILITY REQUIREMENTS ...........................................................................2-1

    INELIGIBLE BORROWERS AND VESTING .............................................................2-1
       • Loans to Brokers.................................................................................2-1
       • Loans to Our Associates .....................................................................2-2
       • Ineligible Vested Parties .....................................................................2-2

    POWER OF ATTORNEY ....................................................................................2-3

    PRIMARY BORROWER .....................................................................................2-3

    BORROWER / CO-BORROWER .........................................................................2-3

    NON-OCCUPANT CO-BORROWER .....................................................................2-3

    IMMIGRATION AND RESIDENCY STATUS .............................................................2-4

    NON-PERMANENT RESIDENT ALIEN ..................................................................2-5

    CONFLICT OF INTEREST ..................................................................................2-6

3    CREDIT.........................................................................................................3-1

    CREDIT REPORTS ..........................................................................................3-1

    CREDIT SCORES............................................................................................3-2
       • Qualifying Credit Score .......................................................................3-2
       • Minimum Credit Scores .......................................................................3-3
       • Broker Report – Credit Scores.............................................................3-3

Copyright 2005. All Rights Reserved

SCC Motion to Dismiss 00071

**OPTION ONE**
M O R T G A G E

# 3  CREDIT

**CREDIT REPORTS**

Option One generate an original tri-merged credit report for each applicant that contains credit data from the following repositories:

- Equifax,

- Experian, and

- Trans Union.

Credit reports used to qualify and determine credit grade must not be more than 60 days old at the time of funding. Option One will obtain an updated credit report if:

- The qualifying credit report is more than 60 days old at time of funding.

- The borrower authorizes Option One to generate a new report because of material changes in credit status or history.

**Note: The borrower's authorization must include details pertaining to any material changes and specifically permit Option One to obtain a credit report. Written authorization is required unless verbal authorization is provided directly to an Option One associate.**

Once an updated report has been generated, the previous credit reports may no longer be considered in qualification, and only the new report information will be used to qualify and determine credit grade.

Copyright 2005. All Rights Reserved

SCC Motion to Dismiss 00072

**OPTION ONE**
M O R T G A G E

# 4  DOCUMENTATION TYPES

**FULL DOC**

For Full Doc loans, income and employment must be satisfactorily documented for the last 12 to 24 months, depending on the source and specific program requirements.

Qualifying income must be from an eligible income source, as detailed in the Income and Employment section.

**STATED INCOME**

Stated Income allows use of the income declared by the borrower on the application to qualify without verification. Qualifying income must be from eligible source as detailed in the Income and Employment section. When funds are required for closing or reserves, assets must be satisfactorily documented as detailed in the Assets section.

Stated Income is not permitted:

- For applicants with fixed income.

- For applicants with a mortgage currently in foreclosure.

- When alterations of any type have been made to:

  - The "Monthly Income and Combined Expense" section of the application,

  - Any income amount on the application, or

  - Any income or employment documentation provided in the loan file.

The stated income must be reasonably based on factors including, but not limited to the:

*Continued on next page*

Copyright 2005. All Rights Reserved

**SCC Motion to Dismiss 00073**



**UNDERWRITING GUIDELINES**

- Stated income source,

- Employment position, and/or

- Borrower's current credit profile.

**LITE DOC**

Lite Doc loans require the borrower to provide minimal documentation.

**NO DOC**

Employment income and asset information is not disclosed on the application and verification documentation is not required.

**Note: For specific requirements and limitations for each documentation type, refer to product and/or program guidelines and matrices.**

Copyright 2005. All Rights Reserved

**SCC Motion to Dismiss 00074**



**OPTION ONE** MORTGAGE

<strong>UNDERWRITING GUIDELINES</strong>

---

**WAGE EARNER**

Wages from a borrower's employment may be used for loan qualification if:

- The wages are paid on a regular, recurring basis, and the income is reported by the employer to the IRS on a W-2 form, and

- The borrower is not self-employed as defined below, under "Self Employed Borrower."

**Documentation Requirements**

Unless otherwise restricted by program/product guidelines, the following documents may be used to satisfy Full Documentation requirements:

- Recent pay stub,

- 1040 with all schedules, or

- W-2.

**Second Jobs, Part Time, Temporary, or Seasonal Employment**

Wages from secondary, part time, temporary, or seasonal employment may be used to qualify if the borrower has established a satisfactory history of this type of income.

**SELF EMPLOYED BORROWER**

The following are classified as self-employed for the purposes of loan qualification:

- Borrowers who derive at least 25% of their primary income from a business in which they hold an ownership interest.

