# Exhibit O



**UNDERWRITING GUIDELINES**

# TABLE OF CONTENTS

1    ASSETS ..................................................................................................................1-1

    FUNDS TO CLOSE ....................................................................................................1-1
    • Acceptable Sources and Documentation...........................................................1-1
    • Unacceptable Sources .....................................................................................1-4
    • Unacceptable Documentation ...........................................................................1-4

    RESERVES .............................................................................................................1-4

2    BORROWERS ........................................................................................................2-1

    ELIGIBILITY REQUIREMENTS ....................................................................................2-1

    INELIGIBLE BORROWERS AND VESTING ....................................................................2-1
    • Loans to Brokers..............................................................................................2-1
    • Loans to Our Associates...................................................................................2-2
    • Ineligible Vested Parties ...................................................................................2-3

    POWER OF ATTORNEY .............................................................................................2-3

    PRIMARY BORROWER ..............................................................................................2-3

    BORROWER / CO-BORROWER ..................................................................................2-4

    NON-OCCUPANT CO-BORROWER ..............................................................................2-4

    IMMIGRATION AND RESIDENCY STATUS .....................................................................2-5

    NON-PERMANENT RESIDENT ALIEN ..........................................................................2-5

    CONFLICT OF INTEREST ...........................................................................................2-6

3    CREDIT.................................................................................................................3-1

    CREDIT REPORTS ...................................................................................................3-1

    CREDIT SCORES .....................................................................................................3-2
    • Qualifying Credit Score .....................................................................................3-2
    • Minimum Credit Scores.....................................................................................3-3
    • Broker Report – Credit Scores..........................................................................3-3

Copyright 2005. All Rights Reserved

SCC Motion to Dismiss 00111

**OPTION ONE**
MORTGAGE

# 3  CREDIT

**CREDIT REPORTS**

Option One generate an original tri-merged credit report for each applicant that contains credit data from the following repositories:

- Equifax,
- Experian, and
- Trans Union.

Credit reports used to qualify and determine credit grade must not be more than 60 days old at the time of funding. Option One will obtain an updated credit report if:

- The qualifying credit report is more than 60 days old at time of funding.
- The borrower authorizes Option One to generate a new report because of material changes in credit status or history.

**Note: The borrower's authorization must include details pertaining to any material changes and specifically permit Option One to obtain a credit report. Written authorization is required unless verbal authorization is provided directly to an Option One associate.**

Once an updated report has been generated, the previous credit reports may no longer be considered in qualification, and only the new report information will be used to qualify and determine credit grade.

Copyright 2005. All Rights Reserved

SCC Motion to Dismiss 00112

**OPTION ONE**
M O R T G A G E

# 4 DOCUMENTATION TYPES

**FULL DOC**

For Full Doc loans, income and employment must be satisfactorily documented for the last 12 to 24 months, depending on the source and specific program requirements.

Qualifying income must be from an eligible income source, as detailed in the Income and Employment section.

**STATED INCOME**

Stated Income allows use of the income declared by the borrower on the application to qualify without verification. Qualifying income must be from eligible source as detailed in the Income and Employment section. When funds are required for closing or reserves, assets must be satisfactorily documented as detailed in the Assets section.

Stated Income is not permitted:

- For applicants with fixed income.

- For applicants with a mortgage currently in foreclosure.

- When alterations of any type have been made to:
  - The "Monthly Income and Combined Expense" section of the application,
  - Any income amount on the application, or
  - Any income or employment documentation provided in the loan file.

The stated income must be reasonably based on factors including, but not limited to the:

*Continued on next page*

Copyright 2005. All Rights Reserved

**SCC Motion to Dismiss 00113**



**OPTION ONE**
M O R T G A G E

**UNDERWRITING GUIDELINES**

- Stated income source,

- Employment position, and/or

- Borrower's current credit profile.

**LITE DOC**

Lite Doc loans require the borrower to provide minimal documentation.

**NO DOC**

Employment income and asset information is not disclosed on the application and verification documentation is not required.

**Note: For specific requirements and limitations for each documentation type, refer to product and/or program guidelines and matrices.**

Copyright 2005. All Rights Reserved

SCC Motion to Dismiss 00114

 **OPTION ONE** M O R T G A G E

**UNDERWRITING GUIDELINES**

**WAGE EARNER**

Wages from a borrower's employment may be used for loan qualification if:

- The wages are paid on a regular, recurring basis, and the income is reported by the employer to the IRS on a W-2 form, and

- The borrower is not self-employed as defined below, under "Self Employed Borrower."

**Documentation Requirements**

Unless otherwise restricted by program/product guidelines, the following documents may be used to satisfy Full Documentation requirements:

- Recent pay stub,

- 1040 with all schedules, or

- W-2.

**Second Jobs, Part Time, Temporary, or Seasonal Employment**

Wages from secondary, part time, temporary, or seasonal employment may be used to qualify if the borrower has established a satisfactory history of this type of income.

**SELF EMPLOYED BORROWER**

The following are classified as self-employed for the purposes of loan qualification:

- Borrowers who derive at least 25% of their primary income from a business in which they hold an ownership interest.

- Borrowers who do not own a business, but who derive the majority of their income from commissions or from primarily gratuity-based professions, which are reported on IRS form 1099.

**Note: Refer to product and/or program-specific guidelines and matrices for requirements, limitations, and documentation types.**

Copyright 2005. All Rights Reserved

SCC Motion to Dismiss 00115


**OPTION ONE**
M O R T G A G E

**UNDERWRITING GUIDELINES**

**Documentation Requirements**

Unless otherwise restricted by program/product guidelines, the following documents may be used to satisfy Full Documentation requirements for self employment:

- Federal tax returns – complete business and personal federal tax returns may be provided to support the amount of net qualifying business income after expenses. Tax returns must bear the original signature of the borrower and the borrower must sign IRS form 4506T at or before funding.

- 1099s and Profit & Loss Statement (P&L) – earnings (gross business revenues) from sources such as commissions, contract earnings, etc. may be supported with:
  - Copies of the 1099 forms sent to the borrower from the revenue sources, and
  - A satisfactory profit and loss statement to establish the ratio of expenses to revenues. Profit and loss statements must detail expense types and amounts common for the business type and must bear the borrower's original signature.

**VERIFICATION OF EMPLOYMENT AND INCOME**

Employment sources are verbally verified to confirm the:

- Employer's contact phone number,

- Borrower's current employment status, and

- Borrower's employment position or title.

*Continued on next page*

Copyright 2005. All Rights Reserved

SCC Motion to Dismiss 00116



**UNDERWRITING GUIDELINES**

If the borrower's employment contact cannot be verified through an independent source, satisfactory alternate evidence of the business existence is required, including, but not limited to:

- Valid business licenses,

- Membership in the Better Business Bureau,

- Yellow pages advertisement, or

- Confirmation through State or Federal websites.

The following will not be accepted as evidence of business existence:

- Business cards

- Invoices

- Flyers

- Reference letters

- Previously filed 1040s for Stated Income loans

**Bank Statements**

When permitted by specific product guidelines to document business income, the following restrictions and requirements apply to both business and personal bank statements:

- Income may not be combined from personal and business bank statements.

- Cash flow history (including negative balances and Non-Sufficient Funds [NSF]) should be taken into consideration.

---

*Continued on next page*

Copyright 2005. All Rights Reserved

SCC Motion to Dismiss 00117

# Exhibit P



**OPTION ONE**
MORTGAGE

UNDERWRITING GUIDELINES

Publication Date: November 11, 2005

# TABLE OF CONTENTS

1    ASSETS ......................................................................................................................1-1

    FUNDS TO CLOSE ...........................................................................................................1-1
- Acceptable Sources and Documentation...........................................................1-1
- Unacceptable Sources.........................................................................................1-4
- Unacceptable Documentation.............................................................................1-4

    RESERVES .....................................................................................................................1-4


2    BORROWERS .............................................................................................................2-1

    ELIGIBILITY REQUIREMENTS ............................................................................................2-1

    INELIGIBLE BORROWERS AND VESTING ...........................................................................2-1
- Loans to Brokers..................................................................................................2-1
- Loans to Our Associates......................................................................................2-2
- Ineligible Vested Parties ......................................................................................2-3

    POWER OF ATTORNEY ...................................................................................................2-3

    PRIMARY BORROWER .....................................................................................................2-3

    BORROWER / CO-BORROWER .........................................................................................2-4

    NON-OCCUPANT CO-BORROWER ....................................................................................2-4

    IMMIGRATION AND RESIDENCY STATUS ...........................................................................2-5

    NON-PERMANENT RESIDENT ALIEN .................................................................................2-5

    CONFLICT OF INTEREST..................................................................................................2-6


3    CREDIT......................................................................................................................3-1

    CREDIT REPORTS ..........................................................................................................3-1

    CREDIT SCORES............................................................................................................3-2
- Qualifying Credit Score........................................................................................3-2
- Minimum Credit Scores........................................................................................3-3

Copyright 2005. All Rights Reserved

SCC Motion to Dismiss 00119

**OPTION ONE**
M O R T G A G E

# 3  CREDIT

**CREDIT REPORTS**

Option One generate an original tri-merged credit report for each applicant that contains credit data from the following repositories:

- Equifax,

- Experian, and

- Trans Union.

Credit reports used to qualify and determine credit grade must not be more than 60 days old at the time of funding. Option One will obtain an updated credit report if:

- The qualifying credit report is more than 60 days old at time of funding.

- The borrower authorizes Option One to generate a new report because of material changes in credit status or history.

   **Note: The borrower's authorization must include details pertaining to any material changes and specifically permit Option One to obtain a credit report. Written authorization is required unless verbal authorization is provided directly to an Option One associate.**

Once an updated report has been generated, the previous credit reports may no longer be considered in qualification, and only the new report information will be used to qualify and determine credit grade.

Copyright 2005. All Rights Reserved

**SCC Motion to Dismiss 00120**

**OPTION ONE**
M O R T G A G E

# 4 DOCUMENTATION TYPES

**FULL DOC**

For Full Doc loans, income and employment must be satisfactorily documented for the last 12 to 24 months, depending on the source and specific program requirements.

Qualifying income must be from an eligible income source, as detailed in the Income and Employment section.

**STATED INCOME**

Stated Income allows use of the income declared by the borrower on the application to qualify without verification. Qualifying income must be from eligible source as detailed in the Income and Employment section. When funds are required for closing or reserves, assets must be satisfactorily documented as detailed in the Assets section.

Stated Income is not permitted:

- For applicants with fixed income.

- For applicants with a mortgage currently in foreclosure.

- When alterations of any type have been made to:
  - The "Monthly Income and Combined Expense" section of the application,
  - Any income amount on the application, or
  - Any income or employment documentation provided in the loan file.

The stated income must be reasonably based on factors including, but not limited to the:

*Continued on next page*

---

August 5, 2005 — DOCUMENTATION TYPES — 4-1

Copyright 2005. All Rights Reserved

**SCC Motion to Dismiss 00121**



**OPTION ONE**
M O R T G A G E

- Stated income source,
- Employment position, and/or
- Borrower's current credit profile.

**LITE DOC**

Lite Doc loans require the borrower to provide minimal documentation.

**NO DOC**

Employment income and asset information is not disclosed on the application and verification documentation is not required.

**Note: For specific requirements and limitations for each documentation type, refer to product and/or program guidelines and matrices.**

Copyright 2005. All Rights Reserved

**SCC Motion to Dismiss 00122**



**OPTION ONE**
M O R T G A G E

**UNDERWRITING GUIDELINES**

**WAGE EARNER**

Wages from a borrower's employment may be used for loan qualification if:

- The wages are paid on a regular, recurring basis, and the income is reported by the employer to the IRS on a W-2 form, and

- The borrower is not self-employed as defined below, under "Self Employed Borrower."

**Documentation Requirements**

Unless otherwise restricted by program/product guidelines, the following documents may be used to satisfy Full Documentation requirements:

- Recent pay stub,

- 1040 with all schedules, or

- W-2.

**Second Jobs, Part Time, Temporary, or Seasonal Employment**

Wages from secondary, part time, temporary, or seasonal employment may be used to qualify if the borrower has established a satisfactory history of this type of income.

**SELF EMPLOYED BORROWER**

The following are classified as self-employed for the purposes of loan qualification:

- Borrowers who derive at least 25% of their primary income from a business in which they hold an ownership interest.

- Borrowers who do not own a business, but who derive the majority of their income from commissions or from primarily gratuity-based professions, which are reported on IRS form 1099.

**Note: Refer to product and/or program-specific guidelines and matrices for requirements, limitations, and documentation types.**

Copyright 2005. All Rights Reserved

SCC Motion to Dismiss 00123



**OPTION ONE** MORTGAGE

**UNDERWRITING GUIDELINES**

| | |
|---|---|
| **Documentation Requirements** | Unless otherwise restricted by program/product guidelines, the following documents may be used to satisfy Full Documentation requirements for self employment: |

- Federal tax returns – complete business and personal federal tax returns may be provided to support the amount of net qualifying business income after expenses. Tax returns must bear the original signature of the borrower and the borrower must sign IRS form 4506T at or before funding.

