# Exhibit 8



**Corporate Trust Services**
MAC N2702-011
9062 Old Annapolis Road
Columbia, MD 21045
410 884-2000
410 715-2380 Fax

Wells Fargo Bank, N.A.

August 23, 2010

Sand Canyon Corporation
1430 North Market Street
Jacksonville, FL 32206
Attn: Angela Hansgen

Re: Response to repurchase notification for loans: See Attached; Option One Mortgage Loan Trust 2006-2 Asset-Backed Certificates, Series 2006-2; Wells Fargo Reference Number: See Attached

Ladies and Gentlemen:

Wells Fargo Bank, N.A. ("Wells Fargo"), in its capacity as Trustee of the Option One Mortgage Loan Trust 2006-2 Asset-Backed Certificates, Series 2006-2 (the "Trust"), is in receipt of your letters dated February 5, 2010, February 12, 2010, March 3, 2010 and July 12, 2010 and the supporting documentation, if any, that you sent to us, which was in response to our letters requesting that you repurchase certain mortgage loans described above (the "Mortgage Loans"). Upon our review of your responsive letters and supporting documentation, we have determined to withdraw our request for the repurchase of the specified Mortgage Loans.

Please be advised that neither this withdrawal nor anything else contained in this letter shall be, or shall be deemed to be, a waiver of any rights or remedies that Wells Fargo, as Trustee, has, or may have, against you relating to the Mortgage Loans or any other mortgage loan in the Trust.

Please feel free to contact me directly at (443) 367-3964 or Alexander.Humphries@wellsfargo.com to discuss, or with any questions relating to, the contents of this letter.

Sincerely,

Alex Humphries
Client Services Consultant

enclosure(s)

cc

Radian Guaranty, Inc.
1601 Market St.
Philadelphia, PA 19103-2337
Attn: Christopher D. Wagner

American Home Mortgage Servicing, Inc.
1525 South Belt Line Rd.
Coppell, TX 75019
Attn: Scott Warwick

## Attachment

| Wells Fargo Ref # | Wells Fargo Loan No. | Servicer Loan No. |
|---|---|---|
| 992 | ███0787 | ███4019 |
| 998 | ███6935 | ███3251 |
| 1016 | ███1901 | ███3384 |
| 1028 | ███2771 | ███0166 |
| 1044 | ███1276 | ███1926 |
| 1141 | ███6131 | ███3386 |
| 1206 | ███2407 | ███2263 |
| 1207 | ███9637 | ███2483 |
| 1300 | ███5418 | ███0330 |
| 1323 | ███7959 | ███1490 |
| 1325 | ███6446 | ███3118 |
| 1326 | ███3848 | ███3239 |
| 1342 | ███4205 | ███9445 |
| 1347 | ███3191 | ███2584 |
| 1349 | ███0160 | ███2218 |