

HUNTON ANDREWS KURTH LLP
200 PARK AVENUE
NEW YORK, NY 10166-0005

TEL   212 • 309 • 1000
FAX   212 • 309 • 1100

BRIAN V. OTERO
DIRECT DIAL: 212 • 309 • 1020
EMAIL: botero@HuntonAK.com

FILE NO: 075414.0000064

*The motions to seal, ECF Nos. 345, 349 & 351, are granted temporarily. The Court will assess whether to keep the materials at issue sealed or redacted when deciding the underlying motions.  The Clerk of Court is directed to terminate ECF Nos. 345, 349, and 351.  SO ORDERED.*

December 6, 2019

**Via ECF**

Hon. Jesse M. Furman
Southern District of New York
40 Centre Street, Room 2202
New York, NY 10007

*December 9, 2019*

Re:     **Homeward Residential Inc. v. Sand Canyon Corporation**
          Index No.:  12-cv-5067 (JMF) (JLC)

Your Honor:

Pursuant to the Court's Electronic Case Filing Rules & Instructions § 6 and Your Honor's Individual Practices for filing redacted materials, Plaintiff Homeward Residential, Inc., respectfully seeks leave to file under seal certain materials in connection with its Motion to Exclude Certain Testimony from Defendant's Experts (the "Confidential Materials"), and to redact from its public filings the Confidential Materials and references thereto.  Plaintiff's papers are being filed simultaneously.

The Confidential Materials consist of (i) documents produced by Defendant in the action, including expert reports, which Defendant has designated "Confidential" and "Highly Confidential" pursuant to the Protective Order applicable in this case (Dkt. 66), (ii) deposition testimony that the Parties have designated "Highly Confidential," and (iii) deposition testimony that Plaintiff has designated as "Confidential."

For these reasons, we respectfully ask that the Court grant Plaintiff's request for leave to file the Confidential Materials under seal and to redact the corresponding references in its memorandum of law.

Respectfully submitted,

/s/ Brian V. Otero
Brian V. Otero
HUNTON ANDREWS KURTH
for Plaintiff Homeward Residential, Inc.