

HUNTON ANDREWS KURTH LLP
200 PARK AVENUE
NEW YORK, NY 10166-0005

TEL 212 • 309 • 1000
FAX 212 • 309 • 1100

BRIAN V. OTERO
DIRECT DIAL: 212 • 309 • 1020
EMAIL: botero@HuntonAK.com

January 17, 2020

FILE NO: 075414.0000064

**Via ECF**

Hon. Jesse M. Furman
Southern District of New York
40 Centre Street, Room 2202
New York, NY 10007

**Re:** **Homeward Residential Inc. v. Sand Canyon Corporation**
Index No.: 12-cv-5067 (JMF) (JLC)

Your Honor:

  Pursuant to the Court's Electronic Case Filing Rules & Instructions § 6 and Your Honor's Individual Practices for filing redacted materials, Plaintiff Homeward Residential, Inc., respectfully seeks leave to file under seal certain materials in connection with its Motion for Summary Judgment and in Opposition to Defendants' Motion for Summary Judgment (the "Confidential Materials"), and to redact from its public filings the Confidential Materials and references thereto. Plaintiff's papers are being filed simultaneously.

  The Confidential Materials consist of (i) documents produced by Plaintiff and Defendant in the action, including expert reports, which both parties have designated "Confidential" or "Highly Confidential" pursuant to the Protective Order applicable in this case (Dkt. 66), (ii) deposition testimony that the Parties have designated "Highly Confidential," or "Confidential," and (iii) Homeward's Rule 56.1 Statement of Material Facts and its responses to Defendant's Rule 56.1 Statement of Facts. Homeward intends to file its responses to Defendant's Rule 56.1 Statement of Facts under seal because Defendant designated its entire Rule 56.1 Statement of Facts as "Confidential." See Dkt. 351.

  For these reasons, we respectfully ask that the Court grant Plaintiff's request for leave to file the Confidential Materials under seal and to redact the corresponding references in its memorandum of law.



Hon. Jesse M. Furman
January 17, 2020
Page 2

                          Respectfully submitted,

                          /s/ Brian V. Otero
                          Brian V. Otero
                          HUNTON ANDREWS KURTH
                          for Plaintiff Homeward Residential, Inc.

The motion to seal is temporarily GRANTED.  The Court will determine whether to keep the materials under seal when deciding the underlying motion.  The Clerk of Court is directed to terminate ECF No. 355.  SO ORDERED.

January 21, 2020