

HUNTON ANDREWS KURTH LLP
200 PARK AVENUE
NEW YORK, NY 10166-0005

TEL 212 · 309 · 1000
FAX 212 · 309 · 1100

BRIAN V. OTERO
DIRECT DIAL: 212 · 309 · 1020
EMAIL: botero@HuntonAK.com

FILE NO: 075414.0000064

February 7, 2020

**Via ECF**

Hon. Jesse M. Furman
Southern District of New York
40 Centre Street, Room 2202
New York, NY 10007

*The application is temporarily GRANTED. The Court will determine whether to keep the materials under seal when deciding the underlying motion. The Clerk of Court is directed to terminate ECF No. 364. SO ORDERED.*

*February 10, 2020*

**Re:** <u>**Homeward Residential Inc. v. Sand Canyon Corporation**</u>
Index No.: 12-cv-5067 (JMF) (JLC)

Your Honor:

Pursuant to the Court's Electronic Case Filing Rules & Instructions § 6 and Your Honor's Individual Practices for filing redacted materials, Plaintiff Homeward Residential, Inc., respectfully seeks leave to file under seal certain materials in connection with its Memorandum in Opposition to Defendant's Daubert Motion (the "Confidential Materials"), and to redact from its public filing the Confidential Materials and references thereto. Plaintiff's papers are being filed simultaneously.

The Confidential Materials consist of documents produced by Plaintiff and Defendant in the action, including expert reports, which both parties have designated "Confidential" or "Highly Confidential" pursuant to the Protective Order applicable in this case (Dkt. 66).

For these reasons, we respectfully ask that the Court grant Plaintiff's request for leave to file the Confidential Materials under seal and to redact the corresponding references in its memorandum of law.

Respectfully submitted,

/s/ Brian V. Otero
Brian V. Otero
HUNTON ANDREWS KURTH
for Plaintiff Homeward Residential, Inc.

ATLANTA  AUSTIN  BANGKOK  BEIJING  BOSTON  BRUSSELS  CHARLOTTE  DALLAS  DUBAI  HOUSTON  LONDON
LOS ANGELES  MIAMI  NEW YORK  NORFOLK  RICHMOND  SAN FRANCISCO  THE WOODLANDS  TYSONS  WASHINGTON, DC
www.HuntonAK.com