UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
:
HOMEWARD RESIDENTIAL, INC., *solely in its* :
*capacity as Master Servicer for the Option One Mortgage* :
*Loan Trust 2006-2, for the benefit of the Trustee and the* :
*holders of Option One Mortgage Loan Trust 2006-2* :   12-CV-5067 (JMF)
*Certificates*, :
: ORDER
:
                    Plaintiff, :
:
   -v- :
:
SAND CANYON CORPORATION f/k/a OPTION ONE :
MORTGAGE CORPORATION, :
:
                  Defendant. :
-------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

      The Court agrees that the documents described in the Declarations of Arnold Barnett and Walter Torous filed on January 14, 2021, should remain sealed for substantially the reasons stated in the Declarations.  *See* ECF Nos. 411, 412.

      SO ORDERED.

Dated: January 15, 2021
       New York, New York
                                       JESSE M. FURMAN
                                       United States District Judge