- Borrowers who do not own a business, but who derive the majority of their income from commissions or from primarily gratuity-based professions, which are reported on IRS form 1099.

**Note: Refer to product and/or program-specific guidelines and matrices for requirements, limitations, and documentation types.**

---

August 5, 2005                     INCOME AND EMPLOYMENT                     6-3
Copyright 2005. All Rights Reserved



**OPTION ONE**
M O R T G A G E

**UNDERWRITING GUIDELINES**

**Documentation Requirements**

Unless otherwise restricted by program/product guidelines, the following documents may be used to satisfy Full Documentation requirements for self employment:

- Federal tax returns – complete business and personal federal tax returns may be provided to support the amount of net qualifying business income after expenses. Tax returns must bear the original signature of the borrower and the borrower must sign IRS form 4506T at or before funding.

- 1099s and Profit & Loss Statement (P&L) – earnings (gross business revenues) from sources such as commissions, contract earnings, etc. may be supported with:

  - Copies of the 1099 forms sent to the borrower from the revenue sources, and

  - A satisfactory profit and loss statement to establish the ratio of expenses to revenues. Profit and loss statements must detail expense types and amounts common for the business type and must bear the borrower's original signature.

**VERIFICATION OF EMPLOYMENT AND INCOME**

Employment sources are verbally verified to confirm the:

- Employer's contact phone number,

- Borrower's current employment status, and

- Borrower's employment position or title.

*Continued on next page*

Copyright 2005. All Rights Reserved

SCC Motion to Dismiss 00076


**OPTION ONE**
M O R T G A G E

**UNDERWRITING GUIDELINES**

If the borrower's employment contact cannot be verified through an independent source, satisfactory alternate evidence of the business existence is required, including, but not limited to:

- Valid business licenses,

- Membership in the Better Business Bureau,

- Yellow pages advertisement, or

- Confirmation through State or Federal websites.

The following will not be accepted as evidence of business existence:

- Business cards

- Invoices

- Flyers

- Reference letters

- Previously filed 1040s for Stated Income loans

**Bank Statements**

When permitted by specific product guidelines to document business income, the following restrictions and requirements apply to both business and personal bank statements:

- Income may not be combined from personal and business bank statements.

- Cash flow history (including negative balances and Non-Sufficient Funds [NSF]) should be taken into consideration.

_____

*Continued on next page*

Copyright 2005. All Rights Reserved

SCC Motion to Dismiss 00077

# Exhibit K

**OPTION ONE** MORTGAGE

**UNDERWRITING GUIDELINES**

# TABLE OF CONTENTS

1    ASSETS ....................................................................................................................1-1

    FUNDS TO CLOSE ...................................................................................................1-1
- Acceptable Sources and Documentation.................................................................1-1
- Unacceptable Sources .........................................................................................1-4
- Unacceptable Documentation...............................................................................1-4

    RESERVES ...........................................................................................................1-4

2    BORROWERS .........................................................................................................2-1

    ELIGIBILITY REQUIREMENTS ...................................................................................2-1

    INELIGIBLE BORROWERS AND VESTING ....................................................................2-1
- Loans to Brokers..................................................................................................2-1
- Loans to Our Associates ......................................................................................2-2
- Ineligible Vested Parties ......................................................................................2-3

    POWER OF ATTORNEY ...........................................................................................2-3

    PRIMARY BORROWER ............................................................................................2-3

    BORROWER / CO-BORROWER .................................................................................2-4

    NON-OCCUPANT CO-BORROWER .............................................................................2-4

    IMMIGRATION AND RESIDENCY STATUS ...................................................................2-5

    NON-PERMANENT RESIDENT ALIEN .........................................................................2-5

    CONFLICT OF INTEREST .........................................................................................2-6

3    CREDIT....................................................................................................................3-1

    CREDIT REPORTS ..................................................................................................3-1

    CREDIT SCORES....................................................................................................3-2
- Qualifying Credit Score.........................................................................................3-2
- Minimum Credit Scores ........................................................................................3-3
- Broker Report – Credit Scores..............................................................................3-3

Copyright 2005. All Rights Reserved

**SCC Motion to Dismiss 00079**

**OPTION ONE**
M O R T G A G E

**UNDERWRITING GUIDELINES**

# 3 CREDIT

**CREDIT REPORTS**

Option One generate an original tri-merged credit report for each applicant that contains credit data from the following repositories:

- Equifax,

- Experian, and

- Trans Union.

Credit reports used to qualify and determine credit grade must not be more than 60 days old at the time of funding. Option One will obtain an updated credit report if:

- The qualifying credit report is more than 60 days old at time of funding.