- 1099s and Profit & Loss Statement (P&L) – earnings (gross business revenues) from sources such as commissions, contract earnings, etc. may be supported with:

  - Copies of the 1099 forms sent to the borrower from the revenue sources, and

  - A satisfactory profit and loss statement to establish the ratio of expenses to revenues. Profit and loss statements must detail expense types and amounts common for the business type and must bear the borrower's original signature.

**VERIFICATION OF EMPLOYMENT AND INCOME**

Employment sources are verbally verified to confirm the:

- Employer's contact phone number,

- Borrower's current employment status, and

- Borrower's employment position or title.

---

*Continued on next page*

Copyright 2005. All Rights Reserved

SCC Motion to Dismiss 00124

 **OPTION ONE** M O R T G A G E

**UNDERWRITING GUIDELINES**

If the borrower's employment contact cannot be verified through an independent source, satisfactory alternate evidence of the business existence is required, including, but not limited to:

- Valid business licenses,

- Membership in the Better Business Bureau,

- Yellow pages advertisement, or

- Confirmation through State or Federal websites.

The following will not be accepted as evidence of business existence:

- Business cards

- Invoices

- Flyers

- Reference letters

- Previously filed 1040s for Stated Income loans

**Bank Statements**

When permitted by specific product guidelines to document business income, the following restrictions and requirements apply to both business and personal bank statements:

- Income may not be combined from personal and business bank statements.

- Cash flow history (including negative balances and Non-Sufficient Funds [NSF]) should be taken into consideration.

*Continued on next page*

Copyright 2005. All Rights Reserved

SCC Motion to Dismiss 00125

# Exhibit Q



**OPTION ONE**
M O R T G A G E

**UNDERWRITING GUIDELINES**

<u>Publication Date: November 18, 2005</u>

# TABLE OF CONTENTS

1   ASSETS ................................................................................................................. 1-1

    FUNDS TO CLOSE ....................................................................................... 1-1
- Acceptable Sources and Documentation .................................................. 1-1
- Unacceptable Sources ............................................................................. 1-4
- Unacceptable Documentation .................................................................. 1-4

    RESERVES .................................................................................................. 1-4

2   BORROWERS ....................................................................................................... 2-1

    ELIGIBILITY REQUIREMENTS ..................................................................... 2-1

    INELIGIBLE BORROWERS AND VESTING ................................................... 2-1
- Loans to Brokers ..................................................................................... 2-1
- Loans to Our Associates .......................................................................... 2-2
- Ineligible Vested Parties .......................................................................... 2-3

    POWER OF ATTORNEY ............................................................................... 2-3

    PRIMARY BORROWER ................................................................................ 2-3

    BORROWER / CO-BORROWER .................................................................. 2-4

    NON-OCCUPANT CO-BORROWER .............................................................. 2-4

    IMMIGRATION AND RESIDENCY STATUS ................................................... 2-5

    NON-PERMANENT RESIDENT ALIEN ......................................................... 2-5

    CONFLICT OF INTEREST ............................................................................ 2-6

3   CREDIT ................................................................................................................. 3-1

    CREDIT REPORTS ..................................................................................... 3-1

    CREDIT SCORES ........................................................................................ 3-2
- Qualifying Credit Score ........................................................................... 3-2
- Minimum Credit Scores ........................................................................... 3-3

Copyright 2005. All Rights Reserved

**OPTION ONE**
M O R T G A G E

# 3 CREDIT

CREDIT REPORTS

Option One generate an original tri-merged credit report for each applicant that contains credit data from the following repositories:

- Equifax,

- Experian, and

- Trans Union.

Credit reports used to qualify and determine credit grade must not be more than 60 days old at the time of funding. Option One will obtain an updated credit report if:

- The qualifying credit report is more than 60 days old at time of funding.

- The borrower authorizes Option One to generate a new report because of material changes in credit status or history.

  **Note: The borrower's authorization must include details pertaining to any material changes and specifically permit Option One to obtain a credit report. Written authorization is required unless verbal authorization is provided directly to an Option One associate.**

Once an updated report has been generated, the previous credit reports may no longer be considered in qualification, and only the new report information will be used to qualify and determine credit grade.

Copyright 2005. All Rights Reserved

**SCC Motion to Dismiss 00128**

**OPTION ONE**
M O R T G A G E

**UNDERWRITING GUIDELINES**

# 4 DOCUMENTATION TYPES

**FULL DOC**

For Full Doc loans, income and employment must be satisfactorily documented for the last 12 to 24 months, depending on the source and specific program requirements.

Qualifying income must be from an eligible income source, as detailed in the Income and Employment section.

**STATED INCOME**

Stated Income allows use of the income declared by the borrower on the application to qualify without verification. Qualifying income must be from eligible source as detailed in the Income and Employment section. When funds are required for closing or reserves, assets must be satisfactorily documented as detailed in the Assets section.

Stated Income is not permitted:

- For applicants with fixed income.

- For applicants with a mortgage currently in foreclosure.

- When alterations of any type have been made to:
  - The "Monthly Income and Combined Expense" section of the application,
  - Any income amount on the application, or
  - Any income or employment documentation provided in the loan file.

The stated income must be reasonably based on factors including, but not limited to the:

*Continued on next page*

Copyright 2005. All Rights Reserved

**SCC Motion to Dismiss 00129**



- Stated income source,

- Employment position, and/or

- Borrower's current credit profile.

**LITE DOC**                Lite Doc loans require the borrower to provide minimal documentation.

**NO DOC**                  Employment income and asset information is not disclosed on the
                            application and verification documentation is not required.

**Note: For specific requirements and limitations for each
documentation type, refer to product and/or program guidelines and
matrices.**

Copyright 2005. All Rights Reserved

SCC Motion to Dismiss 00130



**OPTION ONE**
M O R T G A G E

**UNDERWRITING GUIDELINES**

**WAGE EARNER**

Wages from a borrower's employment may be used for loan qualification if:

- The wages are paid on a regular, recurring basis, and the income is reported by the employer to the IRS on a W-2 form, and

- The borrower is not self-employed as defined below, under "Self Employed Borrower."

**Documentation Requirements**

Unless otherwise restricted by program/product guidelines, the following documents may be used to satisfy Full Documentation requirements:

- Recent pay stub,

- 1040 with all schedules, or

- W-2.

**Second Jobs, Part Time, Temporary, or Seasonal Employment**

Wages from secondary, part time, temporary, or seasonal employment may be used to qualify if the borrower has established a satisfactory history of this type of income.

**SELF EMPLOYED BORROWER**

The following are classified as self-employed for the purposes of loan qualification:

- Borrowers who derive at least 25% of their primary income from a business in which they hold an ownership interest.

- Borrowers who do not own a business, but who derive the majority of their income from commissions or from primarily gratuity-based professions, which are reported on IRS form 1099.

**Note: Refer to product and/or program-specific guidelines and matrices for requirements, limitations, and documentation types.**

Copyright 2005. All Rights Reserved

**SCC Motion to Dismiss 00131**


**OPTION ONE**
M O R T G A G E

**UNDERWRITING GUIDELINES**

**Documentation Requirements**

Unless otherwise restricted by program/product guidelines, the following documents may be used to satisfy Full Documentation requirements for self employment:

- Federal tax returns – complete business and personal federal tax returns may be provided to support the amount of net qualifying business income after expenses. Tax returns must bear the original signature of the borrower and the borrower must sign IRS form 4506T at or before funding.

- 1099s and Profit & Loss Statement (P&L) – earnings (gross business revenues) from sources such as commissions, contract earnings, etc. may be supported with:
  - Copies of the 1099 forms sent to the borrower from the revenue sources, and
  - A satisfactory profit and loss statement to establish the ratio of expenses to revenues. Profit and loss statements must detail expense types and amounts common for the business type and must bear the borrower's original signature.

**VERIFICATION OF EMPLOYMENT AND INCOME**

Employment sources are verbally verified to confirm the:

- Employer's contact phone number,

- Borrower's current employment status, and

- Borrower's employment position or title.

*Continued on next page*

Copyright 2005. All Rights Reserved

SCC Motion to Dismiss 00132



**UNDERWRITING GUIDELINES**

If the borrower's employment contact cannot be verified through an independent source, satisfactory alternate evidence of the business existence is required, including, but not limited to:

- Valid business licenses,

- Membership in the Better Business Bureau,

- Yellow pages advertisement, or

- Confirmation through State or Federal websites.

The following will not be accepted as evidence of business existence:

- Business cards

- Invoices

- Flyers

- Reference letters

- Previously filed 1040s for Stated Income loans

**Bank Statements**

When permitted by specific product guidelines to document business income, the following restrictions and requirements apply to both business and personal bank statements:

- Income may not be combined from personal and business bank statements.

- Cash flow history (including negative balances and Non-Sufficient Funds [NSF]) should be taken into consideration.

_____

*Continued on next page*

Copyright 2005. All Rights Reserved

**SCC Motion to Dismiss 00133**

# Exhibit R



**OPTION ONE**
M O R T G A G E

**UNDERWRITING GUIDELINES**

<u>Publication Date: November 25, 2005</u>

# TABLE OF CONTENTS

| | | |
|---|---|---|
| 1 | ASSETS | 1-1 |
| | FUNDS TO CLOSE | 1-1 |
| | • Acceptable Sources and Documentation | 1-1 |
| | • Unacceptable Sources | 1-4 |
| | • Unacceptable Documentation | 1-4 |
| | RESERVES | 1-4 |
| 2 | BORROWERS | 2-1 |
| | ELIGIBILITY REQUIREMENTS | 2-1 |
| | INELIGIBLE BORROWERS AND VESTING | 2-1 |
| | • Loans to Brokers | 2-1 |
| | • Loans to Our Associates | 2-2 |
| | • Ineligible Vested Parties | 2-3 |
| | POWER OF ATTORNEY | 2-3 |
| | PRIMARY BORROWER | 2-3 |
| | BORROWER / CO-BORROWER | 2-4 |
| | NON-OCCUPANT CO-BORROWER | 2-4 |
| | IMMIGRATION AND RESIDENCY STATUS | 2-5 |
| | NON-PERMANENT RESIDENT ALIEN | 2-5 |
| | CONFLICT OF INTEREST | 2-6 |
| 3 | CREDIT | 3-1 |
| | CREDIT REPORTS | 3-1 |
| | CREDIT SCORES | 3-2 |
| | • Qualifying Credit Score | 3-2 |
| | • Minimum Credit Scores | 3-3 |

Copyright 2005. All Rights Reserved

**SCC Motion to Dismiss 00135**

 **OPTION ONE**
M O R T G A G E

**UNDERWRITING GUIDELINES**

# 3  CREDIT

**CREDIT REPORTS**

Option One generate an original tri-merged credit report for each applicant that contains credit data from the following repositories:

- Equifax,

- Experian, and

- Trans Union.

Credit reports used to qualify and determine credit grade must not be more than 60 days old at the time of funding. Option One will obtain an updated credit report if:

- The qualifying credit report is more than 60 days old at time of funding.

- The borrower authorizes Option One to generate a new report because of material changes in credit status or history.

   **Note: The borrower's authorization must include details pertaining to any material changes and specifically permit Option One to obtain a credit report. Written authorization is required unless verbal authorization is provided directly to an Option One associate.**

Once an updated report has been generated, the previous credit reports may no longer be considered in qualification, and only the new report information will be used to qualify and determine credit grade.

Copyright 2005. All Rights Reserved

SCC Motion to Dismiss 00136

**OPTION ONE** M O R T G A G E

# 4 DOCUMENTATION TYPES

**FULL DOC**

For Full Doc loans, income and employment must be satisfactorily documented for the last 12 to 24 months, depending on the source and specific program requirements.

Qualifying income must be from an eligible income source, as detailed in the Income and Employment section.

**STATED INCOME**

Stated Income allows use of the income declared by the borrower on the application to qualify without verification. Qualifying income must be from eligible source as detailed in the Income and Employment section. When funds are required for closing or reserves, assets must be satisfactorily documented as detailed in the Assets section.

Stated Income is not permitted:

- For applicants with fixed income.

- For applicants with a mortgage currently in foreclosure.

- When alterations of any type have been made to:

  - The "Monthly Income and Combined Expense" section of the application,

  - Any income amount on the application, or

  - Any income or employment documentation provided in the loan file.

The stated income must be reasonably based on factors including, but not limited to the:

*Continued on next page*

Copyright 2005. All Rights Reserved

**SCC Motion to Dismiss 00137**



- Stated income source,

- Employment position, and/or

- Borrower's current credit profile.

**LITE DOC**  Lite Doc loans require the borrower to provide minimal documentation.

**NO DOC**  Employment income and asset information is not disclosed on the application and verification documentation is not required.