- The borrower authorizes Option One to generate a new report because of material changes in credit status or history.

**Note: The borrower's authorization must include details pertaining to any material changes and specifically permit Option One to obtain a credit report. Written authorization is required unless verbal authorization is provided directly to an Option One associate.**

Once an updated report has been generated, the previous credit reports may no longer be considered in qualification, and only the new report information will be used to qualify and determine credit grade.

Copyright 2005. All Rights Reserved

**SCC Motion to Dismiss 00080**

**OPTION ONE**
M O R T G A G E

# 4 DOCUMENTATION TYPES

**FULL DOC**

For Full Doc loans, income and employment must be satisfactorily documented for the last 12 to 24 months, depending on the source and specific program requirements.

Qualifying income must be from an eligible income source, as detailed in the Income and Employment section.

**STATED INCOME**

Stated Income allows use of the income declared by the borrower on the application to qualify without verification. Qualifying income must be from eligible source as detailed in the Income and Employment section. When funds are required for closing or reserves, assets must be satisfactorily documented as detailed in the Assets section.

Stated Income is not permitted:

- For applicants with fixed income.

- For applicants with a mortgage currently in foreclosure.

- When alterations of any type have been made to:

  - The "Monthly Income and Combined Expense" section of the application,

  - Any income amount on the application, or

  - Any income or employment documentation provided in the loan file.

The stated income must be reasonably based on factors including, but not limited to the:

*Continued on next page*

---

Copyright 2005. All Rights Reserved

**SCC Motion to Dismiss 00081**



**OPTION ONE**
M O R T G A G E

**UNDERWRITING GUIDELINES**

- Stated income source,

- Employment position, and/or

- Borrower's current credit profile.

**LITE DOC**

Lite Doc loans require the borrower to provide minimal documentation.

**NO DOC**

Employment income and asset information is not disclosed on the application and verification documentation is not required.

**Note: For specific requirements and limitations for each documentation type, refer to product and/or program guidelines and matrices.**

Copyright 2005. All Rights Reserved

SCC Motion to Dismiss 00082



**OPTION ONE**
M O R T G A G E

**UNDERWRITING GUIDELINES**

**WAGE EARNER**

Wages from a borrower's employment may be used for loan qualification if:

- The wages are paid on a regular, recurring basis, and the income is reported by the employer to the IRS on a W-2 form, and

- The borrower is not self-employed as defined below, under "Self Employed Borrower."

**Documentation Requirements**

Unless otherwise restricted by program/product guidelines, the following documents may be used to satisfy Full Documentation requirements:

- Recent pay stub,

- 1040 with all schedules, or

- W-2.

**Second Jobs, Part Time, Temporary, or Seasonal Employment**

Wages from secondary, part time, temporary, or seasonal employment may be used to qualify if the borrower has established a satisfactory history of this type of income.

**SELF EMPLOYED BORROWER**

The following are classified as self-employed for the purposes of loan qualification:

- Borrowers who derive at least 25% of their primary income from a business in which they hold an ownership interest.

- Borrowers who do not own a business, but who derive the majority of their income from commissions or from primarily gratuity-based professions, which are reported on IRS form 1099.

**Note: Refer to product and/or program-specific guidelines and matrices for requirements, limitations, and documentation types.**

Copyright 2005. All Rights Reserved

**SCC Motion to Dismiss 00083**



**UNDERWRITING GUIDELINES**

**Documentation Requirements**

Unless otherwise restricted by program/product guidelines, the following documents may be used to satisfy Full Documentation requirements for self employment:

- Federal tax returns – complete business and personal federal tax returns may be provided to support the amount of net qualifying business income after expenses. Tax returns must bear the original signature of the borrower and the borrower must sign IRS form 4506T at or before funding.

- 1099s and Profit & Loss Statement (P&L) – earnings (gross business revenues) from sources such as commissions, contract earnings, etc. may be supported with:
  - Copies of the 1099 forms sent to the borrower from the revenue sources, and
  - A satisfactory profit and loss statement to establish the ratio of expenses to revenues. Profit and loss statements must detail expense types and amounts common for the business type and must bear the borrower's original signature.

**VERIFICATION OF EMPLOYMENT AND INCOME**

Employment sources are verbally verified to confirm the:

- Employer's contact phone number,

- Borrower's current employment status, and

- Borrower's employment position or title.

*Continued on next page*

Copyright 2005. All Rights Reserved

SCC Motion to Dismiss 00084



**UNDERWRITING GUIDELINES**

If the borrower's employment contact cannot be verified through an independent source, satisfactory alternate evidence of the business existence is required, including, but not limited to:

- Valid business licenses,

- Membership in the Better Business Bureau,

- Yellow pages advertisement, or

- Confirmation through State or Federal websites.