**Note: For specific requirements and limitations for each documentation type, refer to product and/or program guidelines and matrices.**

Copyright 2005. All Rights Reserved

**SCC Motion to Dismiss 00138**



**OPTION ONE**
M O R T G A G E

**UNDERWRITING GUIDELINES**

| | |
|---|---|
| **WAGE EARNER** | Wages from a borrower's employment may be used for loan qualification if: |

- The wages are paid on a regular, recurring basis, and the income is reported by the employer to the IRS on a W-2 form, and

- The borrower is not self-employed as defined below, under "Self Employed Borrower."

| | |
|---|---|
| **Documentation Requirements** | Unless otherwise restricted by program/product guidelines, the following documents may be used to satisfy Full Documentation requirements: |

- Recent pay stub,

- 1040 with all schedules, or

- W-2.

| | |
|---|---|
| **Second Jobs, Part Time, Temporary, or Seasonal Employment** | Wages from secondary, part time, temporary, or seasonal employment may be used to qualify if the borrower has established a satisfactory history of this type of income. |

| | |
|---|---|
| **SELF EMPLOYED BORROWER** | The following are classified as self-employed for the purposes of loan qualification: |

- Borrowers who derive at least 25% of their primary income from a business in which they hold an ownership interest.

- Borrowers who do not own a business, but who derive the majority of their income from commissions or from primarily gratuity-based professions, which are reported on IRS form 1099.

**Note: Refer to product and/or program-specific guidelines and matrices for requirements, limitations, and documentation types.**

Copyright 2005. All Rights Reserved

SCC Motion to Dismiss 00139



**UNDERWRITING GUIDELINES**

| | |
|---|---|
| **Documentation Requirements** | Unless otherwise restricted by program/product guidelines, the following documents may be used to satisfy Full Documentation requirements for self employment: |

- Federal tax returns – complete business and personal federal tax returns may be provided to support the amount of net qualifying business income after expenses. Tax returns must bear the original signature of the borrower and the borrower must sign IRS form 4506T at or before funding.

- 1099s and Profit & Loss Statement (P&L) – earnings (gross business revenues) from sources such as commissions, contract earnings, etc. may be supported with:
  - Copies of the 1099 forms sent to the borrower from the revenue sources, and
  - A satisfactory profit and loss statement to establish the ratio of expenses to revenues. Profit and loss statements must detail expense types and amounts common for the business type and must bear the borrower's original signature.

**VERIFICATION OF EMPLOYMENT AND INCOME**

Employment sources are verbally verified to confirm the:

- Employer's contact phone number,

- Borrower's current employment status, and

- Borrower's employment position or title.

*Continued on next page*

Copyright 2005. All Rights Reserved

SCC Motion to Dismiss 00140



**OPTION ONE**
M O R T G A G E

**UNDERWRITING GUIDELINES**

If the borrower's employment contact cannot be verified through an independent source, satisfactory alternate evidence of the business existence is required, including, but not limited to:

- Valid business licenses,

- Membership in the Better Business Bureau,

- Yellow pages advertisement, or

- Confirmation through State or Federal websites.


The following will not be accepted as evidence of business existence:

- Business cards

- Invoices

- Flyers

- Reference letters

- Previously filed 1040s for Stated Income loans


**Bank Statements**

When permitted by specific product guidelines to document business income, the following restrictions and requirements apply to both business and personal bank statements:

- Income may not be combined from personal and business bank statements.

- Cash flow history (including negative balances and Non-Sufficient Funds [NSF]) should be taken into consideration.

*Continued on next page*

Copyright 2005. All Rights Reserved

**SCC Motion to Dismiss 00141**

# Exhibit S



**OPTION ONE**
M O R T G A G E

**UNDERWRITING GUIDELINES**

**Publication Date: December 2, 2005**

# TABLE OF CONTENTS

1   ASSETS ...................................................................................................................1-1

   FUNDS TO CLOSE ...................................................................................................1-1
   - Acceptable Sources and Documentation.................................................................1-1
   - Unacceptable Sources .........................................................................................1-4
   - Unacceptable Documentation ...............................................................................1-4

   RESERVES .............................................................................................................1-4

2   BORROWERS .........................................................................................................2-1

   ELIGIBILITY REQUIREMENTS ....................................................................................2-1

   INELIGIBLE BORROWERS AND VESTING ...................................................................2-1
   - Loans to Brokers................................................................................................2-1
   - Loans to Our Associates.....................................................................................2-2
   - Ineligible Vested Parties .....................................................................................2-3

   POWER OF ATTORNEY .............................................................................................2-3

   PRIMARY BORROWER ..............................................................................................2-3

   BORROWER / CO-BORROWER ..................................................................................2-4

   NON-OCCUPANT CO-BORROWER .............................................................................2-4

   IMMIGRATION AND RESIDENCY STATUS ....................................................................2-5

   NON-PERMANENT RESIDENT ALIEN .........................................................................2-5

   CONFLICT OF INTEREST...........................................................................................2-6

3   CREDIT...................................................................................................................3-1

   CREDIT REPORTS ...................................................................................................3-1

   CREDIT SCORES .....................................................................................................3-2
   - Qualifying Credit Score .......................................................................................3-2
   - Minimum Credit Scores........................................................................................3-3

Copyright 2005. All Rights Reserved

**SCC Motion to Dismiss 00143**

**OPTION ONE**
M O R T G A G E

**UNDERWRITING GUIDELINES**

# 3  CREDIT

**CREDIT REPORTS**

Option One generate an original tri-merged credit report for each applicant that contains credit data from the following repositories:

- Equifax,

- Experian, and

- Trans Union.

Credit reports used to qualify and determine credit grade must not be more than 60 days old at the time of funding. Option One will obtain an updated credit report if:

- The qualifying credit report is more than 60 days old at time of funding.

- The borrower authorizes Option One to generate a new report because of material changes in credit status or history.

   **Note: The borrower's authorization must include details pertaining to any material changes and specifically permit Option One to obtain a credit report. Written authorization is required unless verbal authorization is provided directly to an Option One associate.**

Once an updated report has been generated, the previous credit reports may no longer be considered in qualification, and only the new report information will be used to qualify and determine credit grade.

Copyright 2005. All Rights Reserved

**SCC Motion to Dismiss 00144**

**OPTION ONE**
M O R T G A G E

# 4  DOCUMENTATION TYPES

**FULL DOC**

For Full Doc loans, income and employment must be satisfactorily documented for the last 12 to 24 months, depending on the source and specific program requirements.

Qualifying income must be from an eligible income source, as detailed in the Income and Employment section.

**STATED INCOME**

Stated Income allows use of the income declared by the borrower on the application to qualify without verification. Qualifying income must be from eligible source as detailed in the Income and Employment section. When funds are required for closing or reserves, assets must be satisfactorily documented as detailed in the Assets section.

Stated Income is not permitted:

- For applicants with fixed income.

- For applicants with a mortgage currently in foreclosure.

- When alterations of any type have been made to:
  - The "Monthly Income and Combined Expense" section of the application,
  - Any income amount on the application, or
  - Any income or employment documentation provided in the loan file.

The stated income must be reasonably based on factors including, but not limited to the:

*Continued on next page*

Copyright 2005. All Rights Reserved

**SCC Motion to Dismiss 00145**



**UNDERWRITING GUIDELINES**

- Stated income source,

- Employment position, and/or

- Borrower's current credit profile.

**LITE DOC**                Lite Doc loans require the borrower to provide minimal documentation.

**NO DOC**                  Employment income and asset information is not disclosed on the
                            application and verification documentation is not required.

                            **Note: For specific requirements and limitations for each
                            documentation type, refer to product and/or program guidelines and
                            matrices.**

Copyright 2005. All Rights Reserved

SCC Motion to Dismiss 00146



**OPTION ONE**
M O R T G A G E

**UNDERWRITING GUIDELINES**

---

**WAGE EARNER**

Wages from a borrower's employment may be used for loan qualification if:

- The wages are paid on a regular, recurring basis, and the income is reported by the employer to the IRS on a W-2 form, and

- The borrower is not self-employed as defined below, under "Self Employed Borrower."

**Documentation Requirements**

Unless otherwise restricted by program/product guidelines, the following documents may be used to satisfy Full Documentation requirements:

- Recent pay stub,

- 1040 with all schedules, or

- W-2.

**Second Jobs, Part Time, Temporary, or Seasonal Employment**

Wages from secondary, part time, temporary, or seasonal employment may be used to qualify if the borrower has established a satisfactory history of this type of income.

**SELF EMPLOYED BORROWER**

The following are classified as self-employed for the purposes of loan qualification:

- Borrowers who derive at least 25% of their primary income from a business in which they hold an ownership interest.

- Borrowers who do not own a business, but who derive the majority of their income from commissions or from primarily gratuity-based professions, which are reported on IRS form 1099.

**Note: Refer to product and/or program-specific guidelines and matrices for requirements, limitations, and documentation types.**

---

SCC Motion to Dismiss 00147

 **OPTION ONE**
M O R T G A G E

**UNDERWRITING GUIDELINES**

**Documentation Requirements**

Unless otherwise restricted by program/product guidelines, the following documents may be used to satisfy Full Documentation requirements for self employment:

- Federal tax returns – complete business and personal federal tax returns may be provided to support the amount of net qualifying business income after expenses. Tax returns must bear the original signature of the borrower and the borrower must sign IRS form 4506T at or before funding.

- 1099s and Profit & Loss Statement (P&L) – earnings (gross business revenues) from sources such as commissions, contract earnings, etc. may be supported with:

  - Copies of the 1099 forms sent to the borrower from the revenue sources, and

  - A satisfactory profit and loss statement to establish the ratio of expenses to revenues. Profit and loss statements must detail expense types and amounts common for the business type and must bear the borrower's original signature.

## VERIFICATION OF EMPLOYMENT AND INCOME

Employment sources are verbally verified to confirm the:

- Employer's contact phone number,

- Borrower's current employment status, and

- Borrower's employment position or title.

---

*Continued on next page*

Copyright 2005. All Rights Reserved

**SCC Motion to Dismiss 00148**



**OPTION ONE**
M O R T G A G E

**UNDERWRITING GUIDELINES**

If the borrower's employment contact cannot be verified through an independent source, satisfactory alternate evidence of the business existence is required, including, but not limited to:

- Valid business licenses,

- Membership in the Better Business Bureau,

- Yellow pages advertisement, or

- Confirmation through State or Federal websites.

The following will not be accepted as evidence of business existence:

- Business cards

- Invoices

- Flyers

- Reference letters

- Previously filed 1040s for Stated Income loans

**Bank Statements**

When permitted by specific product guidelines to document business income, the following restrictions and requirements apply to both business and personal bank statements:

- Income may not be combined from personal and business bank statements.

- Cash flow history (including negative balances and Non-Sufficient Funds [NSF]) should be taken into consideration.

*Continued on next page*

INCOME AND EMPLOYMENT
Copyright 2005. All Rights Reserved

**SCC Motion to Dismiss 00149**

# Exhibit T



**UNDERWRITING GUIDELINES**

<u>**Publication Date: December 9, 2005**</u>

# TABLE OF CONTENTS

1    ASSETS ...............................................................................................................1-1

    FUNDS TO CLOSE .............................................................................................1-1
- Acceptable Sources and Documentation.............................................1-1
- Unacceptable Sources .........................................................................1-4
- Unacceptable Documentation...............................................................1-4

    RESERVES .......................................................................................................1-4

2    BORROWERS .....................................................................................................2-1

    ELIGIBILITY REQUIREMENTS ............................................................................2-1

    INELIGIBLE BORROWERS AND VESTING ...........................................................2-1
- Loans to Brokers...................................................................................2-1
- Loans to Our Associates.......................................................................2-2
- Ineligible Vested Parties .......................................................................2-3

    POWER OF ATTORNEY .....................................................................................2-3

    PRIMARY BORROWER ......................................................................................2-3

    BORROWER / CO-BORROWER .........................................................................2-4

    NON-OCCUPANT CO-BORROWER ....................................................................2-4

    IMMIGRATION AND RESIDENCY STATUS ..........................................................2-5

    NON-PERMANENT RESIDENT ALIEN .................................................................2-5

    CONFLICT OF INTEREST...................................................................................2-6

3    CREDIT..............................................................................................................3-1

    CREDIT REPORTS ............................................................................................3-1

    CREDIT SCORES ..............................................................................................3-2
- Qualifying Credit Score .........................................................................3-2
- Minimum Credit Scores.........................................................................3-3

Copyright 2005. All Rights Reserved

**SCC Motion to Dismiss 00151**

**OPTION ONE**
M O R T G A G E

# 3  CREDIT

**CREDIT REPORTS**

Option One generate an original tri-merged credit report for each applicant that contains credit data from the following repositories:

- Equifax,

- Experian, and

- Trans Union.

Credit reports used to qualify and determine credit grade must not be more than 60 days old at the time of funding. Option One will obtain an updated credit report if:

- The qualifying credit report is more than 60 days old at time of funding.

- The borrower authorizes Option One to generate a new report because of material changes in credit status or history.