The following will not be accepted as evidence of business existence:

- Business cards

- Invoices

- Flyers

- Reference letters

- Previously filed 1040s for Stated Income loans

**Bank Statements**

When permitted by specific product guidelines to document business income, the following restrictions and requirements apply to both business and personal bank statements:

- Income may not be combined from personal and business bank statements.

- Cash flow history (including negative balances and Non-Sufficient Funds [NSF]) should be taken into consideration.

_____

*Continued on next page*

Copyright 2005. All Rights Reserved

**SCC Motion to Dismiss 00085**

# Exhibit L



**OPTION ONE** MORTGAGE

**UNDERWRITING GUIDELINES**

# TABLE OF CONTENTS

1    ASSETS ....................................................................................................................1-1

FUNDS TO CLOSE .......................................................................................................1-1
- Acceptable Sources and Documentation.................................................1-1
- Unacceptable Sources ............................................................................1-4
- Unacceptable Documentation .................................................................1-4

RESERVES ..................................................................................................................1-4

2    BORROWERS ...........................................................................................................2-1

ELIGIBILITY REQUIREMENTS ........................................................................................2-1

INELIGIBLE BORROWERS AND VESTING ........................................................................2-1
- Loans to Brokers.....................................................................................2-1
- Loans to Our Associates .........................................................................2-2
- Ineligible Vested Parties .........................................................................2-3

POWER OF ATTORNEY .................................................................................................2-3

PRIMARY BORROWER ..................................................................................................2-3

BORROWER / CO-BORROWER ......................................................................................2-4

NON-OCCUPANT CO-BORROWER .................................................................................2-4

IMMIGRATION AND RESIDENCY STATUS ........................................................................2-5

NON-PERMANENT RESIDENT ALIEN .............................................................................2-5

CONFLICT OF INTEREST ...............................................................................................2-6

3    CREDIT .....................................................................................................................3-1

CREDIT REPORTS ........................................................................................................3-1

CREDIT SCORES .........................................................................................................3-2
- Qualifying Credit Score ...........................................................................3-2
- Minimum Credit Scores ...........................................................................3-3
- Broker Report – Credit Scores.................................................................3-3

SCC Motion to Dismiss 00087



# 3  CREDIT

**CREDIT REPORTS**

Option One generate an original tri-merged credit report for each applicant that contains credit data from the following repositories:

- Equifax,

- Experian, and

- Trans Union.

Credit reports used to qualify and determine credit grade must not be more than 60 days old at the time of funding. Option One will obtain an updated credit report if:

- The qualifying credit report is more than 60 days old at time of funding.

- The borrower authorizes Option One to generate a new report because of material changes in credit status or history.

   **Note: The borrower's authorization must include details pertaining to any material changes and specifically permit Option One to obtain a credit report. Written authorization is required unless verbal authorization is provided directly to an Option One associate.**

Once an updated report has been generated, the previous credit reports may no longer be considered in qualification, and only the new report information will be used to qualify and determine credit grade.

Copyright 2005. All Rights Reserved

SCC Motion to Dismiss 00088

**OPTION ONE**
M O R T G A G E

# 4 DOCUMENTATION TYPES

**FULL DOC**

For Full Doc loans, income and employment must be satisfactorily documented for the last 12 to 24 months, depending on the source and specific program requirements.

Qualifying income must be from an eligible income source, as detailed in the Income and Employment section.

**STATED INCOME**

Stated Income allows use of the income declared by the borrower on the application to qualify without verification. Qualifying income must be from eligible source as detailed in the Income and Employment section. When funds are required for closing or reserves, assets must be satisfactorily documented as detailed in the Assets section.

Stated Income is not permitted:

- For applicants with fixed income.

- For applicants with a mortgage currently in foreclosure.

- When alterations of any type have been made to:
  - The "Monthly Income and Combined Expense" section of the application,
  - Any income amount on the application, or
  - Any income or employment documentation provided in the loan file.

The stated income must be reasonably based on factors including, but not limited to the:

*Continued on next page*

Copyright 2005. All Rights Reserved

**SCC Motion to Dismiss 00089**



**OPTION ONE**
M O R T G A G E

- Stated income source,

- Employment position, and/or

- Borrower's current credit profile.

**LITE DOC**                    Lite Doc loans require the borrower to provide minimal documentation.

**NO DOC**                      Employment income and asset information is not disclosed on the
                                application and verification documentation is not required.