    **Note: The borrower's authorization must include details pertaining to any material changes and specifically permit Option One to obtain a credit report. Written authorization is required unless verbal authorization is provided directly to an Option One associate.**

Once an updated report has been generated, the previous credit reports may no longer be considered in qualification, and only the new report information will be used to qualify and determine credit grade.

Copyright 2005. All Rights Reserved

SCC Motion to Dismiss 00152

**OPTION ONE**
M O R T G A G E
®

# 4 DOCUMENTATION TYPES

**FULL DOC**

For Full Doc loans, income and employment must be satisfactorily documented for the last 12 to 24 months, depending on the source and specific program requirements.

Qualifying income must be from an eligible income source, as detailed in the Income and Employment section.

**STATED INCOME**

Stated Income allows use of the income declared by the borrower on the application to qualify without verification. Qualifying income must be from eligible source as detailed in the Income and Employment section. When funds are required for closing or reserves, assets must be satisfactorily documented as detailed in the Assets section.

Stated Income is not permitted:

- For applicants with fixed income.

- For applicants with a mortgage currently in foreclosure.

- When alterations of any type have been made to:

  - The "Monthly Income and Combined Expense" section of the application,

  - Any income amount on the application, or

  - Any income or employment documentation provided in the loan file.

The stated income must be reasonably based on factors including, but not limited to the:

*Continued on next page*

Copyright 2005. All Rights Reserved

**SCC Motion to Dismiss 00153**



**UNDERWRITING GUIDELINES**

- Stated income source,

- Employment position, and/or

- Borrower's current credit profile.

**LITE DOC**

Lite Doc loans require the borrower to provide minimal documentation.

**NO DOC**

Employment income and asset information is not disclosed on the application and verification documentation is not required.

**Note: For specific requirements and limitations for each documentation type, refer to product and/or program guidelines and matrices.**

Copyright 2005. All Rights Reserved

**SCC Motion to Dismiss 00154**



**OPTION ONE**
M O R T G A G E

**UNDERWRITING GUIDELINES**

| | |
|---|---|
| **WAGE EARNER** | Wages from a borrower's employment may be used for loan qualification if: |

- The wages are paid on a regular, recurring basis, and the income is reported by the employer to the IRS on a W-2 form, and

- The borrower is not self-employed as defined below, under "Self Employed Borrower."

**Documentation Requirements**

Unless otherwise restricted by program/product guidelines, the following documents may be used to satisfy Full Documentation requirements:

- Recent pay stub,

- 1040 with all schedules, or

- W-2.

**Second Jobs, Part Time, Temporary, or Seasonal Employment**

Wages from secondary, part time, temporary, or seasonal employment may be used to qualify if the borrower has established a satisfactory history of this type of income.

**SELF EMPLOYED BORROWER**

The following are classified as self-employed for the purposes of loan qualification:

- Borrowers who derive at least 25% of their primary income from a business in which they hold an ownership interest.

- Borrowers who do not own a business, but who derive the majority of their income from commissions or from primarily gratuity-based professions, which are reported on IRS form 1099.

**Note: Refer to product and/or program-specific guidelines and matrices for requirements, limitations, and documentation types.**

Copyright 2005. All Rights Reserved

**SCC Motion to Dismiss 00155**

 **OPTION ONE**
M O R T G A G E

**UNDERWRITING GUIDELINES**

**Documentation Requirements**

Unless otherwise restricted by program/product guidelines, the following documents may be used to satisfy Full Documentation requirements for self employment:

- Federal tax returns – complete business and personal federal tax returns may be provided to support the amount of net qualifying business income after expenses. Tax returns must bear the original signature of the borrower and the borrower must sign IRS form 4506T at or before funding.

- 1099s and Profit & Loss Statement (P&L) – earnings (gross business revenues) from sources such as commissions, contract earnings, etc. may be supported with:

  - Copies of the 1099 forms sent to the borrower from the revenue sources, and

  - A satisfactory profit and loss statement to establish the ratio of expenses to revenues. Profit and loss statements must detail expense types and amounts common for the business type and must bear the borrower's original signature.

**VERIFICATION OF EMPLOYMENT AND INCOME**

Employment sources are verbally verified to confirm the:

- Employer's contact phone number,

- Borrower's current employment status, and

- Borrower's employment position or title.

*Continued on next page*

Copyright 2005. All Rights Reserved

SCC Motion to Dismiss 00156

 **OPTION ONE** M O R T G A G E

**UNDERWRITING GUIDELINES**

If the borrower's employment contact cannot be verified through an independent source, satisfactory alternate evidence of the business existence is required, including, but not limited to:

- Valid business licenses,

- Membership in the Better Business Bureau,

- Yellow pages advertisement, or

- Confirmation through State or Federal websites.

The following will not be accepted as evidence of business existence:

- Business cards

- Invoices

- Flyers

- Reference letters

- Previously filed 1040s for Stated Income loans

**Bank Statements**

When permitted by specific product guidelines to document business income, the following restrictions and requirements apply to both business and personal bank statements:

- Income may not be combined from personal and business bank statements.

- Cash flow history (including negative balances and Non-Sufficient Funds [NSF]) should be taken into consideration.

*Continued on next page*

Copyright 2005. All Rights Reserved

**SCC Motion to Dismiss 00157**

# Exhibit U



**OPTION ONE**
M O R T G A G E

**UNDERWRITING GUIDELINES**

**Publication Date: December 9, 2005**

# TABLE OF CONTENTS

1   ASSETS ......................................................................................................................1-1

  FUNDS TO CLOSE .........................................................................................................1-1
  • Acceptable Sources and Documentation.................................................................1-1
  • Unacceptable Sources ............................................................................................1-4
  • Unacceptable Documentation..................................................................................1-4

  RESERVES .................................................................................................................1-4

2   BORROWERS ..............................................................................................................2-1

  ELIGIBILITY REQUIREMENTS .........................................................................................2-1

  INELIGIBLE BORROWERS AND VESTING .........................................................................2-1
  • Loans to Brokers.....................................................................................................2-1
  • Loans to Our Associates.........................................................................................2-2
  • Ineligible Vested Parties .........................................................................................2-3

  POWER OF ATTORNEY ................................................................................................2-3

  PRIMARY BORROWER .................................................................................................2-3

  BORROWER / CO-BORROWER ....................................................................................2-4

  NON-OCCUPANT CO-BORROWER ...............................................................................2-4

  IMMIGRATION AND RESIDENCY STATUS .......................................................................2-5

  NON-PERMANENT RESIDENT ALIEN ............................................................................2-5

  CONFLICT OF INTEREST ..............................................................................................2-6

3   CREDIT.......................................................................................................................3-1

  CREDIT REPORTS .......................................................................................................3-1

  CREDIT SCORES .........................................................................................................3-2
  • Qualifying Credit Score ...........................................................................................3-2
  • Minimum Credit Scores...........................................................................................3-3

Copyright 2005. All Rights Reserved

SCC Motion to Dismiss 00159

**OPTION ONE**
M O R T G A G E

**UNDERWRITING GUIDELINES**

# 3  CREDIT

**CREDIT REPORTS**

Option One generate an original tri-merged credit report for each applicant that contains credit data from the following repositories:

- Equifax,

- Experian, and

- Trans Union.

Credit reports used to qualify and determine credit grade must not be more than 60 days old at the time of funding. Option One will obtain an updated credit report if:

- The qualifying credit report is more than 60 days old at time of funding.

- The borrower authorizes Option One to generate a new report because of material changes in credit status or history.

   **Note: The borrower's authorization must include details pertaining to any material changes and specifically permit Option One to obtain a credit report. Written authorization is required unless verbal authorization is provided directly to an Option One associate.**

Once an updated report has been generated, the previous credit reports may no longer be considered in qualification, and only the new report information will be used to qualify and determine credit grade.

Copyright 2005. All Rights Reserved

SCC Motion to Dismiss 00160

**OPTION ONE**
M O R T G A G E

# 4 DOCUMENTATION TYPES

**FULL DOC**

For Full Doc loans, income and employment must be satisfactorily documented for the last 12 to 24 months, depending on the source and specific program requirements.

Qualifying income must be from an eligible income source, as detailed in the Income and Employment section.

**STATED INCOME**

Stated Income allows use of the income declared by the borrower on the application to qualify without verification. Qualifying income must be from eligible source as detailed in the Income and Employment section. When funds are required for closing or reserves, assets must be satisfactorily documented as detailed in the Assets section.

Stated Income is not permitted:

- For applicants with fixed income.

- For applicants with a mortgage currently in foreclosure.

- When alterations of any type have been made to:
  - The "Monthly Income and Combined Expense" section of the application,
  - Any income amount on the application, or
  - Any income or employment documentation provided in the loan file.

The stated income must be reasonably based on factors including, but not limited to the:

*Continued on next page*

DOCUMENTATION TYPES
Copyright 2005. All Rights Reserved

**SCC Motion to Dismiss 00161**



**OPTION ONE**
M O R T G A G E

- Stated income source,

- Employment position, and/or

- Borrower's current credit profile.

**LITE DOC**

Lite Doc loans require the borrower to provide minimal documentation.

**NO DOC**

Employment income and asset information is not disclosed on the application and verification documentation is not required.

**Note: For specific requirements and limitations for each documentation type, refer to product and/or program guidelines and matrices.**

Copyright 2005. All Rights Reserved

**SCC Motion to Dismiss 00162**

 **OPTION ONE** MORTGAGE

**UNDERWRITING GUIDELINES**

**WAGE EARNER**

Wages from a borrower's employment may be used for loan qualification if:

- The wages are paid on a regular, recurring basis, and the income is reported by the employer to the IRS on a W-2 form, and

- The borrower is not self-employed as defined below, under "Self Employed Borrower."

**Documentation Requirements**

Unless otherwise restricted by program/product guidelines, the following documents may be used to satisfy Full Documentation requirements:

- Recent pay stub,

- 1040 with all schedules, or

- W-2.

**Second Jobs, Part Time, Temporary, or Seasonal Employment**

Wages from secondary, part time, temporary, or seasonal employment may be used to qualify if the borrower has established a satisfactory history of this type of income.

**SELF EMPLOYED BORROWER**

The following are classified as self-employed for the purposes of loan qualification:

- Borrowers who derive at least 25% of their primary income from a business in which they hold an ownership interest.

- Borrowers who do not own a business, but who derive the majority of their income from commissions or from primarily gratuity-based professions, which are reported on IRS form 1099.

**Note: Refer to product and/or program-specific guidelines and matrices for requirements, limitations, and documentation types.**

August 5, 2005                    INCOME AND EMPLOYMENT                    6-3
Copyright 2005. All Rights Reserved

SCC Motion to Dismiss 00163



**OPTION ONE**
M O R T G A G E

**UNDERWRITING GUIDELINES**

**Documentation
Requirements**

Unless otherwise restricted by program/product guidelines, the following documents may be used to satisfy Full Documentation requirements for self employment:

- Federal tax returns – complete business and personal federal tax returns may be provided to support the amount of net qualifying business income after expenses. Tax returns must bear the original signature of the borrower and the borrower must sign IRS form 4506T at or before funding.

- 1099s and Profit & Loss Statement (P&L) – earnings (gross business revenues) from sources such as commissions, contract earnings, etc. may be supported with:

  - Copies of the 1099 forms sent to the borrower from the revenue sources, and

  - A satisfactory profit and loss statement to establish the ratio of expenses to revenues. Profit and loss statements must detail expense types and amounts common for the business type and must bear the borrower's original signature.

**VERIFICATION OF EMPLOYMENT
AND INCOME**

Employment sources are verbally verified to confirm the:

- Employer's contact phone number,

- Borrower's current employment status, and

- Borrower's employment position or title.

*Continued on next page*

Copyright 2005. All Rights Reserved

**SCC Motion to Dismiss 00164**

 **OPTION ONE** MORTGAGE

**UNDERWRITING GUIDELINES**

If the borrower's employment contact cannot be verified through an independent source, satisfactory alternate evidence of the business existence is required, including, but not limited to:

- Valid business licenses,

- Membership in the Better Business Bureau,

- Yellow pages advertisement, or

- Confirmation through State or Federal websites.

The following will not be accepted as evidence of business existence:

- Business cards

- Invoices

- Flyers

- Reference letters

- Previously filed 1040s for Stated Income loans

**Bank Statements**

When permitted by specific product guidelines to document business income, the following restrictions and requirements apply to both business and personal bank statements:

- Income may not be combined from personal and business bank statements.

- Cash flow history (including negative balances and Non-Sufficient Funds [NSF]) should be taken into consideration.