                                **Note: For specific requirements and limitations for each
                                documentation type, refer to product and/or program guidelines and
                                matrices.**

Copyright 2005. All Rights Reserved

SCC Motion to Dismiss 00090

 **OPTION ONE** MORTGAGE

**UNDERWRITING GUIDELINES**

---

**WAGE EARNER**

Wages from a borrower's employment may be used for loan qualification if:

- The wages are paid on a regular, recurring basis, and the income is reported by the employer to the IRS on a W-2 form, and

- The borrower is not self-employed as defined below, under "Self Employed Borrower."

**Documentation Requirements**

Unless otherwise restricted by program/product guidelines, the following documents may be used to satisfy Full Documentation requirements:

- Recent pay stub,

- 1040 with all schedules, or

- W-2.

**Second Jobs, Part Time, Temporary, or Seasonal Employment**

Wages from secondary, part time, temporary, or seasonal employment may be used to qualify if the borrower has established a satisfactory history of this type of income.

**SELF EMPLOYED BORROWER**

The following are classified as self-employed for the purposes of loan qualification:

- Borrowers who derive at least 25% of their primary income from a business in which they hold an ownership interest.

- Borrowers who do not own a business, but who derive the majority of their income from commissions or from primarily gratuity-based professions, which are reported on IRS form 1099.

**Note: Refer to product and/or program-specific guidelines and matrices for requirements, limitations, and documentation types.**

---

Copyright 2005. All Rights Reserved

**SCC Motion to Dismiss 00091**



**OPTION ONE**
M O R T G A G E

**UNDERWRITING GUIDELINES**

| | |
|---|---|
| **Documentation Requirements** | Unless otherwise restricted by program/product guidelines, the following documents may be used to satisfy Full Documentation requirements for self employment: |

- Federal tax returns – complete business and personal federal tax returns may be provided to support the amount of net qualifying business income after expenses. Tax returns must bear the original signature of the borrower and the borrower must sign IRS form 4506T at or before funding.

- 1099s and Profit & Loss Statement (P&L) – earnings (gross business revenues) from sources such as commissions, contract earnings, etc. may be supported with:
  - Copies of the 1099 forms sent to the borrower from the revenue sources, and
  - A satisfactory profit and loss statement to establish the ratio of expenses to revenues. Profit and loss statements must detail expense types and amounts common for the business type and must bear the borrower's original signature.

**VERIFICATION OF EMPLOYMENT AND INCOME**

Employment sources are verbally verified to confirm the:

- Employer's contact phone number,

- Borrower's current employment status, and

- Borrower's employment position or title.

*Continued on next page*

Copyright 2005. All Rights Reserved

SCC Motion to Dismiss 00092



**UNDERWRITING GUIDELINES**

If the borrower's employment contact cannot be verified through an independent source, satisfactory alternate evidence of the business existence is required, including, but not limited to:

- Valid business licenses,

- Membership in the Better Business Bureau,

- Yellow pages advertisement, or

- Confirmation through State or Federal websites.

The following will not be accepted as evidence of business existence:

- Business cards

- Invoices

- Flyers

- Reference letters

- Previously filed 1040s for Stated Income loans

**Bank Statements**

When permitted by specific product guidelines to document business income, the following restrictions and requirements apply to both business and personal bank statements:

- Income may not be combined from personal and business bank statements.

- Cash flow history (including negative balances and Non-Sufficient Funds [NSF]) should be taken into consideration.

_Continued on next page_

Copyright 2005. All Rights Reserved

**SCC Motion to Dismiss 00093**

# Exhibit M



**UNDERWRITING GUIDELINES**

# TABLE OF CONTENTS

1    ASSETS ................................................................................................................1-1

    FUNDS TO CLOSE ................................................................................................1-1
- Acceptable Sources and Documentation ..........................................................1-1
- Unacceptable Sources ....................................................................................1-4
- Unacceptable Documentation ..........................................................................1-4

    RESERVES ........................................................................................................1-4

2    BORROWERS ......................................................................................................2-1

    ELIGIBILITY REQUIREMENTS ................................................................................2-1

    INELIGIBLE BORROWERS AND VESTING ..................................................................2-1
- Loans to Brokers ............................................................................................2-1
- Loans to Our Associates ..................................................................................2-2
- Ineligible Vested Parties ..................................................................................2-3

    POWER OF ATTORNEY ........................................................................................2-3

    PRIMARY BORROWER ........................................................................................2-3

    BORROWER / CO-BORROWER ..............................................................................2-4

    NON-OCCUPANT CO-BORROWER ..........................................................................2-4

    IMMIGRATION AND RESIDENCY STATUS ..................................................................2-5

    NON-PERMANENT RESIDENT ALIEN ......................................................................2-5

    CONFLICT OF INTEREST ......................................................................................2-6

3    CREDIT ..............................................................................................................3-1