*Continued on next page*

Copyright 2005. All Rights Reserved

**SCC Motion to Dismiss 00165**

# Exhibit V

**OPTION ONE**
M O R T G A G E

**UNDERWRITING GUIDELINES**

Publication Date: December 9, 2005

# TABLE OF CONTENTS

1 ASSETS ....................................................................................................................1-1

    FUNDS TO CLOSE ....................................................................................................1-1
- Acceptable Sources and Documentation...........................................................1-1
- Unacceptable Sources .......................................................................................1-4
- Unacceptable Documentation ............................................................................1-4

    RESERVES ................................................................................................................1-4

2 BORROWERS ..........................................................................................................2-1

    ELIGIBILITY REQUIREMENTS .....................................................................................2-1

    INELIGIBLE BORROWERS AND VESTING ....................................................................2-1
- Loans to Brokers................................................................................................2-1
- Loans to Our Associates....................................................................................2-2
- Ineligible Vested Parties ....................................................................................2-3

    POWER OF ATTORNEY ..............................................................................................2-3

    PRIMARY BORROWER ...............................................................................................2-3

    BORROWER / CO-BORROWER ..................................................................................2-4

    NON-OCCUPANT CO-BORROWER ..............................................................................2-4

    IMMIGRATION AND RESIDENCY STATUS .....................................................................2-5

    NON-PERMANENT RESIDENT ALIEN ..........................................................................2-5

    CONFLICT OF INTEREST............................................................................................2-6

3 CREDIT ....................................................................................................................3-1

    CREDIT REPORTS .....................................................................................................3-1

    CREDIT SCORES .......................................................................................................3-2
- Qualifying Credit Score ......................................................................................3-2
- Minimum Credit Scores.......................................................................................3-3

Copyright 2005. All Rights Reserved

SCC Motion to Dismiss 00167

**OPTION ONE**
M O R T G A G E

**UNDERWRITING GUIDELINES**

# 3  CREDIT

**CREDIT REPORTS**

Option One generate an original tri-merged credit report for each applicant that contains credit data from the following repositories:

- Equifax,

- Experian, and

- Trans Union.

Credit reports used to qualify and determine credit grade must not be more than 60 days old at the time of funding. Option One will obtain an updated credit report if:

- The qualifying credit report is more than 60 days old at time of funding.

- The borrower authorizes Option One to generate a new report because of material changes in credit status or history.

**Note: The borrower's authorization must include details pertaining to any material changes and specifically permit Option One to obtain a credit report. Written authorization is required unless verbal authorization is provided directly to an Option One associate.**

Once an updated report has been generated, the previous credit reports may no longer be considered in qualification, and only the new report information will be used to qualify and determine credit grade.

Copyright 2005. All Rights Reserved

SCC Motion to Dismiss 00168

**OPTION ONE**
M O R T G A G E

# 4 DOCUMENTATION TYPES

**FULL DOC**

For Full Doc loans, income and employment must be satisfactorily documented for the last 12 to 24 months, depending on the source and specific program requirements.

Qualifying income must be from an eligible income source, as detailed in the Income and Employment section.

**STATED INCOME**

Stated Income allows use of the income declared by the borrower on the application to qualify without verification. Qualifying income must be from eligible source as detailed in the Income and Employment section. When funds are required for closing or reserves, assets must be satisfactorily documented as detailed in the Assets section.

Stated Income is not permitted:

- For applicants with fixed income.

- For applicants with a mortgage currently in foreclosure.

- When alterations of any type have been made to:
  - The "Monthly Income and Combined Expense" section of the application,
  - Any income amount on the application, or
  - Any income or employment documentation provided in the loan file.

The stated income must be reasonably based on factors including, but not limited to the:

*Continued on next page*

Copyright 2005. All Rights Reserved

**SCC Motion to Dismiss 00169**

 **OPTION ONE** MORTGAGE

**UNDERWRITING GUIDELINES**

- Stated income source,

- Employment position, and/or

- Borrower's current credit profile.

**LITE DOC**

Lite Doc loans require the borrower to provide minimal documentation.

**NO DOC**

Employment income and asset information is not disclosed on the application and verification documentation is not required.

**Note: For specific requirements and limitations for each documentation type, refer to product and/or program guidelines and matrices.**

Copyright 2005. All Rights Reserved

SCC Motion to Dismiss 00170

 **OPTION ONE**
M O R T G A G E

**UNDERWRITING GUIDELINES**

**WAGE EARNER**

Wages from a borrower's employment may be used for loan qualification if:

- The wages are paid on a regular, recurring basis, and the income is reported by the employer to the IRS on a W-2 form, and

- The borrower is not self-employed as defined below, under "Self Employed Borrower."

**Documentation Requirements**

Unless otherwise restricted by program/product guidelines, the following documents may be used to satisfy Full Documentation requirements:

- Recent pay stub,

- 1040 with all schedules, or

- W-2.

**Second Jobs, Part Time, Temporary, or Seasonal Employment**

Wages from secondary, part time, temporary, or seasonal employment may be used to qualify if the borrower has established a satisfactory history of this type of income.

**SELF EMPLOYED BORROWER**

The following are classified as self-employed for the purposes of loan qualification:

- Borrowers who derive at least 25% of their primary income from a business in which they hold an ownership interest.

- Borrowers who do not own a business, but who derive the majority of their income from commissions or from primarily gratuity-based professions, which are reported on IRS form 1099.

**Note: Refer to product and/or program-specific guidelines and matrices for requirements, limitations, and documentation types.**

Copyright 2005. All Rights Reserved

**SCC Motion to Dismiss 00171**


**OPTION ONE**
M O R T G A G E

**UNDERWRITING GUIDELINES**

**Documentation Requirements**

Unless otherwise restricted by program/product guidelines, the following documents may be used to satisfy Full Documentation requirements for self employment:

• Federal tax returns – complete business and personal federal tax returns may be provided to support the amount of net qualifying business income after expenses. Tax returns must bear the original signature of the borrower and the borrower must sign IRS form 4506T at or before funding.

• 1099s and Profit & Loss Statement (P&L) – earnings (gross business revenues) from sources such as commissions, contract earnings, etc. may be supported with:

- Copies of the 1099 forms sent to the borrower from the revenue sources, and

- A satisfactory profit and loss statement to establish the ratio of expenses to revenues. Profit and loss statements must detail expense types and amounts common for the business type and must bear the borrower's original signature.

**VERIFICATION OF EMPLOYMENT AND INCOME**

Employment sources are verbally verified to confirm the:

• Employer's contact phone number,

• Borrower's current employment status, and

• Borrower's employment position or title.

*Continued on next page*

Copyright 2005. All Rights Reserved

**SCC Motion to Dismiss 00172**

 **OPTION ONE**
M O R T G A G E

**UNDERWRITING GUIDELINES**

If the borrower's employment contact cannot be verified through an independent source, satisfactory alternate evidence of the business existence is required, including, but not limited to:

- Valid business licenses,

- Membership in the Better Business Bureau,

- Yellow pages advertisement, or

- Confirmation through State or Federal websites.

The following will not be accepted as evidence of business existence:

- Business cards

- Invoices

- Flyers

- Reference letters

- Previously filed 1040s for Stated Income loans

**Bank Statements**

When permitted by specific product guidelines to document business income, the following restrictions and requirements apply to both business and personal bank statements:

- Income may not be combined from personal and business bank statements.

- Cash flow history (including negative balances and Non-Sufficient Funds [NSF]) should be taken into consideration.

---

*Continued on next page*

INCOME AND EMPLOYMENT

Copyright 2005. All Rights Reserved

**SCC Motion to Dismiss 00173**

# Exhibit W



**OPTION ONE**
M O R T G A G E

**UNDERWRITING GUIDELINES**

**Publication Date: December 30, 2005**

# TABLE OF CONTENTS

1    ASSETS ........................................................................................................................1-1

    FUNDS TO CLOSE .......................................................................................................1-1
- Acceptable Sources and Documentation...............................................................1-1
- Unacceptable Sources ..........................................................................................1-4
- Unacceptable Documentation ...............................................................................1-4

    RESERVES ................................................................................................................1-4

2    BORROWERS ...........................................................................................................2-1

    ELIGIBILITY REQUIREMENTS ......................................................................................2-1

    INELIGIBLE BORROWERS AND VESTING ......................................................................2-1
- Loans to Brokers...................................................................................................2-1
- Loans to Our Associates.......................................................................................2-2
- Ineligible Vested Parties .......................................................................................2-3

    POWER OF ATTORNEY ..............................................................................................2-3

    PRIMARY BORROWER ...............................................................................................2-3

    BORROWER / CO-BORROWER ...................................................................................2-4

    NON-OCCUPANT CO-BORROWER ...............................................................................2-4

    IMMIGRATION AND RESIDENCY STATUS ......................................................................2-5

    NON-PERMANENT RESIDENT ALIEN ...........................................................................2-5

    CONFLICT OF INTEREST ............................................................................................2-6

3    CREDIT......................................................................................................................3-1

    CREDIT REPORTS .....................................................................................................3-1

    CREDIT SCORES .......................................................................................................3-2
- Qualifying Credit Score .........................................................................................3-2
- Minimum Credit Scores.........................................................................................3-3

Copyright 2005. All Rights Reserved

**SCC Motion to Dismiss 00175**

**OPTION ONE**
M O R T G A G E

**UNDERWRITING GUIDELINES**

# 3  CREDIT

**CREDIT REPORTS**

Option One generate an original tri-merged credit report for each applicant that contains credit data from the following repositories:

- Equifax,

- Experian, and

- Trans Union.

Credit reports used to qualify and determine credit grade must not be more than 60 days old at the time of funding. Option One will obtain an updated credit report if:

- The qualifying credit report is more than 60 days old at time of funding.

- The borrower authorizes Option One to generate a new report because of material changes in credit status or history.

   **Note: The borrower's authorization must include details pertaining to any material changes and specifically permit Option One to obtain a credit report. Written authorization is required unless verbal authorization is provided directly to an Option One associate.**

Once an updated report has been generated, the previous credit reports may no longer be considered in qualification, and only the new report information will be used to qualify and determine credit grade.

Copyright 2005. All Rights Reserved

SCC Motion to Dismiss 00176

**OPTION ONE**
M O R T G A G E

# 4  DOCUMENTATION TYPES

**FULL DOC**

For Full Doc loans, income and employment must be satisfactorily documented for the last 12 to 24 months, depending on the source and specific program requirements.

Qualifying income must be from an eligible income source, as detailed in the Income and Employment section.

**STATED INCOME**

Stated Income allows use of the income declared by the borrower on the application to qualify without verification. Qualifying income must be from eligible source as detailed in the Income and Employment section. When funds are required for closing or reserves, assets must be satisfactorily documented as detailed in the Assets section.

Stated Income is not permitted:

- For applicants with fixed income.

- For applicants with a mortgage currently in foreclosure.

- When alterations of any type have been made to:
  - The "Monthly Income and Combined Expense" section of the application,
  - Any income amount on the application, or
  - Any income or employment documentation provided in the loan file.

The stated income must be reasonably based on factors including, but not limited to the:

*Continued on next page*

Copyright 2005. All Rights Reserved

**SCC Motion to Dismiss 00177**



- Stated income source,

- Employment position, and/or

- Borrower's current credit profile.

**LITE DOC**                    Lite Doc loans require the borrower to provide minimal documentation.

**NO DOC**                      Employment income and asset information is not disclosed on the
                                application and verification documentation is not required.

                                **Note: For specific requirements and limitations for each
                                documentation type, refer to product and/or program guidelines and
                                matrices.**

Copyright 2005. All Rights Reserved

**SCC Motion to Dismiss 00178**



**OPTION ONE**
M O R T G A G E

**UNDERWRITING GUIDELINES**

**WAGE EARNER**

Wages from a borrower's employment may be used for loan qualification if:

- The wages are paid on a regular, recurring basis, and the income is reported by the employer to the IRS on a W-2 form, and

- The borrower is not self-employed as defined below, under "Self Employed Borrower."

**Documentation Requirements**

Unless otherwise restricted by program/product guidelines, the following documents may be used to satisfy Full Documentation requirements:

- Recent pay stub,

- 1040 with all schedules, or

- W-2.

**Second Jobs, Part Time, Temporary, or Seasonal Employment**

Wages from secondary, part time, temporary, or seasonal employment may be used to qualify if the borrower has established a satisfactory history of this type of income.

**SELF EMPLOYED BORROWER**

The following are classified as self-employed for the purposes of loan qualification:

- Borrowers who derive at least 25% of their primary income from a business in which they hold an ownership interest.

- Borrowers who do not own a business, but who derive the majority of their income from commissions or from primarily gratuity-based professions, which are reported on IRS form 1099.

**Note: Refer to product and/or program-specific guidelines and matrices for requirements, limitations, and documentation types.**

Copyright 2005. All Rights Reserved

**SCC Motion to Dismiss 00179**



UNDERWRITING GUIDELINES

**Documentation Requirements**

Unless otherwise restricted by program/product guidelines, the following documents may be used to satisfy Full Documentation requirements for self employment:

- Federal tax returns – complete business and personal federal tax returns may be provided to support the amount of net qualifying business income after expenses. Tax returns must bear the original signature of the borrower and the borrower must sign IRS form 4506T at or before funding.