    CREDIT REPORTS ..............................................................................................3-1

    CREDIT SCORES ................................................................................................3-2
- Qualifying Credit Score ....................................................................................3-2
- Minimum Credit Scores ....................................................................................3-3
- Broker Report – Credit Scores ..........................................................................3-3

Copyright 2005. All Rights Reserved

**SCC Motion to Dismiss 00095**

**OPTION ONE**
M O R T G A G E

# 3 CREDIT

**CREDIT REPORTS**

Option One generate an original tri-merged credit report for each applicant that contains credit data from the following repositories:

- Equifax,

- Experian, and

- Trans Union.

Credit reports used to qualify and determine credit grade must not be more than 60 days old at the time of funding. Option One will obtain an updated credit report if:

- The qualifying credit report is more than 60 days old at time of funding.

- The borrower authorizes Option One to generate a new report because of material changes in credit status or history.

**Note: The borrower's authorization must include details pertaining to any material changes and specifically permit Option One to obtain a credit report. Written authorization is required unless verbal authorization is provided directly to an Option One associate.**

Once an updated report has been generated, the previous credit reports may no longer be considered in qualification, and only the new report information will be used to qualify and determine credit grade.

Copyright 2005. All Rights Reserved

SCC Motion to Dismiss 00096

**OPTION ONE**
M O R T G A G E

# 4  DOCUMENTATION TYPES

**FULL DOC**

For Full Doc loans, income and employment must be satisfactorily documented for the last 12 to 24 months, depending on the source and specific program requirements.

Qualifying income must be from an eligible income source, as detailed in the Income and Employment section.

**STATED INCOME**

Stated Income allows use of the income declared by the borrower on the application to qualify without verification. Qualifying income must be from eligible source as detailed in the Income and Employment section. When funds are required for closing or reserves, assets must be satisfactorily documented as detailed in the Assets section.

Stated Income is not permitted:

- For applicants with fixed income.

- For applicants with a mortgage currently in foreclosure.

- When alterations of any type have been made to:
  - The "Monthly Income and Combined Expense" section of the application,
  - Any income amount on the application, or
  - Any income or employment documentation provided in the loan file.

The stated income must be reasonably based on factors including, but not limited to the:

*Continued on next page*

Copyright 2005. All Rights Reserved

**SCC Motion to Dismiss 00097**


**OPTION ONE**
M O R T G A G E

**UNDERWRITING GUIDELINES**

&bull; Stated income source,

&bull; Employment position, and/or

&bull; Borrower's current credit profile.

**LITE DOC**

Lite Doc loans require the borrower to provide minimal documentation.

**NO DOC**

Employment income and asset information is not disclosed on the application and verification documentation is not required.

**Note: For specific requirements and limitations for each documentation type, refer to product and/or program guidelines and matrices.**

Copyright 2005. All Rights Reserved

SCC Motion to Dismiss 00098

 **OPTION ONE** MORTGAGE

**UNDERWRITING GUIDELINES**

| | |
|---|---|
| **WAGE EARNER** | Wages from a borrower's employment may be used for loan qualification if: |

- The wages are paid on a regular, recurring basis, and the income is reported by the employer to the IRS on a W-2 form, and

- The borrower is not self-employed as defined below, under "Self Employed Borrower."

**Documentation Requirements**

Unless otherwise restricted by program/product guidelines, the following documents may be used to satisfy Full Documentation requirements:

- Recent pay stub,

- 1040 with all schedules, or

- W-2.

**Second Jobs, Part Time, Temporary, or Seasonal Employment**

Wages from secondary, part time, temporary, or seasonal employment may be used to qualify if the borrower has established a satisfactory history of this type of income.

**SELF EMPLOYED BORROWER**

The following are classified as self-employed for the purposes of loan qualification:

- Borrowers who derive at least 25% of their primary income from a business in which they hold an ownership interest.

- Borrowers who do not own a business, but who derive the majority of their income from commissions or from primarily gratuity-based professions, which are reported on IRS form 1099.

**Note: Refer to product and/or program-specific guidelines and matrices for requirements, limitations, and documentation types.**

Copyright 2005. All Rights Reserved

**SCC Motion to Dismiss 00099**



**OPTION ONE**
M O R T G A G E

**UNDERWRITING GUIDELINES**

**Documentation Requirements**

Unless otherwise restricted by program/product guidelines, the following documents may be used to satisfy Full Documentation requirements for self employment:

- Federal tax returns – complete business and personal federal tax returns may be provided to support the amount of net qualifying business income after expenses. Tax returns must bear the original signature of the borrower and the borrower must sign IRS form 4506T at or before funding.