- 1099s and Profit & Loss Statement (P&L) – earnings (gross business revenues) from sources such as commissions, contract earnings, etc. may be supported with:
  - Copies of the 1099 forms sent to the borrower from the revenue sources, and
  - A satisfactory profit and loss statement to establish the ratio of expenses to revenues. Profit and loss statements must detail expense types and amounts common for the business type and must bear the borrower's original signature.

**VERIFICATION OF EMPLOYMENT AND INCOME**

Employment sources are verbally verified to confirm the:

- Employer's contact phone number,

- Borrower's current employment status, and

- Borrower's employment position or title.

*Continued on next page*

Copyright 2005. All Rights Reserved

**SCC Motion to Dismiss 00180**



**OPTION ONE**
M O R T G A G E

**UNDERWRITING GUIDELINES**

If the borrower's employment contact cannot be verified through an independent source, satisfactory alternate evidence of the business existence is required, including, but not limited to:

- Valid business licenses,

- Membership in the Better Business Bureau,

- Yellow pages advertisement, or

- Confirmation through State or Federal websites.

The following will not be accepted as evidence of business existence:

- Business cards

- Invoices

- Flyers

- Reference letters

- Previously filed 1040s for Stated Income loans

**Bank Statements**

When permitted by specific product guidelines to document business income, the following restrictions and requirements apply to both business and personal bank statements:

- Income may not be combined from personal and business bank statements.

- Cash flow history (including negative balances and Non-Sufficient Funds [NSF]) should be taken into consideration.

_____

*Continued on next page*

Copyright 2005. All Rights Reserved

**SCC Motion to Dismiss 00181**

# Exhibit X

 **OPTION ONE**
M O R T G A G E

**UNDERWRITING GUIDELINES**

**Publication Date: January 10, 2006**

# TABLE OF CONTENTS

1    ASSETS ........................................................................................................... 1-1

    FUNDS TO CLOSE .......................................................................................... 1-1
- Acceptable Sources and Documentation........................................... 1-1
- Unacceptable Sources ........................................................................ 1-4
- Unacceptable Documentation............................................................ 1-4

    RESERVES .................................................................................................... 1-4


2    BORROWERS .................................................................................................. 2-1

    ELIGIBILITY REQUIREMENTS .......................................................................... 2-1

    INELIGIBLE BORROWERS AND VESTING .......................................................... 2-1
- Loans to Brokers................................................................................. 2-1
- Loans to Our Associates..................................................................... 2-2
- Ineligible Vested Parties .................................................................... 2-3

    POWER OF ATTORNEY ................................................................................... 2-3

    PRIMARY BORROWER .................................................................................... 2-3

    BORROWER / CO-BORROWER ........................................................................ 2-4

    NON-OCCUPANT CO-BORROWER .................................................................... 2-4

    IMMIGRATION AND RESIDENCY STATUS .......................................................... 2-5

    NON-PERMANENT RESIDENT ALIEN ............................................................... 2-5

    CONFLICT OF INTEREST ................................................................................. 2-6


3    CREDIT ............................................................................................................ 3-1

    CREDIT REPORTS .......................................................................................... 3-1

    CREDIT SCORES ............................................................................................ 3-2
- Qualifying Credit Score....................................................................... 3-2
- Minimum Credit Scores....................................................................... 3-3

Copyright 2005. All Rights Reserved

**OPTION ONE**
M O R T G A G E

# 3  CREDIT

**CREDIT REPORTS**

Option One generate an original tri-merged credit report for each applicant that contains credit data from the following repositories:

- Equifax,
- Experian, and
- Trans Union.

Credit reports used to qualify and determine credit grade must not be more than 60 days old at the time of funding. Option One will obtain an updated credit report if:

- The qualifying credit report is more than 60 days old at time of funding.
- The borrower authorizes Option One to generate a new report because of material changes in credit status or history.

**Note: The borrower's authorization must include details pertaining to any material changes and specifically permit Option One to obtain a credit report. Written authorization is required unless verbal authorization is provided directly to an Option One associate.**

Once an updated report has been generated, the previous credit reports may no longer be considered in qualification, and only the new report information will be used to qualify and determine credit grade.

Copyright 2005. All Rights Reserved

**SCC Motion to Dismiss 00184**

**OPTION ONE**
M O R T G A G E

# 4  DOCUMENTATION TYPES

**FULL DOC**

For Full Doc loans, income and employment must be satisfactorily documented for the last 12 to 24 months, depending on the source and specific program requirements.

Qualifying income must be from an eligible income source, as detailed in the Income and Employment section.

**STATED INCOME**

Stated Income allows use of the income declared by the borrower on the application to qualify without verification. Qualifying income must be from eligible source as detailed in the Income and Employment section. When funds are required for closing or reserves, assets must be satisfactorily documented as detailed in the Assets section.

Stated Income is not permitted:

- For applicants with fixed income.

- For applicants with a mortgage currently in foreclosure.

- When alterations of any type have been made to:
  - The "Monthly Income and Combined Expense" section of the application,
  - Any income amount on the application, or
  - Any income or employment documentation provided in the loan file.

The stated income must be reasonably based on factors including, but not limited to the:

*Continued on next page*

---

Copyright 2005. All Rights Reserved

**SCC Motion to Dismiss 00185**



**OPTION ONE**
M O R T G A G E

**UNDERWRITING GUIDELINES**

- Stated income source,

- Employment position, and/or

- Borrower's current credit profile.

**LITE DOC**

Lite Doc loans require the borrower to provide minimal documentation.

**NO DOC**

Employment income and asset information is not disclosed on the application and verification documentation is not required.

**Note: For specific requirements and limitations for each documentation type, refer to product and/or program guidelines and matrices.**

Copyright 2005. All Rights Reserved

SCC Motion to Dismiss 00186


**OPTION ONE**
M O R T G A G E

**UNDERWRITING GUIDELINES**

**WAGE EARNER**

Wages from a borrower's employment may be used for loan qualification if:

- The wages are paid on a regular, recurring basis, and the income is reported by the employer to the IRS on a W-2 form, and

- The borrower is not self-employed as defined below, under "Self Employed Borrower."

**Documentation Requirements**

Unless otherwise restricted by program/product guidelines, the following documents may be used to satisfy Full Documentation requirements:

- Recent pay stub,

- 1040 with all schedules, or

- W-2.

**Second Jobs, Part Time, Temporary, or Seasonal Employment**

Wages from secondary, part time, temporary, or seasonal employment may be used to qualify if the borrower has established a satisfactory history of this type of income.

**SELF EMPLOYED BORROWER**

The following are classified as self-employed for the purposes of loan qualification:

- Borrowers who derive at least 25% of their primary income from a business in which they hold an ownership interest.

- Borrowers who do not own a business, but who derive the majority of their income from commissions or from primarily gratuity-based professions, which are reported on IRS form 1099.

**Note: Refer to product and/or program-specific guidelines and matrices for requirements, limitations, and documentation types.**

Copyright 2005. All Rights Reserved

SCC Motion to Dismiss 00187



**UNDERWRITING GUIDELINES**

**Documentation Requirements**

Unless otherwise restricted by program/product guidelines, the following documents may be used to satisfy Full Documentation requirements for self employment:

- Federal tax returns – complete business and personal federal tax returns may be provided to support the amount of net qualifying business income after expenses. Tax returns must bear the original signature of the borrower and the borrower must sign IRS form 4506T at or before funding.

- 1099s and Profit & Loss Statement (P&L) – earnings (gross business revenues) from sources such as commissions, contract earnings, etc. may be supported with:
  - Copies of the 1099 forms sent to the borrower from the revenue sources, and
  - A satisfactory profit and loss statement to establish the ratio of expenses to revenues. Profit and loss statements must detail expense types and amounts common for the business type and must bear the borrower's original signature.

**VERIFICATION OF EMPLOYMENT AND INCOME**

Employment sources are verbally verified to confirm the:

- Employer's contact phone number,

- Borrower's current employment status, and

- Borrower's employment position or title.

*Continued on next page*

Copyright 2005. All Rights Reserved

SCC Motion to Dismiss 00188

 **OPTION ONE**
M O R T G A G E

**UNDERWRITING GUIDELINES**

If the borrower's employment contact cannot be verified through an independent source, satisfactory alternate evidence of the business existence is required, including, but not limited to:

- Valid business licenses,

- Membership in the Better Business Bureau,

- Yellow pages advertisement, or

- Confirmation through State or Federal websites.

The following will not be accepted as evidence of business existence:

- Business cards

- Invoices

- Flyers

- Reference letters

- Previously filed 1040s for Stated Income loans

**Bank Statements**

When permitted by specific product guidelines to document business income, the following restrictions and requirements apply to both business and personal bank statements:

- Income may not be combined from personal and business bank statements.

- Cash flow history (including negative balances and Non-Sufficient Funds [NSF]) should be taken into consideration.

*Continued on next page*

Copyright 2005. All Rights Reserved

SCC Motion to Dismiss 00189

# Exhibit Y



**UNDERWRITING GUIDELINES**

**Publication Date: January 10, 2006**

# TABLE OF CONTENTS

1   ASSETS ...................................................................................................................1-1

    FUNDS TO CLOSE ...................................................................................................1-1
- Acceptable Sources and Documentation.................................................1-1
- Unacceptable Sources ...........................................................................1-4
- Unacceptable Documentation .................................................................1-4

    RESERVES ..............................................................................................................1-4


2   BORROWERS ..........................................................................................................2-1

    ELIGIBILITY REQUIREMENTS ....................................................................................2-1

    INELIGIBLE BORROWERS AND VESTING ....................................................................2-1
- Loans to Brokers....................................................................................2-1
- Loans to Our Associates ........................................................................2-2
- Ineligible Vested Parties ........................................................................2-3

    POWER OF ATTORNEY .............................................................................................2-3

    PRIMARY BORROWER ..............................................................................................2-3

    BORROWER / CO-BORROWER ..................................................................................2-4

    NON-OCCUPANT CO-BORROWER ..............................................................................2-4

    IMMIGRATION AND RESIDENCY STATUS ....................................................................2-5

    NON-PERMANENT RESIDENT ALIEN ..........................................................................2-5

    CONFLICT OF INTEREST ...........................................................................................2-6


3   CREDIT....................................................................................................................3-1

    CREDIT REPORTS ...................................................................................................3-1

    CREDIT SCORES .....................................................................................................3-2
- Qualifying Credit Score ..........................................................................3-2
- Minimum Credit Scores..........................................................................3-3

Copyright 2005. All Rights Reserved

**SCC Motion to Dismiss 00191**

**OPTION ONE**
M O R T G A G E

# 3 CREDIT

**CREDIT REPORTS**

Option One generate an original tri-merged credit report for each applicant that contains credit data from the following repositories:

- Equifax,

- Experian, and

- Trans Union.

Credit reports used to qualify and determine credit grade must not be more than 60 days old at the time of funding. Option One will obtain an updated credit report if:

- The qualifying credit report is more than 60 days old at time of funding.

- The borrower authorizes Option One to generate a new report because of material changes in credit status or history.

  **Note: The borrower's authorization must include details pertaining to any material changes and specifically permit Option One to obtain a credit report. Written authorization is required unless verbal authorization is provided directly to an Option One associate.**

Once an updated report has been generated, the previous credit reports may no longer be considered in qualification, and only the new report information will be used to qualify and determine credit grade.

Copyright 2005. All Rights Reserved

**SCC Motion to Dismiss 00192**

**OPTION ONE**
M O R T G A G E

**UNDERWRITING GUIDELINES**

# 4 DOCUMENTATION TYPES

**FULL DOC**

For Full Doc loans, income and employment must be satisfactorily documented for the last 12 to 24 months, depending on the source and specific program requirements.

Qualifying income must be from an eligible income source, as detailed in the Income and Employment section.

**STATED INCOME**

Stated Income allows use of the income declared by the borrower on the application to qualify without verification. Qualifying income must be from eligible source as detailed in the Income and Employment section. When funds are required for closing or reserves, assets must be satisfactorily documented as detailed in the Assets section.

Stated Income is not permitted:

- For applicants with fixed income.

- For applicants with a mortgage currently in foreclosure.

- When alterations of any type have been made to:

  - The "Monthly Income and Combined Expense" section of the application,

  - Any income amount on the application, or

  - Any income or employment documentation provided in the loan file.

The stated income must be reasonably based on factors including, but not limited to the:

*Continued on next page*

Copyright 2005. All Rights Reserved

**SCC Motion to Dismiss 00193**



**UNDERWRITING GUIDELINES**

- Stated income source,

- Employment position, and/or

- Borrower's current credit profile.

**LITE DOC**

Lite Doc loans require the borrower to provide minimal documentation.

**NO DOC**

Employment income and asset information is not disclosed on the application and verification documentation is not required.