- 1099s and Profit & Loss Statement (P&L) – earnings (gross business revenues) from sources such as commissions, contract earnings, etc. may be supported with:

  - Copies of the 1099 forms sent to the borrower from the revenue sources, and

  - A satisfactory profit and loss statement to establish the ratio of expenses to revenues. Profit and loss statements must detail expense types and amounts common for the business type and must bear the borrower's original signature.

**VERIFICATION OF EMPLOYMENT AND INCOME**

Employment sources are verbally verified to confirm the:

- Employer's contact phone number,

- Borrower's current employment status, and

- Borrower's employment position or title.

*Continued on next page*

Copyright 2005. All Rights Reserved

SCC Motion to Dismiss 00100



**UNDERWRITING GUIDELINES**

If the borrower's employment contact cannot be verified through an independent source, satisfactory alternate evidence of the business existence is required, including, but not limited to:

- Valid business licenses,

- Membership in the Better Business Bureau,

- Yellow pages advertisement, or

- Confirmation through State or Federal websites.


The following will not be accepted as evidence of business existence:

- Business cards

- Invoices

- Flyers

- Reference letters

- Previously filed 1040s for Stated Income loans


**Bank Statements**

When permitted by specific product guidelines to document business income, the following restrictions and requirements apply to both business and personal bank statements:

- Income may not be combined from personal and business bank statements.

- Cash flow history (including negative balances and Non-Sufficient Funds [NSF]) should be taken into consideration.

*Continued on next page*

Copyright 2005. All Rights Reserved

SCC Motion to Dismiss 00101

# Exhibit N



# TABLE OF CONTENTS

1   ASSETS ...................................................................................................................... 1-1

    FUNDS TO CLOSE ......................................................................................................... 1-1
- Acceptable Sources and Documentation................................................................ 1-1
- Unacceptable Sources ........................................................................................... 1-4
- Unacceptable Documentation................................................................................ 1-4

    RESERVES ................................................................................................................... 1-4

2   BORROWERS .............................................................................................................. 2-1

    ELIGIBILITY REQUIREMENTS ......................................................................................... 2-1

    INELIGIBLE BORROWERS AND VESTING .......................................................................... 2-1
- Loans to Brokers.................................................................................................... 2-1
- Loans to Our Associates........................................................................................ 2-2
- Ineligible Vested Parties ........................................................................................ 2-3

    POWER OF ATTORNEY ................................................................................................. 2-3

    PRIMARY BORROWER .................................................................................................. 2-3

    BORROWER / CO-BORROWER ...................................................................................... 2-4

    NON-OCCUPANT CO-BORROWER .................................................................................. 2-4

    IMMIGRATION AND RESIDENCY STATUS ......................................................................... 2-5

    NON-PERMANENT RESIDENT ALIEN .............................................................................. 2-5

    CONFLICT OF INTEREST ............................................................................................... 2-6

3   CREDIT ....................................................................................................................... 3-1

    CREDIT REPORTS ....................................................................................................... 3-1

    CREDIT SCORES ......................................................................................................... 3-2
- Qualifying Credit Score .......................................................................................... 3-2
- Minimum Credit Scores.......................................................................................... 3-3
- Broker Report – Credit Scores............................................................................... 3-3

Copyright 2005. All Rights Reserved

SCC Motion to Dismiss 00103

**OPTION ONE**
M O R T G A G E

**UNDERWRITING GUIDELINES**

# 3 CREDIT

**CREDIT REPORTS**

Option One generate an original tri-merged credit report for each applicant that contains credit data from the following repositories:

- Equifax,

- Experian, and

- Trans Union.

Credit reports used to qualify and determine credit grade must not be more than 60 days old at the time of funding. Option One will obtain an updated credit report if:

- The qualifying credit report is more than 60 days old at time of funding.

- The borrower authorizes Option One to generate a new report because of material changes in credit status or history.

**Note: The borrower's authorization must include details pertaining to any material changes and specifically permit Option One to obtain a credit report. Written authorization is required unless verbal authorization is provided directly to an Option One associate.**

Once an updated report has been generated, the previous credit reports may no longer be considered in qualification, and only the new report information will be used to qualify and determine credit grade.

Copyright 2005. All Rights Reserved

SCC Motion to Dismiss 00104

**OPTION ONE**
M O R T G A G E

# 4  DOCUMENTATION TYPES

**FULL DOC**

For Full Doc loans, income and employment must be satisfactorily documented for the last 12 to 24 months, depending on the source and specific program requirements.