**Note: For specific requirements and limitations for each documentation type, refer to product and/or program guidelines and matrices.**

Copyright 2005. All Rights Reserved

**SCC Motion to Dismiss 00194**



**OPTION ONE**
M O R T G A G E

**UNDERWRITING GUIDELINES**

| | |
|---|---|
| **WAGE EARNER** | Wages from a borrower's employment may be used for loan qualification if: |

- The wages are paid on a regular, recurring basis, and the income is reported by the employer to the IRS on a W-2 form, and

- The borrower is not self-employed as defined below, under "Self Employed Borrower."

| | |
|---|---|
| **Documentation Requirements** | Unless otherwise restricted by program/product guidelines, the following documents may be used to satisfy Full Documentation requirements: |

- Recent pay stub,

- 1040 with all schedules, or

- W-2.

| | |
|---|---|
| **Second Jobs, Part Time, Temporary, or Seasonal Employment** | Wages from secondary, part time, temporary, or seasonal employment may be used to qualify if the borrower has established a satisfactory history of this type of income. |

| | |
|---|---|
| **SELF EMPLOYED BORROWER** | The following are classified as self-employed for the purposes of loan qualification: |

- Borrowers who derive at least 25% of their primary income from a business in which they hold an ownership interest.

- Borrowers who do not own a business, but who derive the majority of their income from commissions or from primarily gratuity-based professions, which are reported on IRS form 1099.

**Note: Refer to product and/or program-specific guidelines and matrices for requirements, limitations, and documentation types.**

Copyright 2005. All Rights Reserved

**SCC Motion to Dismiss 00195**



**OPTION ONE**
M O R T G A G E

**UNDERWRITING GUIDELINES**

**Documentation Requirements**

Unless otherwise restricted by program/product guidelines, the following documents may be used to satisfy Full Documentation requirements for self employment:

- Federal tax returns – complete business and personal federal tax returns may be provided to support the amount of net qualifying business income after expenses. Tax returns must bear the original signature of the borrower and the borrower must sign IRS form 4506T at or before funding.

- 1099s and Profit & Loss Statement (P&L) – earnings (gross business revenues) from sources such as commissions, contract earnings, etc. may be supported with:
  - Copies of the 1099 forms sent to the borrower from the revenue sources, and
  - A satisfactory profit and loss statement to establish the ratio of expenses to revenues. Profit and loss statements must detail expense types and amounts common for the business type and must bear the borrower's original signature.

**VERIFICATION OF EMPLOYMENT AND INCOME**

Employment sources are verbally verified to confirm the:

- Employer's contact phone number,

- Borrower's current employment status, and

- Borrower's employment position or title.

*Continued on next page*

Copyright 2005. All Rights Reserved

**SCC Motion to Dismiss 00196**



**OPTION ONE**
M O R T G A G E

**UNDERWRITING GUIDELINES**

If the borrower's employment contact cannot be verified through an independent source, satisfactory alternate evidence of the business existence is required, including, but not limited to:

- Valid business licenses,

- Membership in the Better Business Bureau,

- Yellow pages advertisement, or

- Confirmation through State or Federal websites.

The following will not be accepted as evidence of business existence:

- Business cards

- Invoices

- Flyers

- Reference letters

- Previously filed 1040s for Stated Income loans

**Bank Statements**

When permitted by specific product guidelines to document business income, the following restrictions and requirements apply to both business and personal bank statements:

- Income may not be combined from personal and business bank statements.

- Cash flow history (including negative balances and Non-Sufficient Funds [NSF]) should be taken into consideration.

*Continued on next page*

Copyright 2005. All Rights Reserved

SCC Motion to Dismiss 00197

# Exhibit Z



**OPTION ONE**
M O R T G A G E

**UNDERWRITING GUIDELINES**

**Publication Date: January 20, 2006**

# TABLE OF CONTENTS

1   ASSETS ............................................................................................................1-1

  FUNDS TO CLOSE ............................................................................................1-1
  • Acceptable Sources and Documentation..................................................1-1
  • Unacceptable Sources..............................................................................1-4
  • Unacceptable Documentation...................................................................1-4

  RESERVES ......................................................................................................1-4

2   BORROWERS ...................................................................................................2-1

  ELIGIBILITY REQUIREMENTS .............................................................................2-1

  INELIGIBLE BORROWERS AND VESTING ............................................................2-1
  • Loans to Brokers.......................................................................................2-1
  • Loans to Our Associates...........................................................................2-2
  • Ineligible Vested Parties...........................................................................2-3

  POWER OF ATTORNEY .....................................................................................2-3

  PRIMARY BORROWER .......................................................................................2-3

  BORROWER / CO-BORROWER ..........................................................................2-4

  NON-OCCUPANT CO-BORROWER .....................................................................2-4

  IMMIGRATION AND RESIDENCY STATUS .............................................................2-5

  NON-PERMANENT RESIDENT ALIEN ..................................................................2-5

  CONFLICT OF INTEREST ...................................................................................2-6

3   CREDIT ............................................................................................................3-1

  CREDIT REPORTS ............................................................................................3-1

  CREDIT SCORES ..............................................................................................3-2
  • Qualifying Credit Score.............................................................................3-2
  • Minimum Credit Scores.............................................................................3-3

Copyright 2005. All Rights Reserved

SCC Motion to Dismiss 00199

**OPTION ONE**
M O R T G A G E
®

# 3  CREDIT

**CREDIT REPORTS**

Option One generate an original tri-merged credit report for each applicant that contains credit data from the following repositories:

- Equifax,

- Experian, and

- Trans Union.

Credit reports used to qualify and determine credit grade must not be more than 60 days old at the time of funding. Option One will obtain an updated credit report if:

- The qualifying credit report is more than 60 days old at time of funding.

- The borrower authorizes Option One to generate a new report because of material changes in credit status or history.

    **Note: The borrower's authorization must include details pertaining to any material changes and specifically permit Option One to obtain a credit report. Written authorization is required unless verbal authorization is provided directly to an Option One associate.**

Once an updated report has been generated, the previous credit reports may no longer be considered in qualification, and only the new report information will be used to qualify and determine credit grade.

CREDIT

Copyright 2005. All Rights Reserved

**SCC Motion to Dismiss 00200**

**OPTION ONE**
M O R T G A G E

# 4 DOCUMENTATION TYPES

**FULL DOC**

For Full Doc loans, income and employment must be satisfactorily documented for the last 12 to 24 months, depending on the source and specific program requirements.

Qualifying income must be from an eligible income source, as detailed in the Income and Employment section.

**STATED INCOME**

Stated Income allows use of the income declared by the borrower on the application to qualify without verification. Qualifying income must be from eligible source as detailed in the Income and Employment section. When funds are required for closing or reserves, assets must be satisfactorily documented as detailed in the Assets section.

Stated Income is not permitted:

- For applicants with fixed income.

- For applicants with a mortgage currently in foreclosure.

- When alterations of any type have been made to:
  - The "Monthly Income and Combined Expense" section of the application,
  - Any income amount on the application, or
  - Any income or employment documentation provided in the loan file.

The stated income must be reasonably based on factors including, but not limited to the:

*Continued on next page*

Copyright 2005. All Rights Reserved

**SCC Motion to Dismiss 00201**

 **OPTION ONE**
M O R T G A G E

**UNDERWRITING GUIDELINES**

- Stated income source,

- Employment position, and/or

- Borrower's current credit profile.

**LITE DOC**                   Lite Doc loans require the borrower to provide minimal documentation.

**NO DOC**                     Employment income and asset information is not disclosed on the
                               application and verification documentation is not required.

                               **Note: For specific requirements and limitations for each
                               documentation type, refer to product and/or program guidelines and
                               matrices.**

Copyright 2005. All Rights Reserved

SCC Motion to Dismiss 00202


**OPTION ONE**
M O R T G A G E

**UNDERWRITING GUIDELINES**

**WAGE EARNER**

Wages from a borrower's employment may be used for loan qualification if:

- The wages are paid on a regular, recurring basis, and the income is reported by the employer to the IRS on a W-2 form, and

- The borrower is not self-employed. The requirements for self-employed borrowers and borrowers deriving their income from a gratuity-based profession (such as waiters), are outlined in the Self-Employed Borrower section below.

**Documentation Requirements**

Unless otherwise restricted by program/product guidelines, the following documents may be used to satisfy Full Documentation requirements:

- Recent pay stub,

- 1040 with all schedules, or

- W-2.

**Second Jobs, Part Time, Temporary, or Seasonal Employment**

Wages from secondary, part time, temporary, or seasonal employment may be used to qualify if the borrower has established a satisfactory history (at least three months) of this type of income.

**SELF-EMPLOYED BORROWER**

The following are classified as self-employed for the purposes of loan qualification:

- Borrowers who derive at least 25% of their primary income from a business in which they hold an ownership interest.

- Borrowers who do not own a business, but who derive the majority of their income from commissions or from primarily gratuity-based professions, which are reported on IRS form 1099.

**Note: Refer to product and/or program-specific guidelines and matrices for requirements, limitations, and documentation types.**

Copyright 2005. All Rights Reserved

**SCC Motion to Dismiss 00203**

 **OPTION ONE** M O R T G A G E

**UNDERWRITING GUIDELINES**

---

**Documentation Requirements**

Unless otherwise restricted by program/product guidelines, the following documents may be used to satisfy Full Documentation requirements for self employment:

- Federal tax returns – complete business and personal federal tax returns may be provided to support the amount of net qualifying business income after expenses. Tax returns must bear the original signature of the borrower and the borrower must sign IRS form 4506T at or before funding.

- 1099s and Profit & Loss Statement (P&L) – earnings (gross business revenues) from sources such as commissions, contract earnings, etc. may be supported with:
  - Copies of the 1099 forms sent to the borrower from the revenue sources, and
  - A satisfactory profit and loss statement to establish the ratio of expenses to revenues. Profit and loss statements must detail expense types and amounts common for the business type and must bear the borrower's original signature.

**VERIFICATION OF EMPLOYMENT AND INCOME**

Employment sources are verbally verified to confirm the:

- Employer's contact phone number,

- Borrower's current employment status, and

- Borrower's employment position or title.

---

*Continued on next page*

Copyright 2005. All Rights Reserved

**SCC Motion to Dismiss 00204**



**OPTION ONE**
M O R T G A G E

**UNDERWRITING GUIDELINES**

If the borrower's employment contact cannot be verified through an independent source, satisfactory alternate evidence of the business existence is required, including, but not limited to:

- Valid business licenses,

- Membership in the Better Business Bureau,

- Yellow pages advertisement, or

- Confirmation through State or Federal websites.

The following will not be accepted as evidence of business existence:

- Business cards

- Invoices

- Flyers

- Reference letters

- Previously filed 1040s for Stated Income loans

**Bank Statements**

When permitted by specific product guidelines to document business income, the following restrictions and requirements apply to both business and personal bank statements:

- Income may not be combined from personal and business bank statements.

- Cash flow history (including negative balances and Non-Sufficient Funds [NSF]) should be taken into consideration.

---

*Continued on next page*

Copyright 2005. All Rights Reserved

SCC Motion to Dismiss 00205

# Exhibit AA



**UNDERWRITING GUIDELINES**

**Publication Date: January 27, 2006**

# TABLE OF CONTENTS

1   ASSETS ....................................................................................................................1-1

FUNDS TO CLOSE ......................................................................................................1-1
- Acceptable Sources and Documentation.............................................................1-1
- Unacceptable Sources ........................................................................................1-4
- Unacceptable Documentation.............................................................................1-4

RESERVES ...............................................................................................................1-4

2   BORROWERS ..........................................................................................................2-1

ELIGIBILITY REQUIREMENTS .....................................................................................2-1

INELIGIBLE BORROWERS AND VESTING .....................................................................2-1
- Loans to Brokers.................................................................................................2-1
- Loans to Our Associates.....................................................................................2-2
- Ineligible Vested Parties .....................................................................................2-3

POWER OF ATTORNEY ..............................................................................................2-3

PRIMARY BORROWER ...............................................................................................2-3

BORROWER / CO-BORROWER ...................................................................................2-4

NON-OCCUPANT CO-BORROWER ..............................................................................2-4

IMMIGRATION AND RESIDENCY STATUS .....................................................................2-5

NON-PERMANENT RESIDENT ALIEN ...........................................................................2-5

CONFLICT OF INTEREST............................................................................................2-6

3   CREDIT....................................................................................................................3-1

CREDIT REPORTS .....................................................................................................3-1

CREDIT SCORES .......................................................................................................3-2
- Qualifying Credit Score.......................................................................................3-2
- Minimum Credit Scores.......................................................................................3-3

Copyright 2005. All Rights Reserved

**SCC Motion to Dismiss 00207**

**OPTION ONE**
M O R T G A G E

**UNDERWRITING GUIDELINES**

# 3  CREDIT

**CREDIT REPORTS**

Option One generate an original tri-merged credit report for each applicant that contains credit data from the following repositories:

- Equifax,

- Experian, and

- Trans Union.

Credit reports used to qualify and determine credit grade must not be more than 60 days old at the time of funding. Option One will obtain an updated credit report if:

- The qualifying credit report is more than 60 days old at time of funding.

- The borrower authorizes Option One to generate a new report because of material changes in credit status or history.