Qualifying income must be from an eligible income source, as detailed in the Income and Employment section.

**STATED INCOME**

Stated Income allows use of the income declared by the borrower on the application to qualify without verification. Qualifying income must be from eligible source as detailed in the Income and Employment section. When funds are required for closing or reserves, assets must be satisfactorily documented as detailed in the Assets section.

Stated Income is not permitted:

- For applicants with fixed income.

- For applicants with a mortgage currently in foreclosure.

- When alterations of any type have been made to:
  - The "Monthly Income and Combined Expense" section of the application,
  - Any income amount on the application, or
  - Any income or employment documentation provided in the loan file.

The stated income must be reasonably based on factors including, but not limited to the:

*Continued on next page*

Copyright 2005. All Rights Reserved

SCC Motion to Dismiss 00105



- Stated income source,

- Employment position, and/or

- Borrower's current credit profile.

**LITE DOC**          Lite Doc loans require the borrower to provide minimal documentation.

**NO DOC**            Employment income and asset information is not disclosed on the
                      application and verification documentation is not required.

**Note: For specific requirements and limitations for each
documentation type, refer to product and/or program guidelines and
matrices.**

Copyright 2005. All Rights Reserved

**SCC Motion to Dismiss 00106**



**UNDERWRITING GUIDELINES**

---

**WAGE EARNER**

Wages from a borrower's employment may be used for loan qualification if:

- The wages are paid on a regular, recurring basis, and the income is reported by the employer to the IRS on a W-2 form, and

- The borrower is not self-employed as defined below, under "Self Employed Borrower."

**Documentation Requirements**

Unless otherwise restricted by program/product guidelines, the following documents may be used to satisfy Full Documentation requirements:

- Recent pay stub,

- 1040 with all schedules, or

- W-2.

**Second Jobs, Part Time, Temporary, or Seasonal Employment**

Wages from secondary, part time, temporary, or seasonal employment may be used to qualify if the borrower has established a satisfactory history of this type of income.

**SELF EMPLOYED BORROWER**

The following are classified as self-employed for the purposes of loan qualification:

- Borrowers who derive at least 25% of their primary income from a business in which they hold an ownership interest.

- Borrowers who do not own a business, but who derive the majority of their income from commissions or from primarily gratuity-based professions, which are reported on IRS form 1099.

**Note: Refer to product and/or program-specific guidelines and matrices for requirements, limitations, and documentation types.**

---

Copyright 2005. All Rights Reserved

SCC Motion to Dismiss 00107



**OPTION ONE**
M O R T G A G E

**UNDERWRITING GUIDELINES**

---

**Documentation Requirements**

Unless otherwise restricted by program/product guidelines, the following documents may be used to satisfy Full Documentation requirements for self employment:

- Federal tax returns – complete business and personal federal tax returns may be provided to support the amount of net qualifying business income after expenses. Tax returns must bear the original signature of the borrower and the borrower must sign IRS form 4506T at or before funding.

- 1099s and Profit & Loss Statement (P&L) – earnings (gross business revenues) from sources such as commissions, contract earnings, etc. may be supported with:
  - Copies of the 1099 forms sent to the borrower from the revenue sources, and
  - A satisfactory profit and loss statement to establish the ratio of expenses to revenues. Profit and loss statements must detail expense types and amounts common for the business type and must bear the borrower's original signature.

**VERIFICATION OF EMPLOYMENT AND INCOME**

Employment sources are verbally verified to confirm the:

- Employer's contact phone number,

- Borrower's current employment status, and

- Borrower's employment position or title.

---

*Continued on next page*

**SCC Motion to Dismiss 00108**



**OPTION ONE**
M O R T G A G E

**UNDERWRITING GUIDELINES**

If the borrower's employment contact cannot be verified through an independent source, satisfactory alternate evidence of the business existence is required, including, but not limited to:

- Valid business licenses,

- Membership in the Better Business Bureau,

- Yellow pages advertisement, or

- Confirmation through State or Federal websites.

The following will not be accepted as evidence of business existence:

- Business cards

- Invoices

- Flyers

- Reference letters

- Previously filed 1040s for Stated Income loans

**Bank Statements**

When permitted by specific product guidelines to document business income, the following restrictions and requirements apply to both business and personal bank statements:

- Income may not be combined from personal and business bank statements.

- Cash flow history (including negative balances and Non-Sufficient Funds [NSF]) should be taken into consideration.

*Continued on next page*

Copyright 2005. All Rights Reserved

SCC Motion to Dismiss 00109