    **Note: The borrower's authorization must include details pertaining to any material changes and specifically permit Option One to obtain a credit report. Written authorization is required unless verbal authorization is provided directly to an Option One associate.**

Once an updated report has been generated, the previous credit reports may no longer be considered in qualification, and only the new report information will be used to qualify and determine credit grade.

Copyright 2005. All Rights Reserved

SCC Motion to Dismiss 00208

**OPTION ONE**
M O R T G A G E

# 4 DOCUMENTATION TYPES

**FULL DOC**

For Full Doc loans, income and employment must be satisfactorily documented for the last 12 to 24 months, depending on the source and specific program requirements.

Qualifying income must be from an eligible income source, as detailed in the Income and Employment section.

**STATED INCOME**

Stated Income allows use of the income declared by the borrower on the application to qualify without verification. Qualifying income must be from eligible source as detailed in the Income and Employment section. When funds are required for closing or reserves, assets must be satisfactorily documented as detailed in the Assets section.

Stated Income is not permitted:

- For applicants with fixed income.

- For applicants with a mortgage currently in foreclosure.

- When alterations of any type have been made to:
  - The "Monthly Income and Combined Expense" section of the application,
  - Any income amount on the application, or
  - Any income or employment documentation provided in the loan file.

The stated income must be reasonably based on factors including, but not limited to the:

*Continued on next page*

Copyright 2005. All Rights Reserved

**SCC Motion to Dismiss 00209**



**UNDERWRITING GUIDELINES**

- Stated income source,

- Employment position, and/or

- Borrower's current credit profile.

**LITE DOC**  Lite Doc loans require the borrower to provide minimal documentation.

**NO DOC**  Employment income and asset information is not disclosed on the application and verification documentation is not required.

**Note: For specific requirements and limitations for each documentation type, refer to product and/or program guidelines and matrices.**

Copyright 2005. All Rights Reserved

**SCC Motion to Dismiss 00210**



**OPTION ONE**
M O R T G A G E

**UNDERWRITING GUIDELINES**

---

**WAGE EARNER**

Wages from a borrower's employment may be used for loan qualification if:

- The wages are paid on a regular, recurring basis, and the income is reported by the employer to the IRS on a W-2 form, and

- The borrower is not self-employed. The requirements for self-employed borrowers and borrowers deriving their income from a gratuity-based profession (such as waiters), are outlined in the Self-Employed Borrower section below.

**Documentation Requirements**

Unless otherwise restricted by program/product guidelines, the following documents may be used to satisfy Full Documentation requirements:

- Recent pay stub,

- 1040 with all schedules, or

- W-2.

**Second Jobs, Part Time, Temporary, or Seasonal Employment**

Wages from secondary, part time, temporary, or seasonal employment may be used to qualify if the borrower has established a satisfactory history (at least three months) of this type of income.

**SELF-EMPLOYED BORROWER**

The following are classified as self-employed for the purposes of loan qualification:

- Borrowers who derive at least 25% of their primary income from a business in which they hold an ownership interest.

- Borrowers who do not own a business, but who derive the majority of their income from commissions or from primarily gratuity-based professions, which are reported on IRS form 1099.

**Note: Refer to product and/or program-specific guidelines and matrices for requirements, limitations, and documentation types.**

---

Copyright 2005. All Rights Reserved

**SCC Motion to Dismiss 00211**



**OPTION ONE**
M O R T G A G E

**UNDERWRITING GUIDELINES**

**Documentation Requirements**

Unless otherwise restricted by program/product guidelines, the following documents may be used to satisfy Full Documentation requirements for self employment:

- Federal tax returns – complete business and personal federal tax returns may be provided to support the amount of net qualifying business income after expenses. Tax returns must bear the original signature of the borrower and the borrower must sign IRS form 4506T at or before funding.

- 1099s and Profit & Loss Statement (P&L) – earnings (gross business revenues) from sources such as commissions, contract earnings, etc. may be supported with:

  - Copies of the 1099 forms sent to the borrower from the revenue sources, and

  - A satisfactory profit and loss statement to establish the ratio of expenses to revenues. Profit and loss statements must detail expense types and amounts common for the business type and must bear the borrower's original signature.

**VERIFICATION OF EMPLOYMENT AND INCOME**

Employment sources are verbally verified to confirm the:

- Employer's contact phone number,

- Borrower's current employment status, and

- Borrower's employment position or title.

*Continued on next page*

Copyright 2005. All Rights Reserved

**SCC Motion to Dismiss 00212**



**OPTION ONE**
M O R T G A G E

**UNDERWRITING GUIDELINES**

If the borrower's employment contact cannot be verified through an independent source, satisfactory alternate evidence of the business existence is required, including, but not limited to:

- Valid business licenses,

- Membership in the Better Business Bureau,

- Yellow pages advertisement, or

- Confirmation through State or Federal websites.

The following will not be accepted as evidence of business existence:

- Business cards

- Invoices

- Flyers

- Reference letters

- Previously filed 1040s for Stated Income loans

**Bank Statements**

When permitted by specific product guidelines to document business income, the following restrictions and requirements apply to both business and personal bank statements:

- Income may not be combined from personal and business bank statements.

- Cash flow history (including negative balances and Non-Sufficient Funds [NSF]) should be taken into consideration.

<em>Continued on next page</em>

Copyright 2005. All Rights Reserved

**SCC Motion to Dismiss 00213**

# Exhibit BB

**OPTION ONE**
M O R T G A G E

Publication Date: February 3, 2006

# TABLE OF CONTENTS

1    ASSETS ....................................................................................................................1-1

    FUNDS TO CLOSE .......................................................................................................1-1
- Acceptable Sources and Documentation.......................................................1-1
- Unacceptable Sources ....................................................................................1-4
- Unacceptable Documentation.........................................................................1-4

    RESERVES .................................................................................................................1-4

2    BORROWERS ..........................................................................................................2-1

    ELIGIBILITY REQUIREMENTS .......................................................................................2-1

    INELIGIBLE BORROWERS AND VESTING .......................................................................2-1
- Loans to Brokers.............................................................................................2-1
- Loans to Our Associates.................................................................................2-2
- Ineligible Vested Parties .................................................................................2-3

    POWER OF ATTORNEY ...............................................................................................2-3

    PRIMARY BORROWER .................................................................................................2-3

    BORROWER / CO-BORROWER .....................................................................................2-4

    NON-OCCUPANT CO-BORROWER .................................................................................2-4

    IMMIGRATION AND RESIDENCY STATUS .......................................................................2-5

    NON-PERMANENT RESIDENT ALIEN .............................................................................2-5

    CONFLICT OF INTEREST ..............................................................................................2-6

3    CREDIT .....................................................................................................................3-1

    CREDIT REPORTS ......................................................................................................3-1

    CREDIT SCORES ........................................................................................................3-2
- Qualifying Credit Score ...................................................................................3-2
- Minimum Credit Scores...................................................................................3-3

Copyright 2005. All Rights Reserved

SCC Motion to Dismiss 00215

**OPTION ONE**
M O R T G A G E

**UNDERWRITING GUIDELINES**

# 3  CREDIT

**CREDIT REPORTS**

Option One generate an original tri-merged credit report for each applicant that contains credit data from the following repositories:

- Equifax,

- Experian, and

- Trans Union.

Credit reports used to qualify and determine credit grade must not be more than 60 days old at the time of funding. Option One will obtain an updated credit report if:

- The qualifying credit report is more than 60 days old at time of funding.

- The borrower authorizes Option One to generate a new report because of material changes in credit status or history.

**Note: The borrower's authorization must include details pertaining to any material changes and specifically permit Option One to obtain a credit report. Written authorization is required unless verbal authorization is provided directly to an Option One associate.**

Once an updated report has been generated, the previous credit reports may no longer be considered in qualification, and only the new report information will be used to qualify and determine credit grade.

Copyright 2005. All Rights Reserved

SCC Motion to Dismiss 00216

**OPTION ONE**
M O R T G A G E

**UNDERWRITING GUIDELINES**

# 4 DOCUMENTATION TYPES

**FULL DOC**

For Full Doc loans, income and employment must be satisfactorily documented for the last 12 to 24 months, depending on the source and specific program requirements.

Qualifying income must be from an eligible income source, as detailed in the Income and Employment section.

**STATED INCOME**

Stated Income allows use of the income declared by the borrower on the application to qualify without verification. Qualifying income must be from eligible source as detailed in the Income and Employment section. When funds are required for closing or reserves, assets must be satisfactorily documented as detailed in the Assets section.

Stated Income is not permitted:

- For applicants with fixed income.

- For applicants with a mortgage currently in foreclosure.

- When alterations of any type have been made to:
  - The "Monthly Income and Combined Expense" section of the application,
  - Any income amount on the application, or
  - Any income or employment documentation provided in the loan file.

The stated income must be reasonably based on factors including, but not limited to the:

_____

*Continued on next page*

August 5, 2005                              DOCUMENTATION TYPES                              4-1
Copyright 2005. All Rights Reserved

**SCC Motion to Dismiss 00217**



OPTION ONE
M O R T G A G E

**UNDERWRITING GUIDELINES**

---

- Stated income source,

- Employment position, and/or

- Borrower's current credit profile.

**LITE DOC**

Lite Doc loans require the borrower to provide minimal documentation.

**NO DOC**

Employment income and asset information is not disclosed on the application and verification documentation is not required.

**Note: For specific requirements and limitations for each documentation type, refer to product and/or program guidelines and matrices.**

Copyright 2005. All Rights Reserved

SCC Motion to Dismiss 00218

 **OPTION ONE**
M O R T G A G E

**UNDERWRITING GUIDELINES**

---

**WAGE EARNER**

Wages from a borrower's employment may be used for loan qualification if:

- The wages are paid on a regular, recurring basis, and the income is reported by the employer to the IRS on a W-2 form, and

- The borrower is not self-employed. The requirements for self-employed borrowers and borrowers deriving their income from a gratuity-based profession (such as waiters), are outlined in the Self-Employed Borrower section below.

**Documentation Requirements**

Unless otherwise restricted by program/product guidelines, the following documents may be used to satisfy Full Documentation requirements:

- Recent pay stub,

- 1040 with all schedules, or

- W-2.

**Second Jobs, Part Time, Temporary, or Seasonal Employment**

Wages from secondary, part time, temporary, or seasonal employment may be used to qualify if the borrower has established a satisfactory history (at least three months) of this type of income.

**SELF-EMPLOYED BORROWER**

The following are classified as self-employed for the purposes of loan qualification:

- Borrowers who derive at least 25% of their primary income from a business in which they hold an ownership interest.

- Borrowers who do not own a business, but who derive the majority of their income from commissions or from primarily gratuity-based professions, which are reported on IRS form 1099.

**Note: Refer to product and/or program-specific guidelines and matrices for requirements, limitations, and documentation types.**

---

January 20, 2006                    INCOME AND EMPLOYMENT                    6-3
Copyright 2005. All Rights Reserved

 **OPTION ONE**
M O R T G A G E

**UNDERWRITING GUIDELINES**

**Documentation Requirements**

Unless otherwise restricted by program/product guidelines, the following documents may be used to satisfy Full Documentation requirements for self employment:

- Federal tax returns – complete business and personal federal tax returns may be provided to support the amount of net qualifying business income after expenses. Tax returns must bear the original signature of the borrower and the borrower must sign IRS form 4506T at or before funding.

- 1099s and Profit & Loss Statement (P & L) – earnings (gross business revenues) from sources such as commissions, contract earnings, etc. may be supported with:

  - Copies of the 1099 forms sent to the borrower from the revenue sources, and

  - A satisfactory Profit and Loss (P & L) statement to establish the ratio of expenses to revenues. Profit and loss statements must detail expense types and amounts common for the business type. P& L statements must be completed by the borrower, bear the borrower's original signature and must be dated. P & L statements cannot be filled out for the borrower by an Option One or HRBMC associate.

**VERIFICATION OF EMPLOYMENT AND INCOME**

Employment sources are verbally verified to confirm the:

- Employer's contact phone number,

- Borrower's current employment status, and

- Borrower's employment position or title.

---

*Continued on next page*

Copyright 2005. All Rights Reserved

**SCC Motion to Dismiss 00220**



**UNDERWRITING GUIDELINES**

If the borrower's employment contact cannot be verified through an independent source, satisfactory alternate evidence of the business existence is required, including, but not limited to:

- Valid business licenses,

- Membership in the Better Business Bureau,

- Yellow pages advertisement, or

- Confirmation through State or Federal websites.

The following will not be accepted as evidence of business existence:

- Business cards

- Invoices

- Flyers

- Reference letters

- Previously filed 1040s for Stated Income loans

**Bank Statements**    When permitted by specific product guidelines to document business income, the following restrictions and requirements apply to both business and personal bank statements:

- Income may not be combined from personal and business bank statements.

- Cash flow history (including negative balances and Non-Sufficient Funds [NSF]) should be taken into consideration.

---

*Continued on next page*

Copyright 2005. All Rights Reserved

SCC Motion to Dismiss 00221